AO 440 (Rev 1/90) Summons in a Civil Action

**ORIGINAL**

# United States District Court

DISTRICT OF **Guam**

Government of Guam,

        Plaintiff,

V.

Felix P. Camacho, as the Governor of Guam and Artemio B. Ilagan, as the Director of the Department of Revenue and Taxation,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **05-00038**

**FILED**
DISTRICT COURT OF GUAM
DEC 23 2005
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and Address of Defendant)

Artemio B. Ilagan
Director, Department of Revenue & Taxation
13-1 Mariner Drive, Tiyan, Guam 96913

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Office of the Attorney General
The Justice Building
287 West O'Brien Drive
Hagatna, Guam  96910

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY L. M. MORAN
Clerk Of Court

CLERK

BY DEPUTY CLERK

DATE

DEC 22 2005

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE Dec. 22, 2005 |
| NAME OF SERVER (PRINT) Francisco M. Santos | TITLE Process Officer II |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Tiyan, Rev. & Tax office

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and 12-22-05 discretion then residing therein.
Name of person with whom the summons and complaint were left: Antonio B Ulay 4/15/??

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Dec. 22, 2005    _Signature of Server_
Francisco M. Santos

Address of Server:
Office of the Attorney General
The Justice Building
#287 West O'Brien Drive
Hagatna, Guam 96910

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:05-cv-00038    Document 2    Filed 12/23/2005    Page 2 of 2