AO 440 (Rev 1/90) Summons in a Civil Action

ORIGINAL

# United States District Court

_____ DISTRICT OF _____ Guam _____

Government of Guam,

           Plaintiff,

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: **05-00038**

Felix P. Camacho, as the Governor of Guam and Artemio B. Ilagan, as the Director of the Department of Revenue and Taxation,

           Defendants.

**FILED**
DISTRICT COURT OF GUAM

DEC 23 2005

**MARY L.M. MORAN
CLERK OF COURT**

TO: (Name and Address of Defendant)

Felix P. Camacho
Governor of Guam
Governor's Complex
Adelup, Guam

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Office of the Attorney General
The Justice Building
287 West O'Brien Drive
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OFFICE OF THE GOVERNOR
22 DEC 2005
DATE 3:45
LEGAL OFFICE

MARY L. M. MORAN
Clerk Of Court

DEC 22 2005

CLERK / DATE

BY DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE Dec. 22, 2005 |
| NAME OF SERVER (PRINT) Francisco M. Santos | TITLE Process Officer II |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 12-22-05 Gov's Legal Office 3:45pm

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. 12-22-05
Name of person with whom the summons and complaint were left: CA Charguelaf 3:50pm

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Dec. 22, 2005

Signature of Server
Francisco M. Santos

Office of the Attorney General
Address of Server The Justice Building
#287 West O'Brien Drive
Hagåtna, Guam 96910

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:05-cv-00038   Document 3   Filed 12/23/2005   Page 2 of 2