Arthur B. Clark
Daniel M. Benjamin
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:   (671) 646-9355
Facsimile:   (671) 646-9403

Attorneys for Defendant Governor Felix P. Camacho

**FILED**
DISTRICT COURT OF GUAM

JAN 12 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM, | CIVIL CASE NO. CV05-00038 |
| Plaintiff, | |
| vs. | STIPULATION ~~AND ORDER~~ TO EXTEND TIME TO RESPOND TO COMPLAINT |
| FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation, | |
| Defendants. | |

The Government of Guam, by and through its attorney of record the Attorney General of Guam, Governor Felix P. Camacho, by and through his attorney of record Arthur B. Clark, and Artemio B. Ilagan hereby stipulate that the Defendants will have until January 31, 2006 to respond to the Complaint in this matter. This extension of time is given so that the Governor can amend his contract with conflicts counsel and so that Defendant Ilagan can procure the services of legal counsel.

So Stipulated.

| OFFICE OF THE ATTORNEY GENERAL | CALVO & CLARK, LLP |
|---|---|
| Douglas B. Moylan, Attorney General of Guam | Attorneys for Governor Felix P. Camacho |
| By: *[signature]* | By: *[signature]* ARTHUR B. CLARK |
| Date: 1/8/06 | Date: Jan. 05, 2006 |

```
                    _____
                    ARTEMIO B. ILAGAN
                    Date: 1-5-06


                         Approved and So Ordered  MP
                         _____.

                                              MP
                                       _____
                                       Judge, District Court of Guam
```

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT

G0008239.WPD;2