Arthur B. Clark
Daniel M. Benjamin
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant Governor Felix P. Camacho

**FILED**
DISTRICT COURT OF GUAM
JAN 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM, | CIVIL CASE NO. CV05-00038 |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation, | |
| Defendants. | |

The Government of Guam, by and through its attorney of record the Attorney General of Guam, Governor Felix P. Camacho, by and through his attorney of record Arthur B. Clark, and Artemio B. Ilagan by and through his attorney of record Rawlen M.T. Mantanona hereby stipulate that the Defendants will have until March 2, 2006 to respond to the Complaint in this matter. This extension of time is given because the Attorney General's office has not yet approved the Governor's amendment to his conflicts counsel contract to allow the Governor to retain counsel to represent him in this matter.

So Stipulated.

OFFICE OF THE ATTORNEY GENERAL
Douglas B. Moylan, Attorney General of Guam

CALVO & CLARK, LLP
Attorneys for Governor Felix P. Camacho

By: _____

By: _____
Arthur B. Clark

Date: January 27, 2006

Date: January 26, 2006

**ORIGINAL**

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
G0008757.WPD;1

1  CABOT MANTANONA, LLP
   Attorneys for Artemio B. Ilagan
2

3
   By:
4        RAWLEN M.T. MANTANONA

5  Date: January 27, 2006

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
G0008757.WPD;1