Arthur B. Clark
Daniel M. Benjamin
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant Governor Felix P. Camacho

**FILED**
DISTRICT COURT OF GUAM
JAN 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation,<br><br>Defendants. | CIVIL CASE NO. CV05-00038<br><br>**CERTIFICATE OF SERVICE** |

I, **BERNARD J. MENDOZA**, hereby certify that on the 27th day of January, 2006, I served via hand delivery a copy of STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT on the following

| **Attorneys for Defendant Artemio B. Ilagan** | **Attorneys for Plaintiff** |
|---|---|
| Rawlen M.T. Mantanona, Esq.<br>Cabot Mantanona LLP<br>825 South Marine Drive<br>Tamuning, Guam 96913 | Joseph Guthrie, Esq.<br>Assistant Attorney General<br>Office of the Attorney General<br>287 West O'Brien Drive<br>Hagatña, Guam 96910 |

Dated this 27th day of January, 2006.

BERNARD J. MENDOZA

G0008767.WPD;1