Arthur B. Clark
Daniel M. Benjamin
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant Governor Felix P. Camacho

**FILED**
DISTRICT COURT OF GUAM
JAN 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation,<br><br>　　　　　Defendants. | CIVIL CASE NO. CV05-00038<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, MICHAEL J. PEREZ, hereby certify that on the 12th day of January, 2006, I served via hand delivery a copy of STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT on the following

ARTEMIO B. ILAGAN
Director
Department of Revenue and Taxation
Tiyan, Guam

**Attorneys for Plaintiff**

Joseph Guthrie, Esq.
Assistant Attorney General
Office of the Attorney General
287 West O'Brien Drive
Hagatña, Guam 96910

Dated this 27th day of January, 2006.

MICHAEL J. PEREZ

G0008767.WPD;1