Arthur B. Clark
Daniel M. Benjamin
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant Governor Felix P. Camacho

**FILED**
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM, | CIVIL CASE NO. 05-00038 |
| Plaintiff, | |
| vs. | |
| FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation, | **ORDER**<br>Re: Second Stipulation to Extend Time to Respond to Complaint |
| Defendants. | |

The Stipulation filed on January 27, 2006 is hereby approved. The Defendants shall have until March 2, 2006, to respond to the Complaint.

SO ORDERED this 30th of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORDER RE: STIPULATION TO EXTEND
TIME TO RESPOND TO COMPLAINT
G0008758.WPD;1