Arthur B. Clark
Daniel M. Benjamin
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant Governor Felix P. Camacho

**FILED**
DISTRICT COURT OF GUAM
FEB -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM, | CIVIL CASE NO. CV05-00038 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation, | |
| Defendants. | |

I, **MICHAEL J. PEREZ**, hereby certify that on the 31st day of January, 2006, I served via hand delivery a copy of ORDER RE: SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT on the following

**Attorneys for Defendant Artemio B. Ilagan**

Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
825 South Marine Drive
Tamuning, Guam 96913

**Attorneys for Plaintiff**

Joseph Guthrie, Esq.
Assistant Attorney General
Office of the Attorney General
287 West O'Brien Drive
Hagatña, Guam 96910

Dated this 2nd day of February, 2006.

MICHAEL J. PEREZ