# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Government of Guam, | Case No. 1:05-cv-00038 |
| Plaintiff, | |
| vs. | |
| Felix P. Camacho, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Scheduling Notice filed February 2, 2006, on the dates indicated below:

| Office of the Attorney General | Calvo & Clark, LLP | Cabot & Mantanona LLP |
|---|---|---|
| February 3, 2006 | February 2, 2006 | February 2, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Scheduling Notice filed February 2, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 3, 2006          /s/ Virginia T. Kilgore
                                Deputy Clerk