**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

**ARTHUR B. CLARK, ESQ.**
**JANALYNN C. DAMIAN, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM<br><br>Plaintiff,<br><br>-v-<br><br>FELIX P. CAMACHO, as the Governor of Guam, et. al.<br><br>Defendants. | CIVIL CASE NO. 05-00038<br><br>**THE GOVERNOR OF GUAM'S NOTICE OF HIS MOTION (1) TO DISMISS PLAINTIFF'S COMPLAINT; OR (2) IN THE ALTERNATIVE, TO STAY** |

# NOTICE OF MOTION AND MOTION

Notice is hereby provided that Defendant Governor of Guam Felix P. Camacho will and hereby does bring a Motion to Dismiss Plaintiff's complaint for lack of jurisdiction pursuant to Fed.R.Civ.Proc. Rule 12(b)(1) and for failure to state of a claim pursuant to Fed.R.Civ.Proc. Rule 12(b)(6), or in the alternative to stay. This motion is based upon the memorandum of points and authorities and Declaration of Janalynn C. Damian filed herewith, all pleading on file, all proper subjects of judicial notice, and any arguments heard hereon.

DATED this 2nd day of March, 2006.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys for Defendant
*Felix P. Camacho, Governor of Guam*

By: _____
DANIEL M. BENJAMIN