SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

ARTHUR B. CLARK, ESQ.
JANALYNN C. DAMIAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
MAR - 2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM, | CIVIL CASE NO. CV05-00038 |
| Plaintiff, | |
| vs. | AGREEMENT OF HEARING DATE |
| FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation, | |
| Defendants. | |

Pursuant to Local Rule 7.1., the parties hereby acknowledge the following:

1. I, Janalynn Cruz Damian, am an associate with Calvo & Clark, LLP, the attorneys for the Defendant FELIX P. CAMACHO. On March 2, 2006, I contacted the attorneys for the parties in this action, to agree upon a date for oral argument for the Governor of Guam's Memorandum of Points and Authorities in Support of his Motion (1) to Dismiss Plaintiff's Complaint; or (2) in the Alternative, to Stay

2. The attorneys for the parties in this action are as follows:

   a. Joseph A. Guthrie, Assistant Attorney General, attorney for Plaintiff Government of Guam.

    b. Rawlen M.T. Mantanona attorney for Artemio B. Ilagan.

  3. My office contacted the Deputy Clerk of Court to inquire on the next available hearing date for motion to ensure that the Court is available and was informed that the next available date is April 10, 2006 at 9:00 a.m.

  4. Defendants agree to having oral arguments on April 10, 2006 at 9:00 a.m.

  5. However, Assistant Attorney General Guthrie is not available on April 10 and is requesting that the date for oral arguments be set for July 10, 2006.

  6. Defendants do not object to the Court setting this matter for oral arguments on July 10, 2006, or such other time as the Court may desire.

  Dated this 2nd day of March, 2006, in Tamuning, Guam.

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Governor Felix P. Camacho

By: _____
  **JANALYNN C. DAMIAN**