SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:     (671) 472-8931
Facsimile:     (671) 477-4826

ARTHUR B. CLARK, ESQ.
JANALYNN C. DAMIAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:     (671) 646-9355
Facsimile:     (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**

DISTRICT COURT OF GUAM

MAR - 2 2006 n^{bo}

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM, | CIVIL CASE NO. CV05-00038 |
| Plaintiff, | DECLARATION OF JANALYNN C. DAMIAN ATTACHING DOCUMENTS REQUESTED FOR JUDICIAL NOTICE IN THE GOVERNOR OF GUAM'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION (1) TO DISMISS PLAINTIFF'S COMPLAINT; OR (2) IN THE ALTERNATIVE, TO STAY |
| vs. | |
| FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation, | |
| Defendants. | |

I, JANALYNN C. DAMIAN, do declare as follows:

1.     I am an associate with the law firm of Calvo & Clark, LLP, legal counsel for Defendant Governor Felix P. Camacho.

2.     I have personal knowledge of the facts stated herein, except as to the matters which are herein stated upon information and belief; and as to those matters, I believe them to be true, and if called to testify I could and would competently testify thereto.

3.     Attached as Exhibit "A" is a true and correct copy of the Declaration of the Director of the Department of Revenue and Taxation, Artemio Ilagan, in support of Governor Felix

DECLARATION OF JANALYNN C. DAMIAN ATTACHING DOCUMENTS REQUESTED
FOR JUDICIAL NOTICE IN THE GOVERNOR OF GUAM'S MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF HIS MOTION (1) TO DISMISS PLAINTIFF'S
COMPLAINT; OR (2) IN THE ALTERNATIVE, TO STAY
G0069802.WPD

**ORIGINAL**

Case 1:05-cv-00038     Document 15     Filed 03/02/2006     Page 1 of 20

1  Camacho's Request for Declaratory Judgment filed in *In Re: Request of Governor Felix P. Camacho*

2  *Relative to the Interpretation and Application of Section 11 of the Organic Act of Guam*, Supreme Court

3  of Guam Case No. CRQ03-001 on July 7, 2003.

4          4.      Attached as Exhibit "B" is a true and correct copy of the Attorney General's

5  Petition for Writ of Certiorari in *Moylan v. Camacho*, Ninth Circuit Court of Appeals, Case No. 03-

6  72836 (the "Bond litigation") dated July 30, 2003.

7          5.      Attached as Exhibit "C" is a true and correct copy of the Order filed stamped

8  October 23, 2003 in the Bond Litigation.

9          6.      Attached as Exhibit "D" is a true and correct copy of the Order filed stamped

10 December 22, 2004 in the Bond litigation.

11         7.      Attached as Exhibit "E" is a true and correct copy of the Order filed stamped

12 February 1, 2006 in the Bond litigation.

13         8.      Attached as Exhibit "F" is a true and correct copy of the cover page of

14 Respondent Government of Guam's Opening Brief filed in *In Re: Request of Governor Felix P.*

15 *Camacho Relative to the Interpretation and Application of Section 11 of the Organic Act of Guam*,

16 Supreme Court of Guam Case No. CRQ03-001 on July 7, 2003.  The entire Opening Brief is not

17 provided because it is voluminous.

18         I declare under penalty of perjury under the laws of Guam (6 G.C.A. § 4308) that the

19 foregoing is true and correct.

20         Executed this 2nd day of March, 2006, in Tamuning, Guam.

21                                 CALVO & CLARK, LLP
                                   Attorneys at Law
22                                 Attorneys for Governor Felix P. Camacho

23

24                                 By: _____
25                                        **JANALYNN C. DAMIAN**

26

27

28

# EXHIBIT "A"

1 Arthur B. Clark, Esq.
CALVO AND CLARK, LLP
2 Attorneys at Law
655 South Marine Drive, Suite 202
3 Tamuning, Guam 96911
Telephone:     (671) 646-9355
4 Facsimile:     (671) 646-9403

5 ATTORNEYS FOR THE HONORABLE
FELIX P. CAMACHO, GOVERNOR OF GUAM

6

7                         IN THE SUPREME COURT OF GUAM

8                                          )    SUPREME COURT
                                           )    CASE NO.CRQ03-01
**In Re:**                                 )
9 **REQUEST OF GOVERNOR FELIX P.**         )
**CAMACHO RELATIVE TO THE**                )    **DECLARATION OF ARTEMIO B.**
10 **INTERPRETATION AND APPLICATION**      )    **ILAGAN IN SUPPORT OF**
**OF SECTION 11 OF THE ORGANIC ACT**       )    **GOVERNOR FELIX CAMACHO'S**
11 **OF GUAM**                             )    **REQUEST FOR DECLARATORY**
                                           )    **JUDGMENT**
12  ─────────────────────────────────────

13              I, Artemio B. Ilagan, declare that:

14              1.      I am the Director of the Department of Revenue and Taxation ("DRT"),

15 Government of Guam.

16              2.      The Real Property Tax Division of the Department of Revenue and Taxation is

17 responsible for compiling, on or before September 1 each tax year, a Tax Roll identifying all taxable

18 properties by legal lot description, owners of record, appraised and assessed values and corresponding

19 tax assessments.

