## III. PROPERTY TYPES

Improvements have been segregated into various property uses with further classification by type of construction. Details regarding these categories are summarized in following paragraphs. A summary table is shown on the facing page.

### A. Single-Family Residential

Single-Family Residential properties, for purposes of this study, include individual houses as well as duplexes, three-plexes and four-plexes. Construction types have been broken down into wood/metal, masonry/concrete, modular/mobile and other (container, etc.). These properties have been valued, for the most part, based on the cost approach. The estimated unencumbered fee simple land value has been added to the depreciated building value. In some circumstances, when the properties in this category are unusual, such as very high-end luxury houses or buildings in extremely poor condition, additional adjustments to account for these differences have been made.

### B. Multi-Family Residential

Multi-Family Residential refers to apartment projects with more than four units that are not condominiums or townhouses. Multi-Family Residential properties are segregated by type of construction into wood/metal, masonry/concrete (1-3 floors) and masonry/concrete (4+ floors). These properties have been valued based on the cost approach. The depreciated building value was added to the unencumbered fee simple land value. As a check on the cost approach, the appraisers have employed the income approach and the direct market comparison approach.

### C. Condominium/Townhouse

Condominium/Townhouse properties are categorized as single-family to four-plex and multi-family residential. There are a total of 102 Condominium/Townhouse projects. Construction type for single-family to four-plex Condominium/Townhouse includes wood/metal and masonry/concrete. Multi-family Condominium/Townhouse is categorized by construction as wood/metal, masonry/concrete (1 to 3 floors) and masonry/concrete (4+ floors). Condominium/Townhouse properties have been valued based on the direct market comparison approach. We researched and analyzed sales within each project to estimate market value. A specialized computer program was developed. Individual detailed files were completed for each Condominium/Townhouse project and have been provided to the Department of Revenue and Taxation. When new projects are developed and final approvals are acquired, the assessor should complete new detailed files and valuation analyses employing the direct market comparison approach.

Case 1:05-cv-00038    Document 15-2    Filed 03/02/2006    Page 1 of 15

D. <u>Commercial/Office</u>

Commercial/Office properties are segregated by construction type into wood/metal, masonry/concrete (1-3 floors), masonry/concrete (4+ floors), modular/mobile, composite and steel. Commercial/Office properties were valued based primarily on the cost approach with direct market comparison and income approaches used as collateral analyses. Major office buildings and shopping centers were valued on an individual basis and are discussed in a following section.

E. <u>Industrial</u>

Industrial properties are segregated by construction type into wood/metal, masonry/concrete, composite and steel. Industrial properties have been valued based on the cost approach, with the income approach and direct market comparison used as collateral analyses.

F. <u>Small Hotel</u>

A detailed study of hotel properties was completed. Most hotels on Guam are considered specialized properties and have been valued as discussed in a following section. However, there are a few hotel properties that are small and typically involve low-rise, walk-up structures. These hotel properties have been valued based on cost analysis. These types of hotels have been segregated by construction type into wood/metal, masonry/concrete (1-3 floors), masonry/concrete (4+ floors) and composite.

G. <u>Special Purpose and Other</u>

Special purpose structures are not classified according to type of construction and are dealt with on a case-by-case basis.

## IV. IMPROVEMENT VALUE

### A. Construction Cost Estimates

A detailed building cost study was completed by Duenas & Associates, Inc. (Agana, Guam), under the direction of Cowell & Co., Inc. This study has been provided under separate cover to the Department of Revenue and Taxation and is included by reference with this report. The study has been amended/updated during the course of the Triennial Assessment. The study classifies properties into basic categories of construction previously summarized.

Individual property types have further been segregated by quality of construction. Four levels of quality of construction have been determined and are summarized below:

1. **Low quality** construction includes a poor grade of construction and cheap class of materials. The structure may not conform with local building standards, and is usually not typhoon-proof. Project layout and design is of low quality.

2. **Average quality** construction includes an average grade of construction, standard grade of materials, and typical finishes and fixtures. The structure conforms to the minimum local building standards and codes, and is considered typhoon-safe. Project layout and design is generally typical.

3. **Above average quality** construction includes a good grade of construction and above-average class of materials, finishes, and fixtures. Project layout and design is of good quality. The structure conforms to above-minimum local building standards.

4. **High/Luxury quality** construction generally means a very good grade of construction and high class of materials, and custom finishes and fixtures. Project layout and design is of very good quality. The structure conforms to the highest local building standards and is typhoon-proof.

In addition to the four quality of construction categories summarized above, consideration has also been given to improvements that are damaged beyond repair. As a result of typhoons and other factors, some improvements on Guam are so severely damaged and in such disrepair that their contribution to the overall property value is nominal or of negligible value. No value has been attributed to these improvements.

Photographs of improvements demonstrating the categories discussed above are shown on following pages.

Case 1:05-cv-00038   Document 15-2   Filed 03/02/2006   Page 3 of 15



Single-Family Residential - Wood/Metal (Low Quality)



Single-Family Residential - Wood/Metal (Average Quality)



Single-Family Residential - Wood/Metal (Above Average Quality)



Single-Family Residential - Masonry/Concrete (Damaged Beyond Repair)

- 19 -



Single-Family Residential - Masonry/Concrete (Low Quality)



Single-Family Residential - Masonry/Concrete (Average Quality)


Single-Family Residential - Masonry/Concrete (Above Average Quality)


Single-Family Residential - Masonry/Concrete (High/Luxury Quality)

- 21 -



Single-Family Residential - Modular/Mobile (Low Quality)



Single-Family Residential - Modular/Mobile (Average Quality)


Single-Family Residential - Other (Average Quality)


Single-Family Residential - Other (Above Average Quality)

- 23 -



Multi-Family Residential - Masonry/Concrete (Low Quality, 1-3 Floors)



Multi-Family Residential - Masonry/Concrete (Average Quality, 1-3 Floors)


Multi-Family Residential - Masonry/Concrete (Average Quality, 4+ Floors)


Multi-Family Condominium - Masonry/Concrete (High/Luxury Quality, 4+ Floors)

- 25 -



Commercial/Office - Masonry/Concrete (Damaged Beyond Repair, 1-3 Floors)



Commercial/Office - Masonry/Concrete (Low Quality, 1-3 Floors)



Commercial/Office - Masonry/Concrete (Average Quality, 1-3 Floors)



Commercial/Office - Masonry/Concrete (Above Average Quality, 1-3 Floors)

- 27 -


Commercial/Office - Masonry/Concrete (Average Quality, 4+ Floors)


Commercial/Office - Masonry/Concrete (Above Average Quality, 4+ Floors)

Case 1:05-cv-00038   Document 15-2   Filed 03/02/2006   Page 14 of 15


Commercial/Office - Modular/Mobile (Average Quality)


Commercial/Office - Composite Construction (Average Quality)

- 29 -

Case 1:05-cv-00038    Document 15-2    Filed 03/02/2006    Page 15 of 15