

Commercial - Steel (Above Average Quality)



Industrial - Masonry/Concrete (Above Average Quality)



Industrial - Composite (Average Quality)



Industrial - Steel (Damaged Beyond Repair)

- 31 -



Industrial - Steel (Low Quality)



Industrial - Steel (Average Quality)



Hotel - Wood/Metal (Low Quality)



Hotel - Masonry/Concrete (Average Quality, 1-3 Floors)

– 33 –



Hotel - Masonry/Concrete (Above Average Quality, 1-3 Floors)



Hotel - Masonry/Concrete (Average Quality, 4+ Floors)



Hotel - Masonry/Concrete (High/Luxury Quality, 4+ Floors)



Special Purpose - Gas Station (Average Quality)

Case 1:05-cv-00038    Document 15-3    Filed 03/02/2006    Page 6 of 25



Special Purpose - Theater/Entertainment Complex (High/Luxury Quality)



Special Purpose - Fuel Storage Tanks (Average Quality)

## SUMMARY OF CONSTRUCTION COSTS ($/S.F.)

| TYPE OF CONSTRUCTION | ECONOMIC LIFE (YEARS) | LOW/POOR | AVERAGE | ABOVE AVERAGE | HIGH/LUXURY |
|---|---|---|---|---|---|
| **SINGLE FAMILY TO 4-PLEX** | | | | | |
| WOOD/METAL | 40 | 45 | 65 | 75 | 120 |
| MASONRY/CONCRETE | 50 | 55 | 75 | 95 | 145 |
| MODULAR/MOBILE | 25 | 55 | 75 | 85 | 125 |
| OTHER (CONTAINER, ETC.) | 25 | 25 | 45 | 55 | N/A |
| **CONDO/TOWNHOUSE – SINGLE FAMILY TO 4-PLEX** | | | | | |
| WOOD/METAL | 40 | 58 | 81 | 92 | 144 |
| MASONRY/CONCRETE | 50 | 69 | 92 | 115 | 173 |
| **MULTI-FAMILY RESIDENTIAL** | | | | | |
| WOOD/METAL | 40 | 45 | 65 | 75 | 120 |
| MASONRY/CONCRETE (1-3 FLS) | 50 | 65 | 80 | 95 | 130 |
| MASONRY/CONCRETE (4+ FLS) | 50 | 70 | 85 | 100 | 145 |
| **CONDO/TOWNHOUSE – MULTIFAMILY RESIDENTIAL** | | | | | |
| WOOD/METAL | 40 | 58 | 81 | 92 | 144 |
| MASONRY/CONCRETE (1-3 FLS) | 50 | 81 | 98 | 115 | 155 |
| MASONRY/CONCRETE (4+ FLS) | 50 | 86 | 104 | 121 | 173 |
| **COMMERCIAL/OFFICE/INSTITUTIONAL** | | | | | |
| WOOD/METAL | 30 | 55 | 75 | 95 | N/A |
| MASONRY/CONCRETE (1-3 FLS) | 40 | 65 | 80 | 100 | N/A |
| MASONRY/CONCRETE (4+ FLS) | 40 | 70 | 85 | 105 | N/A |
| MODULAR/MOBILE | 20 | 55 | 75 | 85 | N/A |
| COMPOSITE | 35 | 65 | 85 | 100 | N/A |
| STEEL | 30 | 60 | 80 | 100 | N/A |
| **INDUSTRIAL** | | | | | |
| WOOD/METAL | 30 | 30 | 40 | 50 | N/A |
| MASONRY/CONCRETE | 40 | 40 | 50 | 70 | N/A |
| COMPOSITE | 35 | 35 | 45 | 65 | N/A |
| STEEL | 30 | 30 | 45 | 55 | N/A |
| **HOTEL** | | | | | |
| WOOD/METAL | 30 | 50 | 75 | 100 | 125 |
| MASONRY/CONCRETE (1-3 FLS) | 40 | 100 | 175 | 200 | 250 |
| MASONRY/CONCRETE (4+ FLS) | 40 | 100 | 200 | 225 | 275 |
| COMPOSITE | 40 | 100 | 200 | 225 | 275 |

Construction costs on a dollar-per-square-foot basis for various property types were determined by the construction cost consultants with the assistance of the appraisers and are summarized on the facing page. The table also includes the estimated economic life for typical improvements on Guam by property type and category of construction. This table has been incorporated into the computer program so that replacement cost new is calculated for each improvement automatically.

B.    <u>Depreciated Improvement Values</u>

Depreciation refers to the loss in property value from any cause; the difference between the reproduction or replacement cost of an improvement on the effective date of value and the market value of the improvement on the same date. Improvement values are affected by depreciation due to physical deterioration, functional obsolescence and economic obsolescence.

Rising construction costs in an inflationary economy often more than offset the depreciation which is affecting improvements. An allowance for depreciation is properly made in proportion to the actual depreciation found in the market. This can be determined by investigating sales of improved property, deducting land value to indicate the residual amount of building value, and comparing this amount to the estimated cost of reproducing or replacing the improvements. The difference between cost and value is the amount of depreciation. It is possible for cost and value to be the same amount, in which case no depreciation has occurred; but the cost of reproducing a structure normally sets the upper limit of improvement value.