20              3.      The mass appraisal method of valuation is primarily used to determine the

21 appraised value of taxable property on Guam. The last reappraisal of taxable properties was completed

22 in 1993. The updated values were applied against all properties beginning in tax year 1995.

23              4.      The government of Guam spent approximately $ 1.5 million to conduct the 1993

24 revaluation.

25              5.      Improvements and additions and destruction and/or demolitions of real property

26 and improvements are reviewed annually by the Real Property Tax Division and adjustments to the

27 values of the taxable properties are made accordingly.

28

003184

1    6. Such annual adjustments are made using the Assessment Valuation Manual

2    prepared for the Department of Revenue and Taxation by Cowell & Co., Inc., real estate consultants,

3    in 1994. A true and correct copy of the Assessment Valuation Manual is attached as Exhibit "**A**."

4    7. Cowell & Co, Inc. was retained by the government of Guam in 1993 to complete

5    the 1993 revaluation. The 1993 revaluation involved valuing all taxable real property, land and

6    improvements, for ad valorem tax purposes. In conjunction with the study, a detailed computerized

7    valuation system was developed and incorporated into the existing computer system of the Department

8    of Revenue and Taxation.

9    8. The computerized valuation system was used during the 1993 revaluation and

10   is currently used by the Real Property Division. The computerized valuation system allows the Real

11   Property Division to prepare individual property valuation analysis reports ("PVA") for all properties

12   on Guam and is used in conjunction with an inspection check list that was developed as part of the 1993

13   revaluation. The PVA provides details to the valuation of the property and shows the value conclusion.

14   A copy of a form inspection checklist is attached as Exhibit "**B**."

15   9. Since 1995, the Department of Revenue and Taxation has lacked the funding to

16   perform of the triennial valuations called for by 11 G.C.A. § 24306. Absent adequate funding, the Real

17   Property Tax Division lacks the mechanism to conduct the triennial valuations. Accordingly, since

18   1995 the Department of Revenue and Taxation has been determining the value of property in Guam

19   based on annual adjustments to the 1993 revaluation for property that has been improved or suffered

20   loss. Additionally, since 1995 valuations of real property in Guam have been adjusted based on

21   assessment alterations by the Board. Such adjustments and alterations are made by the Department of

22   Revenue and Taxation and the Board of Equalization pursuant to 11 G.C.A. § 24307 and 11 G.C.A. §

23   24501 et seq., respectively.

24   10. The process with respect to revaluing property because of destruction/demolitions

25   generally works as follows: A taxpayer reports to the Real Property Division that his home was

26   demolished by a natural disaster or other cause, or the Real Property Division receives a demolition

27   permit from the Department of Public Works. A property tax appraiser then conducts a site

28   investigation to confirm the destruction/demolition. If it is confirmed that the improvement was

demolished, the property tax is adjusted accordingly.

11.     The process with respect to valuing improvements on existing buildings or the construction of new buildings generally works as follows: Occupancy permits are submitted to the Real Property Tax Division for clearance. *See* the Real Property Tax Clearance form attached as Exhibit "**C**." A property tax appraiser then conducts a site investigation to confirm the renovaton/addition or new construction. To aide in his appraisal, the tax appraiser uses an inspection checklist form (referred to above) and fills out a Property Record and Appraisal Card. *See* the Property Record and Appraisal Card attached as Exhibit "**D**." Appraisals of new buildings are based on construction costs determined as part of the 1993 valuation. Appraisals of renovated buildings are based on construction costs determined as part of the 1993 valuation, less depreciation up to 1993 using a depreciation schedule created as part of the 1993 revaluation. *See* the construction cost schedule and depreciation schedule at pages 37 and 39 of Exhibit "**A**."

12.     With respect to land values, the direct market comparison approach based on 1993 market values derived from the 1993 valuation is employed by the DRT. As part of the 1993 triennial valuation, detailed land value maps were formulated that indicate land values on a dollar per square meter basis for various locations throughout the island. Estimated unit rate land values were determined based on analysis of existing market data and considering location, accessibility, utilities available, zoning, general topography and other pertinent factors.

13.     Adjustments to appraised values are also made by the Appraisal Branch for technical errors in the computation of the value of the land and/or building. For example, errors in the type of structure (concrete versus wood) or land or building area can be corrected by the Appraisal Branch after a site inspection is completed.

14.     Value adjustments to the 1993 revaluation are also made by the Board of Equalization (the "Board"). Taxpayers can appeal assessments by filing an appeals application with the Board between September 15 and October 15 each year. Taxpayers requesting value adjustments must fill out an Application for the Board of Equalization. *See* Exhibit "**E**." Taxpayers are allowed to present their case to the Board during hearings. An appellant can make a case for readjustment by giving oral testimony of a prior appeal by an adjacent property owner, by submitting classified advertisements of comparable sales or by submitting an appraisal of his/her property. The Appraisal

B030707.382-0001.CT (Decl of Rev & Tax).wpd

1 Branch Supervisor is also given an opportunity to explain how the value conclusion was reached and
2 assessment determined.