Certain types of improvements are normally credited for tax purposes with having a certain anticipated economic life. Depreciation tables have been developed which allocate the loss in value over the expected life of the improvements. These tables are useful to the assessor so long as they produce results consistent with market value. Tables employed in this assessment study are summarized on the following page. It should be noted that these tables have also been incorporated into the computer system so that depreciation, based on these tables, automatically occurs within the computer program.

It is important for the assessor to recognize that the effective age of a building may be more or less than its actual age. For instance, a well-maintained building that is 20-years old may have an effective age of 10 to 15 years. Thus, the assessor must inspect each building and make a reasonable estimate of its effective age based upon the actual building conditions and related factors.

- 38 -

# DEPRECIATION SCHEDULE

## RESIDENTIAL: SINGLE FAMILY / MULTI-FAMILY / TOWN HOUSE / CONDO / HOTEL

| EFFECTIVE AGE | ECONOMIC LIFE (YEARS) DEPRECIATION (%) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 20 | 25 | 30 | 35 | 40 | 45 | 50 |
| 1 | 3 | 3 | 2 | 2 | 1 | 1 | 1 |
| 2 | 7 | 6 | 4 | 4 | 3 | 2 | 2 |
| 3 | 11 | 9 | 6 | 5 | 4 | 3 | 3 |
| 4 | 15 | 12 | 9 | 7 | 4 | 4 | 4 |
| 5 | 20 | 15 | 12 | 9 | 7 | 6 | 5 |
| 6 | 24 | 18 | 14 | 11 | 9 | 7 | 6 |
| 7 | 28 | 22 | 17 | 13 | 10 | 8 | 7 |
| 8 | 33 | 25 | 19 | 15 | 12 | 10 | 8 |
| 9 | 38 | 29 | 22 | 17 | 14 | 11 | 10 |
| 10 | 43 | 32 | 25 | 20 | 16 | 13 | 11 |
| 11 | 48 | 36 | 28 | 22 | 18 | 14 | 12 |
| 12 | 53 | 40 | 31 | 24 | 20 | 15 | 13 |
| 13 | 57 | 44 | 34 | 26 | 22 | 17 | 15 |
| 14 | 61 | 48 | 37 | 29 | 24 | 19 | 16 |
| 15 | 66 | 52 | 40 | 32 | 26 | 21 | 17 |
| 16 | 70 | 56 | 43 | 34 | 28 | 23 | 19 |
| 17 | 73 | 59 | 46 | 37 | 30 | 25 | 20 |
| 18 | 76 | 63 | 50 | 40 | 32 | 27 | 22 |
| 19 | 78 | 67 | 53 | 43 | 34 | 28 | 24 |
| 20 | 79 | 71 | 56 | 45 | 37 | 30 | 25 |
| 21 | 80 | 73 | 59 | 48 | 39 | 32 | 26 |
| 22 | 80 | 76 | 62 | 51 | 42 | 34 | 28 |
| 23 | 80 | 77 | 64 | 54 | 45 | 36 | 29 |
| 24 | 80 | 79 | 68 | 57 | 47 | 38 | 31 |
| 25 | 80 | 80 | 71 | 60 | 49 | 40 | 33 |
| 26 | 80 | 80 | 74 | 62 | 52 | 43 | 35 |
| 27 | 80 | 80 | 76 | 65 | 55 | 45 | 37 |
| 28 | 80 | 80 | 77 | 68 | 57 | 47 | 39 |
| 29 | 80 | 80 | 78 | 70 | 60 | 50 | 41 |
| 30 | 80 | 80 | 79 | 71 | 62 | 52 | 44 |
| 31 | 80 | 80 | 80 | 73 | 65 | 54 | 45 |
| 32 | 80 | 80 | 80 | 74 | 67 | 56 | 47 |
| 33 | 80 | 80 | 80 | 75 | 69 | 58 | 49 |
| 34 | 80 | 80 | 80 | 77 | 71 | 60 | 51 |
| 35 | 80 | 80 | 80 | 78 | 72 | 63 | 53 |
| 36 | 80 | 80 | 80 | 79 | 74 | 65 | 55 |
| 37 | 80 | 80 | 80 | 80 | 75 | 67 | 57 |
| 38 | 80 | 80 | 80 | 80 | 77 | 69 | 59 |
| 39 | 80 | 80 | 80 | 80 | 78 | 71 | 61 |
| 40 | 80 | 80 | 80 | 80 | 79 | 72 | 63 |
| 41 | 80 | 80 | 80 | 80 | 79 | 74 | 65 |
| 42 | 80 | 80 | 80 | 80 | 80 | 75 | 66 |
| 43 | 80 | 80 | 80 | 80 | 80 | 76 | 67 |
| 44 | 80 | 80 | 80 | 80 | 80 | 77 | 69 |
| 45 | 80 | 80 | 80 | 80 | 80 | 78 | 70 |
| 46 | 80 | 80 | 80 | 80 | 80 | 79 | 72 |
| 47 | 80 | 80 | 80 | 80 | 80 | 80 | 73 |
| 48 | 80 | 80 | 80 | 80 | 80 | 80 | 75 |
| 49 | 80 | 80 | 80 | 80 | 80 | 80 | 76 |
| 50 | 80 | 80 | 80 | 80 | 80 | 80 | 77 |
| 51 | 80 | 80 | 80 | 80 | 80 | 80 | 77 |
| 52 | 80 | 80 | 80 | 80 | 80 | 80 | 78 |
| 53 | 80 | 80 | 80 | 80 | 80 | 80 | 78 |
| 54 | 80 | 80 | 80 | 80 | 80 | 80 | 79 |
| >55 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |

## COMMERCIAL / INDUSTRIAL / SPECIAL PURPOSE

| EFFECTIVE AGE | ECONOMIC LIFE (YEARS) DEPRECIATION (%) | | | | | |
|---|---|---|---|---|---|---|
| | 25 | 30 | 35 | 40 | 45 | 50 |
| 1 | 2 | 2 | 1 | 1 | 1 | 0 |
| 2 | 5 | 3 | 2 | 2 | 1 | 1 |
| 3 | 7 | 5 | 4 | 3 | 2 | 1 |
| 4 | 10 | 7 | 5 | 4 | 3 | 2 |
| 5 | 13 | 9 | 6 | 5 | 4 | 3 |
| 6 | 16 | 11 | 8 | 6 | 4 | 3 |
| 7 | 19 | 14 | 10 | 7 | 5 | 4 |
| 8 | 22 | 16 | 11 | 8 | 6 | 5 |
| 9 | 25 | 18 | 13 | 10 | 7 | 5 |
| 10 | 29 | 21 | 15 | 11 | 8 | 6 |
| 11 | 32 | 24 | 17 | 13 | 9 | 7 |
| 12 | 36 | 26 | 19 | 14 | 10 | 8 |
| 13 | 40 | 29 | 22 | 16 | 12 | 9 |
| 14 | 44 | 32 | 24 | 18 | 13 | 10 |
| 15 | 48 | 35 | 26 | 20 | 14 | 11 |
| 16 | 52 | 39 | 28 | 22 | 16 | 12 |
| 17 | 56 | 42 | 31 | 24 | 18 | 13 |
| 18 | 60 | 46 | 34 | 26 | 19 | 14 |
| 19 | 64 | 49 | 36 | 28 | 21 | 16 |
| 20 | 68 | 53 | 39 | 30 | 23 | 17 |
| 21 | 71 | 57 | 42 | 32 | 25 | 18 |
| 22 | 73 | 60 | 45 | 35 | 27 | 20 |
| 23 | 75 | 63 | 48 | 37 | 29 | 21 |
| 24 | 77 | 66 | 52 | 40 | 31 | 23 |
| 25 | 79 | 69 | 55 | 43 | 33 | 25 |
| 26 | 80 | 72 | 58 | 46 | 35 | 27 |
| 27 | 80 | 75 | 61 | 49 | 37 | 28 |
| 28 | 80 | 77 | 64 | 52 | 40 | 30 |
| 29 | 80 | 78 | 68 | 54 | 42 | 32 |
| 30 | 80 | 79 | 72 | 57 | 45 | 34 |
| 31 | 80 | 80 | 75 | 59 | 47 | 36 |
| 32 | 80 | 80 | 77 | 62 | 50 | 38 |
| 33 | 80 | 80 | 79 | 65 | 52 | 40 |
| 34 | 80 | 80 | 80 | 68 | 55 | 43 |
| 35 | 80 | 80 | 80 | 70 | 58 | 45 |
| 36 | 80 | 80 | 80 | 73 | 61 | 48 |
| 37 | 80 | 80 | 80 | 77 | 64 | 50 |
| 38 | 80 | 80 | 80 | 77 | 70 | 53 |
| 39 | 80 | 80 | 80 | 78 | 72 | 55 |
| 40 | 80 | 80 | 80 | 79 | 73 | 59 |
| 41 | 80 | 80 | 80 | 79 | 73 | 62 |
| 42 | 80 | 80 | 80 | 80 | 75 | 65 |
| 43 | 80 | 80 | 80 | 80 | 76 | 67 |
| 44 | 80 | 80 | 80 | 80 | 77 | 70 |
| 45 | 80 | 80 | 80 | 80 | 78 | 72 |
| 46 | 80 | 80 | 80 | 80 | 78 | 74 |
| 47 | 80 | 80 | 80 | 80 | 79 | 76 |
| 48 | 80 | 80 | 80 | 80 | 79 | 77 |
| 49 | 80 | 80 | 80 | 80 | 80 | 79 |
| 50 | 80 | 80 | 80 | 80 | 80 | 79 |
| 51 | 80 | 80 | 80 | 80 | 80 | 79 |
| 52 | 80 | 80 | 80 | 80 | 80 | 79 |
| 53 | 80 | 80 | 80 | 80 | 80 | 79 |
| 54 | 80 | 80 | 80 | 80 | 80 | 79 |
| >55 | 80 | 80 | 80 | 80 | 80 | 80 |