3         15.     The Board from the last administration consisted of 3 members. They are
4 Joseph R. Ada (term expired 06/06/01), Frederic A. Leon Guerrero (term expired 02/16/03), Frederico
5 W. Mendiola (term expires 06/06/05 - has not been replaced). The last seat was not filled. Governor
6 Camacho has appointed three new members to the Board to replace those whose terms have expired.
7 They are Galo Camacho, Jon Bargfrede and Elmore Cotton. These appointees are awaiting
8 confirmation.

9         16.     In Tax Year 2002, the Real Property Division received 57 Board of Equalization
10 appeal applications. Of those appeals, approximately six represent condominium/multi-family
11 residences that may translate to roughly 300 individual accounts.

12         17.     There are about 236 pending appeal applications for tax year 2001, with
13 approximately 300 to 500 individual accounts affected.

14         18.     There are approximately 6 to 10 pending appeal applications for tax year 2000.
15 There are no pending appeal applications from years prior to 2000.

16         19.     The Tax Rolls are certified by the Board on or about October 31 each year.

17         20.     Attached as Exhibit "**F**" is a true and correct copy of the certified tax rolls for tax
18 years 1994 through 2002.

19         21.     As of the date the 2002 Tax Rolls were certified by the Board (October 31, 2002)
20 there were 58,884 buildings and land parcels assessed by DRT.

21         22.     As of the date the 2002 Tax Rolls were certified by the Board, the total appraised
22 value of buildings and land on Guam was $11.333 billion ($6.249 billion for land and $5.084 for
23 buildings).

24         23.     Of the $11.333 billion, $183.7 million ($173.6 for land and $10.1 for buildings)
25 represents the appraised value of land and buildings that are 100% exempted from taxation (i.e.,
26 government, religious, and non-profit owned properties). *See* the 2002 Real Property Tax Exemption
27 Summary attached as Exhibit "**G**."

28

1      24.     The exemptions column of the 2002 Tax Rolls also includes rate reductions in

2 real property tax calculated pursuant to provisions in the Guam Real Property Tax law such as 11

3 G.C.A. §§ 24110 and 24112.

4       I declare under penalty of perjury under the laws of Guam (6 G.C.A. § 4308) that the

5 foregoing is true and correct.

6       Executed this 7th day of July, 2003, in Tamuning, Guam.

7

8

9                               **ARTEMIO ILAGAN**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

B030707.382-0001.CT (Decl of Rev&Tax).wpd



## COWELL & CO., INC.

REAL ESTATE CONSULTANTS

311 HAWAII BUILDING 745 FORT STREET
HONOLULU, HAWAII 96813-3874
(808) 531-2765
FAX (808) 599-3736

**EXHIBIT "A"**

ASSESSMENT VALUATION MANUAL

REGARDING

1993 TRIENNIAL REVALUATION ASSESSMENT STUDY
ISLAND OF GUAM

FOR

GOVERNMENT OF GUAM
DEPARTMENT OF REVENUE AND TAXATION
TAMUNING, GUAM

OCTOBER 1994

**COWELL & CO., INC.**
REAL ESTATE CONSULTANTS
311 Hawaii Building 745 Fort Street
Honolulu, Hawaii 96813-3803
(808) 531-2765
Fax (808) 599-3736

Jan R. Medusky, MAI
Don R. Cowell, MAI, CRE
Irmgard G. Patterson, MAI

October 17, 1994

Government of Guam
Department of Revenue and Taxation
378 Chalan San Antonio
Tamuning, Guam 96911

Attention: Joaquin G. Blaz, Director

Gentlemen:

Subject: Assessment Valuation Manual Regarding 1993
Triennial Assessment, Island of Guam

In accordance with our contract dated January 19, 1993, Cowell & Co., Inc. is pleased to submit this "Assessment Valuation Manual" prepared for the Department of Revenue and Taxation, Government of Guam, and utilized in the 1993 Triennial Assessment. The construction costs factors contained in this manual were based upon a survey and analysis of actual construction costs for various types of improvements constructed on the Island of Guam. The study was completed under the direction of Cowell & Co., Inc. by officials of Duenas & Associates, Inc. (Tamuning, Guam), engineers, planners and construction management consultants. Further details regarding the construction cost factors are contained in following pages of this manual.

During the course of our assessment assignment, we worked closely with members of the Real Property Tax Division, Department of Revenue and Taxation. In completing the 1993 Triennial Assessment and in preparing this manual, we utilized appropriate assessment procedures that had been previously utilized by assessment personnel on the Island of Guam. We also incorporated new procedures and/or amended former procedures in order to streamline and enhance the assessment process. All efforts have been made to create a 1993 assessment manual that reflects prevailing market conditions on the Island of Guam and, at the same time, is equitable to all property owners on the island. Land valuation maps have been prepared by members of our firm and are being provided to you under separate cover. Individual files regarding hotels, shopping centers, office buildings, resorts, golf courses, condominiums and special properties have been provided to your staff.

In completing this study, we worked with the computer consulting firm of Data Management Resources (Agana, Guam) to develop a detailed computerized valuation system which has been employed in the 1993 assessment. This computer software program has been incorporated into the existing computer system of the Department of Revenue and Taxation.