## CLASS "A" HOTELS

## ISLAND OF GUAM

| RANK | HOTEL | YEAR BUILT | NO. OF ROOMS | RATING | 1992 RATE | 1992 OCC. | 1/93 – 8/93 RATE | 1/93 – 8/93 OCC. | NEW 1993 APPRAISED VALUE $/ROOM | NEW 1993 APPRAISED VALUE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HYATT | 1993 | 455 | A + | – | – | – | – | $275,000 | $125,125,000 |
| 2 | NIKKO | 1991 | 500 | A + | $142 | 70% | $145 | 67% | $250,000 | $125,000,000 |
| 3 | LEO PALACE | 1992 | 381 | A + | N/A | N/A | N/A | N/A | $210,000 | $80,010,000 |
| 4 | PACIFIC ISLANDS CLUB | 1986/90/92 | 500 | A | $130 | 70% | $126 | 72% | $225,000 | $112,500,000 |
| 5 | PACIFIC STAR | 1987 | 436 | A | $133 | 69% | $112 | 76% | $200,000 | $87,200,000 |
| 6 | HILTON | 1972/93 | 726 | A | $114 | 66% | $99 | 69% | $152,287 | $110,560,000 |
| 7 | PALACE | 1991 | 403 | A | $124 | 65% | $105 | 57% | $200,000 | $80,600,000 |
| 8 | ONWARD AGANA BEACH | 1992 | 285 | A | $111 | 47% | $100 | 68% | $170,000 | $48,450,000 |
| 9 | OKURA | 1972/91 | 365 | A - | $116 | 65% | $130 | 48% | $180,000 | $65,700,000 |
| 10 | REEF | 1974/91 | 469 | A - | $118 | 77% | $111 | 70% | $175,000 | $82,075,000 |
| 11 | DAIICHI | 1971/87 | 337 | A - | $110 | 73% | $104 | 54% | $165,000 | $55,605,000 |
| | AVERAGE: | | | | $122 | 67% | $115 | 65% | | $972,825,000 |

Case 1:05-cv-00038    Document 15-3    Filed 03/02/2006    Page 11 of 25

## V. SPECIALIZED PROPERTY VALUATION

Certain types of property require specialized valuation procedures. These properties typically include large hotels, large office buildings/shopping centers, resorts and golf courses. Details regarding analysis of these properties are discussed in following paragraphs.

### A. Hotels

Valuation of large hotels typically requires specialized appraisal knowledge. In valuing hotels on Guam, we employed the cost approach, direct market comparison approach and income approach. Cost estimates were based on actual costs for recently constructed hotels and the cost study completed by Duenas & Associates, Inc. For purposes of this study, hotels were categorized into the following classes:

| Class | Description (Typical) |
|-------|----------------------|
| A | Luxury, oceanfront, tourist oriented, high quality construction, many amenities |
| B | Moderate, tourist oriented, located near the oceanfront, average to above average quality construction, some amenities |
| C | Fair, business/local oriented, not ocean-oriented, average to fair quality construction, few to no amenities |

Selected hotels within each class were valued by cost and income analyses in order to determine a general range of value. Direct market comparison was employed to estimate land values. A detailed file for each hotel has been provided to the Department of Revenue and Taxation. A summary of the hotel values is shown in the tables on the facing and following pages. These summary tables do not include the small, low-rise walk-up hotels valued by cost analysis previously discussed.

When future hotels are built, the assessor should give consideration to the construction cost, but should also take into consideration depreciation due to economic obsolescence. At the effective date of this study, Guam's economy was generally in a downturn. Problems associated with tourism and recent completion of a number of new hotels adversely affected the income generating potential of the hotels. The resulting external obsolescence has been taken into consideration in our valuation study and should be taken into consideration in the valuation of any new hotels constructed.

| RANK | HOTEL | YEAR BUILT | NO. OF ROOMS | RATING | 1992 | | 1/93 – 8/93 | | NEW 1993 APPRAISED VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | OCC. | RATE | OCC. | $/ROOM | TOTAL |
| 12 | SOTETSU TROPICANA | 1973 | 200 | B + | $111 | 64% | $99 | 40% | $110,000 | $22,000,000 |
| 13 | INN ON THE BAY | 1989 | 70 | B + | $93 | 85% | $104 | 70% | $100,000 | $7,000,000 |
| 14 | SUN ROUTE | 1988 | 71 | B + | $124 | 76% | $123 | 77% | $125,000 | $8,875,000 |
| 15 | PIA RESORT | 1990 | 56 | B + | $108 | 63% | – | – | $115,000 | $6,440,000 |
| 16 | PIA MARINE | 1992 | 68 | B + | $130 | 55% | – | – | $105,000 | $7,140,000 |
| 17 | TUMON HOLIDAY PLAZA | 1990 | 132 | B | $73 | 46% | $55 | 52% | $80,000 | $10,560,000 |
| 18 | CAPITAL HOTEL | 1991 | 62 | B | $54 | 58% | $52 | 64% | $80,000 | $4,960,000 |
| 19 | REGENCY | 1991 | 126 | B | – | – | – | – | $75,000 | $9,450,000 |
| 20 | GUAM PLAZA | 1983/87/90 | 510 | B – | $60 | 66% | $55 | 61% | $70,000 | $35,700,000 |
| 21 | FUJITA | 1968 | 283 | B – | – | – | – | – | $75,000 | $21,225,000 |
| | AVERAGE: | | | | $94 | 64% | $81 | 61% | 61% | $133,350,000 |

Case 1:05-cv-00038    Document 15-3    Filed 03/02/2006    Page 13 of 25

# CLASS "C" HOTELS

## ISLAND OF GUAM

| RANK | HOTEL | YEAR BUILT | NO. OF ROOMS | RATING | 1992 RATE | 1992 OCC. | 1993 RATE | 1993 OCC. | NEW 1993 APPRAISED VALUE $/ROOM | NEW 1993 APPRAISED VALUE TOTAL |
|------|-------|-----------|--------------|--------|-----------|-----------|-----------|-----------|-------|-------|
| 22 | MAI' ANA | 1973 | 78 | C + | N/A | N/A | N/A | N/A | $103,205 | $8,050,000 |
| 23 | PALMRIDGE | 1991 | 66 | C + | N/A | N/A | N/A | N/A | $70,000 | $4,620,000 |
| 24 | PLUMERIA GARDEN | 1962/74 | 78 | C | N/A | N/A | N/A | N/A | $61,538 | $4,800,000 |
| 25 | MAITE GARDEN | 1989 | 41 | C – | N/A | N/A | N/A | N/A | $40,000 | $1,640,000 |
| | TOTAL: | | | | | | | | | $19,110,000 |