In completing this study, we also consulted with other experts regarding valuation of specialized properties. William Dornbush, MAI, CRE (Honolulu, Hawaii) provided counsel regarding valuation of the golf courses. Dale Hodgson, a former Guam appraiser with many years of experience, provided counsel regarding valuation of the major hotels and office buildings/shopping centers. Chris Felix, a knowledgeable and active Realtor on Guam, provided assistance regarding general land valuation.

Previously, we provided your staff with copies of The Appraisal of Real Estate, Tenth Edition, published by The Appraisal Institute. We also provided your staff with copies of The Dictionary of Real Estate Appraisal, Second Edition, published by the American Institute of Real Estate Appraisers. These appraisal texts can be utilized to supplement this "Assessment Valuation Manual". Various appraisal courses have been taught to your staff. We have fully briefed your staff on the appraisal methodologies used in this study.

We want to express our sincere appreciation to you and members of the Real Property Tax Division, as well as other representatives of the Government of Guam, for cooperation and assistance offered to us during the course of this 1993 Triennial Assessment. We would like to extend special recognition to two members of your staff who were particularly important in helping us complete this study in a professional and timely fashion. Paul Terlaje, Administrator of the Real Property Tax Division, provided excellent coordination between our staff and that of the Real Property Tax Division. We are particularly grateful for his timely response to our numerous requests for assistance and advice during the completion of this study. Benedict Atoigue, Property Tax Assessment Supervisor of the Real Property Tax Division, also played a very important role in the Triennial Assessment Study. Her day-in and day-out hard work and commitment to completing the assessment study accurately are greatly appreciated by our staff.

We trust that this "Assessment Valuation Manual" will be beneficial to the Government of Guam during the coming years.

The undersigned hereby certify that, to the best of our knowledge and belief, the statements of fact contained in this report are true and correct; the reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, unbiased professional analyses, opinions and conclusions; we have no present or prospective, direct or indirect, interest in the properties that are the subject of this report, and we have no personal interest or bias with respect to the parties involved; our compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event; this appraisal was not based on a requested minimum valuation, a specific valuation, or the approval of a loan; our analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute and the Uniform

Standards of Professional Appraisal Practice; the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives. As of the date of this report, Jan R. Medusky, MAI, has completed the requirements of the continuing education program of the Appraisal Institute. The undersigned have made a personal inspection, on a mass appraisal basis, of the properties that are the subject of this report; and no one provided significant professional assistance to the persons signing this report other than those mentioned herein.

We appreciate the opportunity of completing this assignment for you

Sincerely,

COWELL & CO., INC.

W. Nicholas Captain
Chief Appraiser

Thomas B. Smith
Project Coordinator

Jan R. Medusky, MAI
Project Director

Guam Certified Appraiser
License No. 94-006
Certificate Expires 8/31/96

JRM:gma

# TABLE OF CONTENTS

Title Page
Letter of Transmittal
Table of Contents

Page No.

| | | |
|---|---|---|
| I. | Introduction | 1 |
| | A. Assignment | 1 |
| | B. Summary of Conclusions | 3 |
| | C. Definition of Terms | 6 |
| | D. Limiting Conditions and Assumptions | 7 |
| II. | Land Valuation | 11 |
| | A. Land Value Maps | 11 |
| | B. Physical Characteristics Adjustments | 11 |
| III. | Property Types | 15 |
| | A. Single-Family Residential | 15 |
| | B. Multi-Family Residential | 15 |
| | C. Condominium/Townhouse | 15 |
| | D. Commercial/Office | 16 |
| | E. Industrial | 16 |
| | F. Small Hotel | 16 |
| | G. Special Purpose and Other | 16 |
| IV. | Improvement Value | 17 |
| | A. Construction Cost Estimates | 17 |
| | B. Depreciated Improvement Values | 38 |
| V. | Specialized Property Valuation | 41 |
| | A. Hotels | 41 |
| | B. Large Office Buildings/Shopping Centers | 45 |
| | C. Golf Courses | 45 |
| | D. Other Specialized Properties | 45 |

Qualifications



# ISLAND OF GUAM

# I. INTRODUCTION

## A. Assignment

By contract dated January 19, 1993, Cowell & Co., Inc. was retained by the Government of Guam (Department of Revenue & Taxation) to complete the 1993 Triennial Revaluation Assessment Study for the Island of Guam. This mass appraisal involves valuing all taxable real property, land and improvements, for ad valorem tax purposes. In total, the assignment involves nearly 50,000± properties located throughout the Island of Guam. This report and our study are subject to the Limiting Conditions and Assumptions contained in a following section. The effective date of this appraisal is March 1, 1993. The study was completed during the period from February 1993 to October 1994.