## OFFICE BUILDING SUMMARY
### Island of Guam

| No. | Project (Municipality) | Improvements | | | 1993 Occupancy | Rent ($/sf/mo) | | | New 1993 Total Appraised Value | $/sf of GBA | $/s of GI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Year built | GBA (sf) | GLA (sf) | | Net | CAM | Gross | | | |
| 1 | Bank of Guam Building (Agana) | 1990 | 89,753 | 74,240 | 100% | 2.25 | 0.98 | 3.23 [1] | $17,000,000 | $189 | $ |
| 2 | Bank of Hawaii Building (Agana) | 1976 | 97,500 [2] | 78,011 | 100% | 1.75 | 0.57 | 2.32 [3] | $11,400,000 | $117 | $ |
| 3 | GITC Building (Dededo) | 1974 | 227,769 | 175,048 | 70% | – | – | 2.00 [4] | $23,200,000 | $102 | $ |
| 4 | Pacific News Building (Agana) | 1973 | 128,000 | 102,948 | 99% | 1.35 [5] | 0.75 | 2.10 | $16,000,000 | $125 | $ |
| 5 | GCIC Building (Agana) | 1972 | 99,780 | 78,000 | 87% | 1.50 [6] | 0.76 | 2.26 | $10,000,000 | $100 | $ |
| | **PROPOSED** | | | | | | | | | | |
| 6 | First Hawaiian Bank (Maite) | 1994 est. | 78,000 | 54,000 | – | – | – | – | | | |

[1] CAM previously was $0.50/sf/mo. Reflects rent for portion of building (22,836 sf or 31%) leased to tenants; remainder of building occupied by owner, Bank of Guam.

[2] Actual GBA is 153,786 sf including covered parking. GBA without parking is estimated at 97,500 sf (78,011 sf of GLA / 80% = 97,514 or 97,500

[3] Reflects rent for portion of building not occupied by owner.

[4] Building includes 30 hotel rooms, ground floor retail, etc. Previously obtained near 100% occupancy but lost major tenants.

[5] Market rent reported at $1.55/sf/mo net. Rent shown is lower due to older existing leases at below market rent.

[6] Net rent not charged to tenants, however, landlord absorbs other tenant CAM expenses.

B.  **Large Office Buildings/Shopping Centers**

Valuation of Guam's large, major office buildings and shopping centers was completed employing the cost approach, income approach and, to the extent possible, direct market comparison. Property owners were interviewed to learn of the income generating potential of each individual property. An individual file for each property has been provided to the Department of Revenue and Taxation. A summary of the valuation of the major office buildings/shopping centers is included on facing and following pages.

C.  **Golf Courses**

Golf courses are special use properties that require specialized appraisal knowledge. Guam's golf courses were categorized as summarized below:

| Class | Description (Typical) |
|-------|----------------------|
| A | Luxury, high end, tourist oriented |
| B | Moderate, tourist and local oriented |
| C | Low end, local oriented |

Regarding golf courses, land was valued based on direct market comparison. Building improvements were valued based on the cost approach. Consideration was also given to the additional value to the land generated by construction of the golf course itself. Individual files regarding each golf course have been provided to the Department of Revenue and Taxation. A summary of the golf courses and the value conclusions is shown on a following page.

D.  **Other Specialized Properties**

There are various other property types that qualify as specialized properties on the Island of Guam. An individual file for each property that falls in this category has been provided to the Department of Revenue and Taxation. For the most part, these properties were valued based on cost analysis. To the extent possible and appropriate, income analysis and direct market comparison were also completed. A summary of the properties in this category are shown on a following page.

## SHOPPING CENTER SUMMARY
### Island of Guam

| No. | Project (Municipality) | Land area (sm) | Year built | Improvements GBA (sf) | GLA (sf) | 1993 Occupancy | New 1993 Appraised Values Land | Building | $ Total | $/sf of GBA | $/sf of ( |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Micronesian Mall (Dededo) | 116,405 | 1988 | 300,000 | 221,565 | 88% | $25,500,000 | $27,564,600 | $53,064,600 | $177 | $ |
| 2 | Guam S C (Gibsons) (Dededo) | 54,587 | 1975/ 79/86 | 216,756 | 207,942 | 100% | $14,600,000 | $14,400,000 | $29,000,000 | $134 | $ |
| 3 | Agana S C (Townhouse) (Agana) | 63,378 | 1978 | 219,511 | 214,611 | 100% | $14,300,000 | $13,348,000 | $27,648,000 | $128 | $ |
| 4 | Julale S C (Agana) | 13,057 | 1971 | 80,967 | 63,047 | 78% | $3,250,000 | $4,200,000 | $7,450,000 | $92 | $ |
| PROPOSED | | | | | | | | | | | |
| 5 | K–Mart, etc. (Dededo) | 44,300 | N/A | N/A | N/A | N/A | $12,043,500 | — | $12,043,500 | — | |