FORM: PTST005P

## INSPECTION CHECK LIST

CONTROL NO:

Municipality . . . . . :

Village . . . . . . :

Subdivision . . . . :

Tract/Lot No (Parcel) . :

Building Type (circle one):
  1  Single Family to 4-Plex
  2  Multifamily Residential
  3  Hotel/Motel
  4  Commercial/Office Building
  5  Industrial
  6  Special Use Property

Date . . . . . :

Team . . . . . :

Inspector . . . :

Building Number _____ of _____

Comments

**BUILDING:**

1.0  Does lot include building(s)? . . . . . . .   Yes        No

2.0  Does building match property card?   SF          Yes        No
  2.1  Building area? . . . .

2.2  Conforms with year constructed?   . .           Yes        No

2.3  Pool (res)? /parking facility (comm)? . .        Yes        No

3.0  Type of Construction (circle one):
  3.1  Wood/metal . . . . . .   1
  3.2  Masonry/concrete (1-3 floors) . . . .   2
  3.3  Masonry/concrete (4+ floors) . . . .   3
  3.4  Modular/mobile . . . . . .   4
  3.5  Composite . . . . . .   5
  3.6  Steel . . . . . .   6
  3.7  Other . . . . . .   7

4.0  Condition/Quality of Construction (circle one):
  4.1  Damaged beyond repair . . . . .   1
  4.2  Low/poor . . . . . .   2
  4.3  Average . . . . . .   3
  4.4  Above average . . . . .   4
  4.5  High/luxury . . . . .   5

**LAND:**

5.0  Area correct? . . . . .   373  SM               Yes        No

6.0  Topography (problems) . . . . .                 Yes        No

7.0  View . . . . . .                                Yes        No

8.0  Other (explain) . . . . .                       Yes        No

9.0  Base land value . . . . . .   $ _____ /SM

9.1  Land value size adjustment table to use . .   A    B    F

10.0  Physical characteristics adjustment . . . _____

Approved by . . _____

B.

## Summary of Conclusions

Conclusions, based on our market research and analyses, inspection of the properties and their environs and other pertinent data, are summarized as follows:

1. **Guam Real Estate Market** – The Guam real estate market, in recent years, has experienced substantial changes in prices. After a period of decline and stabilization in the early and mid-1980s, property values increased substantially beginning about 1987/1988. To a great extent, this appreciation was due to the influx of Japanese investment throughout Guam. During the period from 1987 through 1990, Japanese investors were very active with the acquisition of hotels, golf courses, resort projects and vacant land acquired for development purposes. In late 1990, Japanese investment in Guam abated due to increases in interest rates in Japan and other constraints placed on foreign investment by their government. The commencement of the Persian Gulf War and U.S. recession were also contributing factors. Since then, the Guam real estate market has stabilized somewhat with relatively low sales volume. In many market sectors, values have declined since the 1990 peak. We have estimated the value of the subject properties as of March 1, 1993. It should be noted that this effective date of appraisal is after the 1990 market peak and during a period of generally declining values.

2. **Methodology Employed** – Various methodologies have been employed regarding valuation of the subject properties. To the extent possible and practical, we have employed the three primary approaches to value in our study. These approaches are the cost approach, income approach and direct market comparison approach. Further details regarding the application of these appraisal methodologies to specific property types are discussed in following sections of this report.

3. **Computerization of Assessment Process** – In previous years, real property assessment studies on Guam were completed manually. For purposes of this 1993 study, we worked with the computer consulting firm of Data Management Resources (Agana, Guam) to computerize the assessment process to the greatest extent possible and practical. In this regard, inspection checklists were developed and employed by field workers. A copy of a typical checklist is shown on the facing page. The checklist is self-explanatory. The Real Property Tax Department staff has been thoroughly trained regarding application of the checklist. The checklist is coordinated with the computer program so that an individual Property Valuation Analysis (PVA) can be generated for each and every property.

Case 1:05-cv-00038    Document 15    Filed 03/02/2006    Page 18 of 29

# Property Value Analysis

Municipality . . . . . . . . . . . : Agat Suburban
Village . . . . . . . . . . . . . . : Santa Rita
Subdivision . . . . . . . . . . . : HYUNDAI
Tract/Lot Number (Parcel) . . . . : T270 L140

Control Number . . . . . . . . . : 9326C00668
Account Number . . . . . . . . . : 1260211540
Building Type . . . . . . . . . . : Single Family to 4-Plex
Type of Construction . . . . . . : Masonry/Concrete (1-3 floors)
Condition/Quality of Construction : Average

## DEPRECIATED BUILDING VALUE

| | | | |
|---|---|---|---|
| Construction Cost | | | |
| Building Area . . . . . . . . : | X | 1,258 SF | |
| Construction Cost . . . . . . : | | $75 /SF | |
| Total . . . . . . . . . . . . : | | $94,350 | $94,350 |
| | | | |
| Pool(r) / Parking Facility(c) . : | | $0 | $0 |
| | | | |
| Total Building Cost New . . . . : | | $94,350 | $94,350 |

Depreciation Factor
  Current Year . . . . . . . . :   1993
  Year Constructed . . . . . . : - 1972
  Building Age . . . . . . . . :    21 YRs
  Economic Life . . . . . . . . : /  50 YRs
  Depreciation Factor . . . . . :     X   .260
  Amount Depreciation . . . . . :           - $24,531

Depreciated Building Value . . :            $69,819
                                 $56 /SF

## LAND VALUE

Base Land Value . . . . . . . . :   $35.00 /SM
Land Area . . . . . . . . . . . :    897 SM
Land Value Based On
  Size Adjustment Table B . . . :   $52,026 (    $58.00 /SM)
Adjustment For
  Physical Characteristics . . :   X 1.00