- 46 -

## GUAM GOLF COURSE SUMMARY

| Course No. | Golf Course (Location) | Lot Number(s) | Land Area Square Meters | Acres (4.047sm/ac) | Number of Holes (Yards) | Year Built | Comments | Rating | 1993 Total Appraised Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Talofofo Golf Resort (Talofofo) | 50A-1NEW [1] 50A-3NEW [1] 52-2-2N-1R/W 52-2-2N-R1 | 668,511 522,446 5,668 31,240 1,227,865 | 303 | 18 (6,814) | 1993 | Designed by 9 senior pros, many water features, house (27 1ac.) sites planned around course, sold 200 Japanese memberships, new clubhouse with 6 lodging units. 2 tennis courts. | A+ | $52,330,000 |
| 2 | Leo Palace Resort (Yona) | 177-4-1-NEW (portion) | 882,500 | 218 | 27 (10,303) | 1993 | Designed by Palmer/Nicklaus, good construction, new features, wetlands, part of major resort development. | A+ | $72,600,000 |
| 3 | Mangilao Golf Course (Mangilao) | 5292-3-3-22 | 1,170,296 (Net) | 289 | 18 [1] (8,904) | 1992 | Sloping to oceanfront, Nelson & Wright designed, clubhouse, good views. | A+ | $44,340,000 |
| 4 | Hatsuho Country Club (Machanao) | T5312 etc. | 1,130,709 | 279 | 27 (10,629) | 1987/1991 | Relatively flat. Adjacent to hotel facilities. Some water features. Coconut trees. | A | $42,751,000 |
| 5 | Guam Municipal Golf Course (Dededo) | 10122-12 | 829,124 [2] | 205 | 18 (6,797) | 1994 | Relatively flat. Some water features. Above average clubhouse. Rolling topography. | A | $34,730,000 |
| 6 | Country Club of The Pacific (Yona) | 91-1A-4R-R4 | 1,225,206 | 303 | 18 (6,526) | 1973 | Fair, needs maintenance, rolling topo., views to ocean, have on-site water wells, in process of up-grading course. | B | $23,240,000 |
| 7 | Guam Takayama Golf Course (Yona) | 154-2-4R-NEW-2R | 654,549 | 162 | 18 (6,425) | late 1950's /early 1960's | Poor to fair, very dry, many flat holes, irrigation only on greens. | C | $14,400,000 |

[1] There is one additional hole used only for temporary purposes.
[2] Leasehold land owned by Government of Guam.

| Muni/ No. | Project (Lot No.) | Description | 1993 Appraised Values Land | Buildings | Total |
|---|---|---|---|---|---|
| **YONA** 1 | Leo Palace Resort (177-4-1NEW) | Phase I of multiphase mega-resort. Proposed for development with 45 holes of golf, 2,150 condos, 800 duplexes, 50 single family houses, tennis court, baseball stadium etc. | $125,300,000 | $25,900,000 [2] | $151,200,000 |
| **MERIZO** 2 | Cocos Island (Cocos Island Parcels 2 and 3) | Resort island which currently serves day tourists only. Devasted by typhoons in 1992. | $12,400,000 | $5,670,000 | $18,070,000 |
| **MACHANAO** 3 | Hatsuho Country Club (T 5312 etc) | 27-hole golf course with hotel facilities (62 rooms). | $41,450,000 | $14,101,000 | $55,551,000 |
| 4 | Aruno Beach/ Artero Property (10080) | 431 acre hotel-zoned oceanfront property surrounded by Federal land | $25,000,000 | – | $25,000,000 |
| **INARAJAN** 5 | Inarajan Garden House (91-1NEW) | Oceanfront corporate retreat including restaurant, suites etc. | $1,320,000 | $1,609,000 | $2,929,000 |
| **TUMON/TAMUNING** 6 | Sandcastle (5078-5-R1) | Luxury entertainment complex including dinner theater and disco. | $4,470,000 | $14,200,000 | $18,670,000 |
| 7 | Hakubotan (T 259 B 2 L 4) | High-end tourist shopping facility. | – [3] | $5,300,000 | $5,300,000 |
| 8 | Tumon Sands Plaza (5093-R1-R2-1NEW-NEW) | High-end tourist shopping facility and small hotel. | $7,400,000 | $6,100,000 | $13,500,000 |
| 9 | Duty Free Shoppers (5173 B 1NEW L 1) | High-end tourist shopping facility and warehouse. | $5,680,000 | $6,430,000 | $12,110,000 |
| 10 | Guam Greyhound Racetrack (5173-R-1NEW-1 & 2) | Dog race track with ancillery structures. | $9,920,000 | $2,008,000 | $11,928,000 |
| 11 | Northwest Plaza (2106-2) | 2-story commercial project with substantial parking facility. | $2,979,352 | $5,007,565 | $7,986,917 |
| **AGAT** 12 | Shell Oil Tank Farm (439-1-R6) | Older tank farm facility with contamination problems. | $11,300,000 | $9,500,000 | $20,800,000 |

[1] Does not include most golf courses and major hotels that are included in separate files.
[2] Figure includes clubhouse only. Other buildings to be appraised upon issuance of certificate of occupancy.
[3] Land owned by Gov Guam and leased to Hakubotan; therefore, the land is not appraised.