Land Value . . . . . . . . . . :               $52,026
                                 $58 /SM

## TOTAL PROPERTY VALUE . . . . . . . :      $121,845

4.  Construction Costs - Regarding improvements construction costs, the engineering firm of Duenas & Associates, Inc. (Tamuning, Guam), was retained by Cowell & Co., Inc. to estimate replacement cost new for various building types typically found throughout the Island of Guam. Copies of the Duenas report dated April 1993 (revised July 1994) have been provided to the Government of Guam. The engineer's study is included, by reference, in our appraisal. It is noted that during the course of our appraisal work, we found it necessary to modify/amend certain conclusions of the engineer's study. These amendments/modifications were made with the concurrence of the Duenas staff.

5.  Land Valuation Maps - Land valuation maps covering the Island of Guam have been prepared by the staff of Cowell & Co., Inc. These maps detail the unit rate values (dollar-per-square-meter) upon which we based our land value conclusions. The maps are the result of 21 months of detailed study regarding land transactions throughout the Island of Guam.

6.  Individual Value Conclusions - Value conclusions for individual properties are contained in the computer database. The computer program has been designed so that an individual Property Valuation Analysis (PVA) can be generated for each property. This PVA provides details to the valuation of the property and shows the value conclusion. An example of a typical PVA for a single-family house is shown on the facing page. Details supporting our value conclusions are included in the files provided to the Department of Revenue and Taxation. Detailed files for major properties including hotels, shopping centers, office buildings, resorts, golf courses, condominiums and special purpose properties have also been provided to the Department of Revenue and Taxation. All of the files associated with the 1993 Triennial Assessment are retained by the Guam Government, Department of Revenue and Taxation, and are included in this manual by reference.

- 5 -

c. **Definition of Terms**

Various special terms are used in this report. These terms are defined in the following paragraphs to assist the reader in understanding special appraisal terminology.

1. **Market Value**[1]

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

a. buyer and seller are typically motivated;

b. both parties are well informed or well advised, and acting in what they consider their best interests;

c. a reasonable time is allowed for exposure in the open market;

d. payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto;

e. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

2. **Fee Simple Estate**[1]

Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

3. **Highest and Best Use**[1]

The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

---

[1] Source: The Dictionary of Real Estate Appraisal, Third Edition, 1993; Appraisal Institute.

**D.** **Limiting Conditions and Assumptions**

The conduct of any study is necessarily guided by, and its results influenced by, the terms of the assignment and the assumptions forming the basis of the study. The following conditions and assumptions, together with lesser assumptions embodied in the report, constitute the framework of our analysis and conclusions.

1. The conclusions and opinions are based upon the purchasing power of the dollar and economic conditions as of the effective appraisal date. This study expresses the opinion of the signers as of October 17, 1994, with an effective date of March 1, 1993, and in no way was contingent upon the reporting of specified conclusions.

2. It is assumed that the properties are free and clear of any and all encumbrances, except as noted; no responsibility is assumed for matters of a legal nature; nor is the report to be construed as rendering any opinion of titles, which are assumed to be good and salable.

3. Relied Upon Information - Information provided by informed local sources such as governmental agencies, financial institutions, Realtors, buyers, sellers, property owners and others, was weighed in the light in which it was supplied and checked by secondary means when practical. It is believed that the information obtained from these and other sources is true and correct.

4. Possession of this report, or a copy thereof, does not carry with it the right of publication, and the report may not be used by any person or organization except the client without the previous written consent of the appraisers, and then only in its entirety.

5. The report does not imply the right of court testimony on the part of the appraisers, without additional arrangements.

6. Disclosure of the contents of this report is governed by the By-Laws and Regulations of the Appraisal Institute. Neither all nor any part of the contents of this report (especially any conclusions, the identity of the appraisers or the firm with which they are connected, or any reference to the Appraisal Institute or to the MAI designation) shall be disseminated to the public through advertising media, public relations media, news media, sales media or any other public means of communication, without the prior consent and approval of the appraisers.

7. Disclosure to Institute - The contents of this report are subject to review, upon request of the Appraisal Institute, by duly constituted committees of the Institute or individual members thereof when such committees or members are acting within the scope of their authority under the By-Laws and

- 7 -

Regulations of the Institute. This requirement was adopted by the Institute to facilitate the Institute's efforts to maintain the high standards of professional practice and ethical conduct that have been the hallmark of the Institute since its creation.

8.  **Hazardous Materials** - Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the properties, was not observed by the appraisers. The appraisers have no knowledge of the existence of such materials on or in the properties. The appraisers, however, are not qualified to detect such substances. The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials may affect the value and development potential of the properties. The conclusions contained herein are predicated on the assumption that there is no such material on or in the properties that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them. All clients are typically recommended to retain an expert in this field, if desired.

9.  The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific compliance survey and analysis of the subject properties to determine whether or not they are in conformity with the various detailed requirements for the ADA. It is possible that a compliance survey of the properties together with a detailed analysis of the requirements of the ADA could reveal that the properties are not in compliance with one or more of the requirements of the act. If so, this fact could have a negative effect upon the value of the properties. Since we have no direct evidence relating to this issue, we did not consider possible noncompliance with the requirements of ADA in estimating the value of the properties.