Cowell & Co., Inc. is a professional organization providing informed and objective real estate consulting services to clients requiring responsible, comprehensive and creative guidance to enable informed decisions and viable solutions to difficult real estate and management problems. The company was founded in 1975 and is one of largest consulting land economist firms in the state, as well as the Pacific Basin area, specializing in the analysis of matters pertaining to real estate investment and development, economic planning, land utilization, and urban economics in general. Our clients include governmental agencies, large and small corporations and individual investors.

Professional fees are based upon the type of work, the complexity of the assignment, the time and expense involved, the degree of responsibility assumed, and the personnel involved.

## PROFESSIONAL SERVICES

The company has developed a wide range of specialized capabilities for analyzing real estate investments and economic problems. This range of expertise is covered briefly as follows:

Real Estate Consulting - Counseling regarding all types of real property.

Appraisals - Valuation estimates of all types of real property.

Retail Studies - Shopping center, supermarket and other retail feasibility studies, site selection, and market forecasts of sales potential at specific locations.

Office Space and Financial Studies - Feasibility studies of new office buildings, and site selection studies for financial institutions.

Housing Market Studies - Feasibility and absorption studies of private housing developments, including single-family residential subdivision, condominium projects, apartments and planned unit developments.

Tourism Studies - Market studies, financial feasibility and valuation of resort-oriented projects including proposed and existing resort and transient hotels, land use recommendation studies, recreational amenities, transportation studies and other tourist facilities.

Industrial Studies - Plant site selection analyses, demand and location studies.

Urban Renewal Studies - Reuse, marketability and feasibility analyses for local and foreign governments.

Highest-and-Best Use Studies - Counseling corporations and individuals on the best use of their real estate property assets and analyzing proposed or potential land acquisitions for development and investment purposes.

Property Assessment Studies - Counseling various governments and governmental agencies on real property assessment methodologies and valuation techniques.

## SELECTED STUDIES CONDUCTED BY MEMBERS OF
## COWELL & CO., INC. FOR MAJOR DEVELOPMENTS

1. Market study and counseling for Nandi Island Properties involving the research and analyses necessary to counsel the owners of an island in the Fiji group contemplating development of a destination resort. The study included financial projections of hotel operations, a market study conducted in Australia concerning condominium apartments and an economic feasibility study for a resort shopping center; conclusions as to the extent of demand for various land uses, land values which could be generated under alternative uses, recommendations as to land use, land density, development and financing methods.

2. Market study and counseling for a proposed resort development covering 3,200 acres fronting the ocean on the Island of Hawaii for Mauna Loa Land, Inc., a subsidiary of Tokyu Corporation. The study included analysis of absorption rates for hotel, condominium and housing development, recommendations regarding marketing strategies, investigations and recommendations regarding employee housing, and land valuation analyses regarding probable values which could be generated under various classifications of land use.

3. Counseling and valuation studies for the development of Hemmeter Center, a 1,260-room hotel and convention center in Waikiki, Hawaii.

4. Counseling and valuation studies regarding Boise Cascade Corporation's resort and community development covering 30,000 acres fronting the ocean on the Island of Hawaii. The studies included absorption rates regarding land development, land value analyses, and recommendations regarding land use and land densities.

5. Counseling and valuation studies covering the Princeville resort project on the Island of Kauai. The studies included land valuation analyses covering 11,000 acres including hotel sites, condominium sites, residential and conservation lands.

6. Market study and counseling regarding single-family and multi-family designated lands at C. Brewer & Company, Ltd.'s resort development on the Island of Hawaii. The study, which included land valuation analyses, was prepared for Nissho-Iwai American Corporation based in New York, New York.

7. A study for the Government of American Samoa regarding retailing potentials on the Island of Tutuila completed in conjunction with Touche Ross & Company. The study included a thorough evaluation of existing retailing facilities and practices in American Samoa and our findings and recommendations regarding the economic feasibility of a shopping center development in Pago Pago.

8. A commercial development study of the demand for retail facilities in Mililani Town, a planned community located in central Oahu. This project, a development of Oceanic Properties, a subsidiary of Castle & Cooke, Inc., is one of the island's fastest growing residential communities. The study involved a survey and analysis of economic data, population projections, earning and spending characteristics to enable determination of retail business potentials, recommendations for type and size of tenants for several proposed shopping centers.

9. Market and economic study for the Government of the Republic of China involving research and analysis to determine the planning parameters, market demand and financial feasibility for the redevelopment of the Yim Pien area, a 65-acre area in the central City of Taipei, Island of Taiwan. This study was in conjunction with the comprehensive master plan prepared by William L. Pereira Associates.

Representative Client List:

Dillingham Corporation
Amfac, Inc.
Lewers & Cooke, Inc.
C. Brewer & Company
Kaiser-Aetna
Alexander & Baldwin, Inc.
Bishop Trust Company, Ltd.
Bishop Corporation
Bishop Estate
James Campbell Estate
Castle & Cooke, Inc.
Liliuokalani Trust
McCandless Heirs
China Tourism Development Corp.
Hawaiian Telephone Company
Hawaiian Electric Company
State of Hawaii
Government of Guam
Trust Territory of the Pacific
U.S. Navy
Haas & Haynie Construction Company
Boise Cascade
Berkshire Industries (New York)
Holiday Mart, Inc.
Star Super Markets
Valley of the Temples Corporation
Pacific Leisure Enterprises, Inc.
American International Travel Service
(A.I.T.S.)
Hilton-Burns Hotels Company, Inc.
Alfred A. Yee & Associates, Inc.
Onuma and Wood Associates
Nissho Iwai Corporation
Blackfield Hawaii Corporation