10. **Mass Appraisal** - This study is a Mass Appraisal for ad valorem tax purposes. This report summarizes the results of a 21-month study completed by Cowell & Co., Inc. All of the files associated with the 1993 Triennial Assessment are retained by the Guam Government, Department of Revenue and Taxation, and are included in this manual by reference.

11. **Duenas & Associates, Inc. Cost Study** - This Guam engineering firm was retained by Cowell & Co., Inc. to estimate replacement cost new for various building types found on Guam. The report is dated April 1993 and was revised in July 1994. Copies of the report have been provided to the Department of Revenue and Taxation under separate cover and are included in this appraisal by reference. The appraisers have reviewed the report in detail and the conclusions appear reasonably reliable for purposes of mass appraisal for ad valorem tax purposes. In some cases, the results of the study were

- 8 -

updat█ amended under the direction of █ell & Co., Inc. for use in the Triennial Assessment appraisal. The appraisers have relied on the Duenas report and our analyses and value conclusions assume that it is reasonably accurate.

# SIZE ADJUSTMENT TABLE FOR "F" UNIT LAND VALUE LOTS

| Land Area | Adjusted Unit Rate ($/sm) |
|---|---|
| First 4,000 SM | "F" Unit Land Value x 100% |
| Next 6,000 SM | "F" Unit Land Value x 90% |
| Next 10,000 SM | "F" Unit Land Value x 80% |
| Remainder | "F" Unit Land Value x 70% |

**Example 1:**
Lot Size is 2,000 square meters
"F" Unit Land Value is 100

| | | | |
|---|---|---|---|
| First 2,000 SM | | 2,000 | |
| Adjusted Unit Rate (100 x 100%) | x | $100 | |
| Appraised Land Value | | | $200,000 |

**Example 2:**
Lot Size is 8,500 square meters
"F" Unit Land Value is 200

| | | | |
|---|---|---|---|
| First 4,000 SM | | 4,000 | |
| Adjusted Unit Rate (200 x 100%) | x | $200 | $800,000 |
| Next 4,500 SM | | 4,500 | |
| Adjusted Unit Rate (200 x 90%) | x | $180 | 810,000 |
| Appraised Land Value | | | $1,610,000 |

**Example 3:**
Lot Size is 33,000 square meters
"F" Unit Land Value is 100

| | | | |
|---|---|---|---|
| First 4,000 SM | | 4,000 | |
| Adjusted Unit Rate (100 x 100%) | x | $100 | $400,000 |
| Next 6,000 SM | | 6,000 | |
| Adjusted Unit Rate (100 x 90%) | x | $90 | 540,000 |
| Next 10,000 SM | | 10,000 | |
| Adjusted Unit Rate (100 x 80%) | x | $80 | 800,000 |
| Remainder | | 13,000 | |
| Adjusted Unit Rate (100 x 70%) | x | $70 | 910,000 |
| Appraised Land Value | | | $2,650,000 |

## II.  LAND VALUATION

### A.  Land Value Maps

In estimating land values on Guam, we have employed the direct market comparison approach.  We researched and analyzed transactions involving vacant land throughout the Island of Guam.  Details regarding these land transactions are included in the files provided to the Government of Guam.  Detailed land value maps have been completed.  These maps indicate land values on a dollar-per-square-meter basis for various locations throughout the island.  Estimated unit rate land values were determined based on analysis of existing market data and considering location, accessibility, utilities available, zoning, general topography and other pertinent factors. Land values have been segregated into three basic types summarized below.

| | |
|---|---|
| Flat Land Values | ("Flat" or "F") |
| Base Land Values | ("Base" or "B") |
| Agricultural Land Values | ("Ag" or "A") |

These three categories of land values were employed to segregate size adjustments for various types of land.  Size adjustment tables for these three categories are shown on the facing and following pages. The size adjustment tables were made based on the generally applicable appraisal practice that, all other factors being equal, larger land parcels typically command lower unit rate values.  Our research and analysis indicated that, in urban areas, size adjustments are of a lesser magnitude than in rural areas. Therefore, the "Flat" size adjustments have typically been employed near higher density urban areas, commercial areas and other areas where appropriate.  The "Ag" size adjustments were typically applied to rural/agricultural areas where substantially greater size adjustments are warranted.  The "Base" size adjustments were used in those areas where the "Flat" or "Ag" size adjustments were not warranted.  The "Base" size adjustments were typically applied to single-family residential areas.  The "Flat", "Base" and "Ag" categories are designated on the land valuation maps so that the appropriate size adjustment table can be used when valuing individual parcels.  These size adjustment tables have been incorporated in the computer program so that the adjustment automatically occurs for each parcel.

### B.  Physical Characteristics Adjustments

When appropriate, adjustments for physical characteristics on an individual lot-by-lot basis have been made.  These adjustments account for view, topography, shape, wetlands, etc.  The computer program developed for the 1993 Triennial Assessment Study and the associated Inspection Checklist provide for adjustments for physical characteristics on a percentage basis when appropriate.  The magnitude of each individual adjustment has been made based on review of market data and seasoned judgement.