UAL, Inc.
Bank of Hawaii
First Hawaiian Bank
Cal-Fed Savings & Loan
Heitman Mortgage Company
Honolulu Mortgage Company, Ltd.
Teachers Insurance & Annuity Association
of America
Continental Oil Company
Standard Oil Company
Union Oil Company
Lanai Company
Orchid Island Resorts Corporation
Franchise Realty Interstate Corp.
Hasegawa Komuten (USA), Inc.
Mauna Loa Land, Inc. (Tokyu Corporation)
David Rockefeller
Capital Investment of Hawaii, Inc.
Eagle County Development Corp.
(Princeville)
Federal Home Loan Bank
Honolulu Redevelopment Agency
Island Federal Savings & Loan Assn.
American Savings & Loan Assn.
City Bank of Honolulu
Union Bank (Los Angeles)
First National City Bank (New York)
Chase Manhattan Bank (Guam)
TraveLodge Corporation
Christopher B. Hemmeter
Peat, Marwick, Mitchell & Company
Herbert K. Horita
Calvo Finance Corporation

President, Cowell & Co., Inc., Real Estate Consultants
311 Hawaii Building, 745 Fort Street, Honolulu, Hawaii

Licensed Real Estate Salesperson, State of Hawaii

Member, Appraisal Institute (MAI), Hawaii Chapter

Past President, American Institute of Real Estate Appraisers (MAI)
Certificate No. 7313, Honolulu Chapter No. 15

Hawaii State Certified General Appraiser (REA No. 17)

## EDUCATION

Culver Military Academy, Culver, Indiana. Graduated with honors, 1964-1968.

Bachelor of Science Degree, U.S. Military Academy, West Point, New York,
  1968-1972.

University of Hawaii, Graduate courses in Business and Economics, 1975-1976.

Master of Business Administration Degree, Chaminade University of Honolulu,
  1980.

## SPECIAL COURSES

Graduate Real Estate Institute, Courses I and II, Honolulu, 1979.

Stapleton School of Real Estate, Sales Licensing Course, Honolulu, 1979.

Credit for the following American Institute of Real Estate Appraisal Courses:

|  |  |
|---|---|
| 1A1 | – Real Estate Appraisal Principles |
| 1A2 | – Basic Valuation Procedures |
| 1B1, 2 & 3 | – Capitalization Theory and Techniques, Parts 1, 2 and 3 |
| 2-1 | – Case Studies in Real Estate Valuation |
| 2-2 | – Valuation Analysis and Report Writing |
| 2-3 | – Standards of Professional Practice |
| 4 | – Litigation Valuation |

## MILITARY

Captain, U.S. Army, 1972-1978. Held various positions including Commander,
  Air Defense Artillery Battery and Special Staff Officer, 25th Infantry
  Division General Staff, Schofield Barracks, Hawaii.

## EXPERIENCE

Engaged in real estate consultation and valuation with Cowell & Co., Inc.
  since 1979. Geographical areas covered include the four counties of the
  State of Hawaii, the Territory of Guam, and the Federated States of
  Micronesia.

# QUALIFICATIONS OF W. NICHOLAS CAPTAIN

Staff Appraiser, Cowell & Co., Inc., Real Estate Consultants
311 Hawaii Building, 745 Fort Street, Honolulu, Hawaii

Appraisal Institute - Candidate for MAI Designation

Licensed Real Estate Salesperson, State of Hawaii

## EDUCATION

Master of Business Administration Program
University of Hawaii at Manoa, Honolulu, Hawaii
Currently on leave due to Guam assignment

Bachelor of Business Administration Degree
University of Hawaii at Manoa, Honolulu, Hawaii
Finance Major

## SPECIAL COURSES

Credit for the following American Institute of Real Estate Appraisal Courses:

| | | |
|---|---|---|
| 540 | - | Report Writing and Valuation Analysis |
| 2-1 | - | Case Studies in Real Estate Valuation |
| 1BA | - | Capitalization Theory and Techniques, Part A |
| 1BB | - | Capitalization Theory and Techniques, Part B |
| SPP-A | - | Standards of Professional Practice, Part A |
| SPP-B | - | Standards of Professional Practice, Part B |
| 1A1 | - | Real Estate Appraisal Principles |
| 1A2 | - | Basic Valuation Procedures |

Real Estate 300, University of Hawaii at Manoa
  Introduction to Real Estate Terminology, Concepts and Analysis

Real Estate Law 310, University of Hawaii at Manoa
  In-depth Study of National and State Laws Affecting Real Estate

Valuation of Easements, International Right-of-Way Association, October 1991

## EXPERIENCE

Currently serving as Chief Appraiser at Cowell & Co., Inc., Guam office.  Guam
  assignment includes the island-wide valuation of all privately-owned real
  estate for Government of Guam property tax purposes.

Engaged in real estate research and valuation with Cowell & Co., Inc. since
  January 1991.  In addition to extensive work on Guam, geographic areas
  covered include the City and County of Honolulu and the Counties of Maui
  and Hawaii.  Types of properties covered include resort, industrial,
  agricultural, residential, shopping centers and various other commercial
  properties.

## OTHER

Member, Honolulu Board of Realtors

Member, Beta Gamma Sigma, the National Honor Society for Collegiate Schools of
  Business

Previous work experience includes sales and sales management.