- 11 -

# SIZE ADJUSTMENT TABLE FOR "B" UNIT LAND VALUE LOTS

| Base Land Value | Adjusted Unit Rates ($/SM) | | Base Land Value | Adjusted Unit Rates ($/SM) | |
| --- | --- | --- | --- | --- | --- |
| | First 1,000 SM | Remaining Land Area | | First 1,000 SM | Remaining Land Area |
| 5 | $8 | $4 | 45 | $75 | $35 |
| 10 | 17 | 8 | 50 | 84 | 39 |
| 15 | 25 | 12 | 60 | 100 | 47 |
| 20 | 33 | 16 | 70 | 117 | 54 |
| 25 | 42 | 19 | 80 | 134 | 62 |
| 30 | 50 | 23 | 90 | 150 | 70 |
| 35 | 58 | 27 | 100 | 167 | 78 |
| 40 | 67 | 31 | 110 | 184 | 85 |

EXAMPLES:

Example 1:
Lot Size is 929 square meters
"B" Unit Land Value is 20

| First Adjusted Unit Rate | $33 | |
| Land Area Multiplier | x 929 | |
| | | $30,657 |
| Remainder Unit Rate | $16 | |
| Remainder Land Multiplier | x 0 | |
| | | 0 |
| Appraised Land Value | | $30,657 |

Example 2:
Lot Size is 1,858 square meters
"B" Unit Land Value is 50

| First Adjusted Unit Rate | $84 | |
| Land Area Multiplier | x 1,000 | |
| | | $84,000 |
| Remainder Unit Rate | $39 | |
| Remainder Land Multiplier | x 858 | |
| | | 33,462 |
| Appraised Land Value | | $117,462 |

NOTE: For Base Land Values not on the table, use interpolation to calculate Adjusted Unit Rates.

# SIZE ADJUSTMENT TABLE FOR "A" UNIT LAND VALUE LOTS

| Lot Size Range (SM) | | | Formula |
|---|---|---|---|
| 0 | – | 2,000 | Lot Size x "A" Unit Land Value |
| 2,001 | – | 4,000 | (Lot Size x 90% + 200) x "A" Unit Land Value |
| 4,001 | – | 10,000 | (Lot Size x 80% + 600) x "A" Unit Land Value |
| 10,001 | – | 50,000 | (Lot Size x 70% + 1,600) x "A" Unit Land Value |
| 50,001 | – | 100,000 | (Lot Size x 60% + 6,600) x "A" Unit Land Value |
| 100,001 | – | 200,000 | (Lot Size x 50% + 16,600) x "A" Unit Land Value |
| 200,001 | – | 1,000,000 | (Lot Size x 40% + 36,600) x "A" Unit Land Value |
| 1,000,001 | + | | (Lot Size x 30% + 136,600) x "A" Unit Land Value |

## EXAMPLES:

**Example 1**
Lot size is 5,000 sm

"A" Unit Land Value is $8.00/SM

Calculations are as follows:

| | |
|---|---|
| 5,000 SM x 80% = | 4,000 |
| Amount to Add | 600 |
| Total | 4,600 |

Total Land Value: 4,600 x $8 = $36,800

Average Unit Land Value: $7.36/SM
($36,800 / 5,000 SM = $7.36/SM)

**Example 2**
Lot size is 150,000 sm

"A" Unit Land Value is $8.00/SM

Calculations are as follows:

| | |
|---|---|
| 150,000 SM x 50% = | 75,000 |
| Amount to Add | 16,600 |
| Total | 91,600 |

Total Land Value: 91,600 x $8 = $732,800

Average Unit Land Value: $4.89/SM
($732,800 / 150,000 SM = $4.89/SM)

# CLASSIFICATION BY USE AND TYPE OF CONSTRUCTION

Each "use" is further classified by the principal construction materials on Guam.

1. **Single-Family Residential**

   a. Wood/Metal
   b. Masonry/Concrete
   c. Modular/Mobile
   d. Other (Container, etc.)

2. **Multi-Family Residential**

   a. Wood/Metal
   b. Masonry/Concrete (1-3 floors)
   c. Masonry/Concrete (4+ floors)

3. **Condo/Townhouse (Single-Family to Four Plex)**

   a. Wood/Metal
   b. Masonry/Concrete

4. **Condo/Townhouse (Multi-Family Residential)**

   a. Wood/Metal
   b. Masonry/Concrete (1-3 Floors)
   c. Masonry/Concrete (4+ Floors)

5. **Commercial/Office**

   a. Wood/Metal
   b. Masonry/Concrete (1-3 floors)
   c. Masonry/Concrete (4+ floors)
   d. Modular/Mobile
   e. Composite
   f. Steel

6. **Industrial**

   a. Wood/Metal
   b. Masonry/Concrete
   c. Composite
   d. Steel

7. **Small Hotel**

   a. Wood/Metal
   b. Masonry/Concrete (1-3 floors)
   c. Masonry/Concrete (4+ floors)
   d. Composite

8. **Special Purpose and Other**

   Special purpose structures are not classified according to type of construction, but are dealt with on a case-by-case basis.