Municipality . . . . . . . . _____

Village . . . . . . . . . . _____

Subdivision . . . . . . . . _____

Tract/Lot No (Parcel) . . . _____

**Building Type (circle one):**

| | | |
|---|---|---|
| 1 | Single Family to 4-Plex | Date . . . . . ___ |
| 2 | Multifamily Residential | Team . . . . . ___ |
| 3 | Hotel | |
| 4 | Commercial/Office Building | Inspector . . . ___ |
| 5 | Industrial | |
| 6 | Special Use Property . | Building Number ___ of ___ |

**BUILDING:**

1.0   Does lot include building(s)? . . . . . . . . .   Yes   No

2.0    Does building match property card? . . . . . .   Yes   No
2.1   Building area (SF)? . . . . . . . . . . . . . . . Yes   No

2.2   Conforms with year constructed? . . . . . . .   Yes   No

2.3   Pool (res)? /parking facility (comm)? . . .   Yes   No

3.0   Type of Construction (circle one):
3.1   Wood/metal . . . . . . . . . . . . . . . . . . . . 1

3.2   Masonry/concrete (1-3 floors) . . . . . . . . . 2

3.3   Masonry/concrete (4+ floors) . . . . . . . . . 3

3.4   Modular/mobile . . . . . . . . . . . . . . . . . 4

3.5   Composit . . . . . . . . . . . . . . . . . . . . 5

3.6   Steel . . . . . . . . . . . . . . . . . . . . . . 6

3.7   Other . . . . . . . . . . . . . . . . . . . . . . 7

4.0   Condition/Quality of Construction (circle one):
4.1   Damaged beyond repair . . . . . . . . . . . . . 1

4.2   Low/poor . . . . . . . . . . . . . . . . . . . . 2

4.3   Average . . . . . . . . . . . . . . . . . . . . . 3

4.4   Above average . . . . . . . . . . . . . . . . . . 4

4.5   High/luxury (residential/hotel/sp. use) . . . 5

**LAND:**
5.0   Area correct (SM)? . . . . . . . . . . . . . .   Yes   No

6.0   Topography (problems) . . . . . . . . . . . .   Yes   No

7.0   View . . . . . . . . . . . . . . . . . . . . . . Yes   No

8.0   Other (explain) . . . . . . . . . . . . . . . . Yes   No

9.0   Base land value . . . . . . . . . . . . . . . . $ _____

9.1   Land value size adjustment table used . . .   A   B   F

10.0   Physical characteristics adjustment . . . . . _____ %

Comments

Approved by . . _____

EXHIBIT "B"





**REAL PROPERTY TAX DIVISION**
DEPARTMENT OF REVENUE AND TAXATION
GOVERNMENT OF GUAM
P O Box 23607 GMF Barrigada Guam 96921

# REAL PROPERTY TAX CLEARANCE
Public Law 23-61

Occupancy/Building Permit No._____  Completion Date:_____

Owner/Assessee:_____

SSN/EIN:_____ Telephone No.:_____

Mailing Address:_____

## LEGAL LOT DESCRIPTION

Tract_____ Block_____ Lot_____

Municipality_____

## BUILDING DESCRIPTION

House No. and Street Address:_____

Construction Type:_____
*(Single-Family, Duplex, Multi-Family, Commercial, Other)*

[  ]  NEW CONSTRUCTION            [  ]  RENOVATION/ADDITION

[  ]  BUILDING OCCUPIED BY OWNER  [  ]  BUILDING RENTED/LEASED

## LOCATION SKETCH
Please give in detail the location to premise i.e. Route/Street Name(s), monuments etc.

**\*\*\*\* U S E     R E V E R S E     S I D E \*\*\*\***

# NOTICE TO ALL PERSONS OBTAINING OCCUPANCY PERMIT
## CLEARANCE FOR REAL PROPERTY TAX

To ensure an accurate assessment and clearance, you are required to furnish the above information to this office. Failure to comply with the requirements of Public Law 23-61 and Chapter 24, Title 11 of the Guam Code Annotated will result in erroneous and/or the Escape Assessment of taxes levied against the improvement and the owner thereof.

§24309, Article 3, Chapter 24, Title 11 GCA.       **Power to Require Information.** *Every person shall furnish information or records for examination at any time, as required by the assessor. The assessor may subpoena and examine any person in relation to any statement made or information or records furnished by such person.*

§24313, Article 3, Chapter 24, Title 11 GCA.       **Penalty Assessment:** *Any property willfully concealed, transferred or misrepresented by the owner or his agent to evade taxation shall be penally assessed on discovery at not more than ten (10) times its value. This assessment shall be marked "Penal Assessment" and shall not be reduced by the Board of Equalization.*

**■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ FOR OFFICE USE ONLY ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■**
**■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■**

Date Cleared:_____

Received By:

**EXHIBIT "C"**

# PROPERTY RECORD AND APPRAISAL CARD

MUNICIPALITY: _____

## NAME & REAL ESTATE DESCRIPTION

Mailing Address:

SSN/EIN:

REMARKS

### SALES RECORD

| Date | Sales Price | Document No. | Year | % | Land | Building | Total Assessment | Tax |
|------|-------------|--------------|------|---|------|----------|------------------|-----|
| | | | | | | | | |

### REAL ESTATE ASSESSMENT RECORD

### LOT RECORD

**ZONING OR USE**
- Residential
- Apartment
- Commercial
- Light Indust.
- Heavy Indust.

**STREET**
- Asphalt
- Concrete
- Coral
- Macadam
- Unpaved

### ACREAGE RECORD

**TOPOGRAPHY**
- Level
- Rolling
- Low
- Rough

**ROAD**
- Paved Road
- All-weather Rd.
- Dirt Road
- No Road Outlet
- Distance to
- All-weather Rd.

**TRADING CTR.**
- Distance to
- Trading Center

**WATER**
- P. U.
- Well
- Spring
- Stream

**DRAINAGE**
- Natural
- Artificial

**HECTARES**
- Cultivable
- Pasture
- Roads
- Streams
- Waste
- Total Hectares

**MINERAL LANDS**
- Type
- Total Hectares

### TOPOGRAPHY
- Level
- High
- Rough

### IMPROVEMENTS
- Sidewalks
- Curbs
- Water
- Sewers
- Electricity

### LAND VALUE CALCULATION

| Size of Lot or Number of Hectares | Soil Class | Base Unit Value | Property Influence | | | Adjusted Unit Value | Total Value |
|-----------------------------------|-----------|-----------------|--------------------|--|--|---------------------|-------------|
| | | Table | Factor | Table | Factor | | |
| | | $ | | | | $ | $ |

Total Hectares

Total Base Land Value $

### ADJUSTMENT FOR RURAL LAND

Type of Road

Distance to all-weather road

Distance to local trading center

Location Adjustment Factor

Adjusted Value

Mineral Value

Total Lot or Land Value $

Total

### BOARD OF EQUALIZATION

| Date | BOE # | Adjustment | Land | Building | Total |
|------|-------|------------|------|----------|-------|
| | | | | | |

EXHIBIT "D"

# BUILDING DESCRIPTION AND VALUE CALCULATION

Parcel Number _____  Card _____ of _____ Cards

## PRINCIPAL BUILDING DESCRIPTION

### BUILDING CLASS

TYPE AND USE

### TYPE AND USE

| OBSERVED PHYSICAL CONDITION | | | | |
|---|---|---|---|---|
| Good | Normal | Fair | Poor | EFFECTIVE AGE |

Date _____  Years _____

**1)**
- 1 Family Dwelling
- 2 Family Dwelling
- 3-6 Family Apartment
- Motel
- Quonset
- Pre-Fab

**5) INTERIOR FINISH**
- Walls Unfinished
- Wallboard or Plywood
- Plaster
- Doors & Trim
- Softwood
- Hardwood
- Tile Walls: Bath ___ Kitchen ___

**FOUNDATION**
**6)**
- Masonry Walls
- Wood or Block Piers
- Concrete
- ☐ Lt. ☐ Med. ☐ Hvy
- FRAME

**6) FLOORS**
- Hardwood ___ Stories ___
- Softwood
- Concrete
- Terrazzo
- Tile Floors: Bath ___ Kitchen ___

**STORIES AND ROOM**
- Stories 1  1½  2  2½
- No. Apts. ___
- No. Bedrooms ___
- Area

**PORCHES**
| | 1 | 2 | 3 |
|---|---|---|---|
| Own Roof | | | |
| Main Roof | | | |
| Open Porch | | | |
| Glazed | | | |
| Enclosed & Finished | | | |
| Area | | | |

**3) EXT. WALL CONST.**
- Wood/Plain Board ___ Stories ___
- Plywood
- Tongue & Grooved
- Corrugated Iron New Used
- CHB
- Rein. Concrete
- Other

**7) ROOF**
- Type-Flat ___ Hip ___ Gable ___
- Mansard ___ Gambrel ___
- Roofing-Prepared Roll
- Concrete
- Corrugated Iron
- Other

**7) PLUMBING**
- None ___ Water Only ___
- No. Bathrooms (3 Fix.)
- No. Toilet Rms (2 Fix.)
- No. Single Fixtures
- Septic Tank
- Sewer
- Water Heater

**10) OTHER ITEMS**
- Canopy ___ Type ___
- Terrace ___ Area ___
- Built-in Carport
- Recreation ___ Sq. Ft. Ground Area ___
- Apartment %
- Garage
- Yard Improvements
- Other

**8) ELECTRICITY**
- Electricity ___ Yes ___ No ___
- Type Wiring
- 220 Service
- Power Wiring
- A.C. Units ___ Built-in ___

**BASEMENT**
- None
- Part %
- Full
- Finished:
- Floor ___ Dirt ___ Cement ___ Wood ___
- Tiled: ___ Type ___

**SPECIAL BUILDING NOTES:**

---

### GROUND PLAN SKETCH

1 Square = _____ Feet

FRONT



---

## BLDG. VALUE CALCULATIONS

| ITEM NO. | AREA OR QUANTITY | UNIT COST | 19 TOTAL | 20 TOTAL | 20 TOTAL |
|---|---|---|---|---|---|

### ADDITIONS AND DEDUCTIONS

### TOTAL REPLACEMENT COST

Cost Conversion Factor

Replacement Cost

### DEPRECIATION AND OBSOLESCENCE

**DEPRECIATION**
| | | | | |
|---|---|---|---|---|
| a. Effective Age Depreciation | | % | % | % |
| b. Observed Physical Condition | | % | % | % |
| c. Total Depreciation (a ÷ b) | | % | % | % |
| d. Net Condition (100 − c) | | % | % | % |

**OBSOLESCENCE**
| | | | | |
|---|---|---|---|---|
| e. Overimprovement | | % | % | % |
| f. Underimprovement | | % | % | % |
| g. Other | | % | % | % |
| h. Net Condition (100 − e + f + g) | | % | % | % |
| i. FINAL NET CONDITION (d + h) | | % | % | % |

### SUMMARY OF APPRAISED VALUE

- Principal Building Appraisal
- Other Principal Building Appraisal
- Accessory Building Appraisal
- Total Building Appraisal
- Total Land Appraisal

**TOTAL APPRAISED VALUE**

---

## BUILDING AREA CALCULATION
### GROUND AREA — SQUARE FEET

| FLOOR | WIDTH | LENGTH | AREA |
|---|---|---|---|

## MAJOR ALTERATIONS OR ADDITIONS ON PRINCIPAL BUILDING

SOURCE

---

DATE OF CONSTRUCTION _____  DATE _____

| | DATE | AGE |
|---|---|---|

Measured by _____ Date _____  Classified by _____  Extended by _____ Date _____

Checked by _____ Date _____

**RESIDENTIAL AND FARM PROPERTY RECORD CARD**

GOVERNMENT OF GUAM

**REAL PROPERTY TAX DIVISION**

# PROCEDURES FOR FILING
# APPLICATION FOR BOARD EQUALIZATION
### (Assessment Reduction Request)

- **FILING DATE:**     September 15 to October 15, each year

- No application will be acknowledged prior to September 15.

- No application or recommendation for alteration of the roll for any year shall be filed with the Board after October 15.
  *Source: (§24510, Chapter 24, Title 11, GCA)*

- No application shall be accepted unless the owner or agent files a written application showing the facts claimed to warrant a reduction.


**CHECKLIST:**

1.   Completed Application for Board of Equalization (original & 5 copies)

2.   Appraisal Report for Tax Appeals purposes, Brief, or other document, with the requisite number of copies. Supporting documents must be effective as of the first Monday in March of the year in which the reduction of assessment is requested.


**NO APPLICATION WILL BE ACCEPTED, WITHOUT THE MAILING ADDRESS OF THE ASSESSEE OR HIS AGENT.**

EXHIBIT "E"




**DEPARTMENT OF REVENUE AND TAXATION**
**REAL PROPERTY TAX DIVISION**
**GOVERNMENT OF GUAM**
**P.O. BOX 23607**
**GMF BARRIGADA, GUAM 96921**

**REAL PROPERTY TAX DIVISION**
**APPLICATION FOR BOARD OF EQUALIZATION**

Application #: _____

Date Received: _____

Acknowledged By: _____

Application is made for alteration of the assessment roll for the following tax year(s): _____

[ ] Inclusion     [ ] Deletion     [ ] Change of Ownership

[ ] Exemption _____     [ ] Value Adjustment     [ ] Others

**CURRENT ASSESSMENT RECORDS:**

LOT No.: _____     MUNICIPALITY: _____

LAND AREA: _____     BUILDING AREA (if any): _____

**ALTERATION REQUESTED:**

| | FROM | TO |
|---|---|---|
| Assesee: | _____ | _____ |
| Assessor #: | _____ | _____ |
| Soc. Sec. #: | _____ | _____ |
| MAILING ADDRESS: | _____ | _____ |
| | _____ | _____ |
| Land Area: | _____ | _____ |
| Building Area (if any): | _____ | _____ |

**APPRAISED VALUES**

| | FROM | TO |
|---|---|---|
| Land: | _____ | _____ |
| Building: | _____ | _____ |

**ASSESSED VALUES**

| | FROM | TO |
|---|---|---|
| Land: | _____ | _____ |
| Building: | _____ | _____ |

**TAX AMOUNT**

| | FROM | TO |
|---|---|---|
| Land: | _____ | _____ |
| Building: | _____ | _____ |

**REMARKS:** *(Use reverse side if needed)*

_____

_____

_____

_____

_____

**OATH:** I do solemnly swear that the statements made and the facts set forth in this petition are true and correct to the best of my knowledge.

Date: _____     SIGNATURE: _____

              Property Owner / Authorized Representative

**ACTION BY BOARD OF EQUALIZATION**

[ ] APPROVED     [ ] DISAPPROVED

            SIGNATURE: _____

                 Secretary, Board of Equalization

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-1

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Total_tax |
|---|---|---|---|---|
| **20 Agana Urban** | | | | |
| Totals for Municipality 20 - Agana Urban | | | | |
| TOTAL | 26,196,335.33 | 9,168,717.36 | 45,844.20 | 274,779.32 |
| COUNT 746 | | | | |
| TOTAL | 65,410,005.06 | 22,893,501.77 | 228,935.12 | |
| **22 Agana Suburban** | | | | |
| Totals for Municipality 22 - Agana Suburban | | | | |
| TOTAL | 24,026,529.83 | 8,409,285.44 | 42,046.69 | 178,561.02 |
| COUNT 551 | | | | |
| TOTAL | 39,004,100.03 | 13,651,435.01 | 136,514.33 | |
| **24 Agat Urban** | | | | |
| Totals for Municipality 24 - Agat Urban | | | | |
| TOTAL | 6,008,779.00 | 2,103,072.65 | 10,515.90 | 76,222.66 |
| COUNT 550 | | | | |
| TOTAL | 18,773,351.00 | 6,570,672.85 | 65,706.76 | |
| **26 Agat Suburban** | | | | |
| Totals for Municipality 26 - Agat Suburban | | | | |
| TOTAL | 71,952,411.24 | 25,183,343.88 | 125,917.34 | 493,065.29 |
| COUNT 2,366 | | | | |
| TOTAL | 104,899,304.29 | 36,714,756.50 | 367,147.95 | |
| **28 Santa Rita** | | | | |
| Totals for Municipality 28 - Santa Rita | | | | |
| TOTAL | 2,424,810.37 | 848,683.63 | 4,243.67 | 36,775.31 |
| COUNT 302 | | | | |
| TOTAL | 9,294,750.00 | 3,253,162.50 | 32,531.64 | |
| **30 Asan Urban** | | | | |
| Totals for Municipality 30 - Asan Urban | | | | |
| TOTAL | 1,130,746.67 | 395,761.33 | 1,978.85 | 19,730.51 |
| COUNT 93 | | | | |
| TOTAL | 5,071,887.00 | 1,775,160.45 | 17,751.66 | |
| **32 Asan Suburban** | | | | |
| Totals for Municipality 32 - Asan Suburban | | | | |
| TOTAL | 25,916,399.62 | 9,070,739.86 | 45,353.87 | 112,970.24 |
| COUNT 745 | | | | |
| TOTAL | 19,318,927.86 | 6,761,624.75 | 67,616.37 | |
| **34 Barrigada Urban** | | | | |
| Totals for Municipality 34 - Barrigada Urban | | | | |
| TOTAL | 6,079,567.80 | 2,127,848.73 | 10,639.83 | 61,879.17 |
| COUNT 329 | | | | |
| TOTAL | 14,639,796.86 | 5,123,928.90 | 51,239.34 | |

EXHIBIT F

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-1

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Total_tax |
|---|---|---|---|---|
| 36   Barrigada Suburban | | | | |
| Totals for Municipality 36 - Barrigada Suburban | | | | |
| TOTAL | 177,439,416.79 | 62,103,795.84 | 310,523.59 | 1,208,672.66 |
| COUNT 6,786 | 256,613,880.64 | 89,814,858.21 | 898,149.07 | |
| TOTAL | | | | |
| 40   Merizo | | | | |
| Totals for Municipality 40 - Merizo | | | | |
| TOTAL | 36,791,312.74 | 12,876,959.45 | 64,385.56 | 123,258.44 |
| COUNT 1,125 | 16,820,787.89 | 5,887,275.76 | 58,872.88 | |
| TOTAL | | | | |
| 42   Dededo Urban | | | | |
| Totals for Municipality 42 - Dededo Urban | | | | |
| TOTAL | 8,912,169.29 | 3,119,259.25 | 15,596.27 | 95,755.38 |
| COUNT 505 | 22,902,541.78 | 8,015,889.62 | 80,159.11 | |
| TOTAL | | | | |
| 44   Dededo Suburban | | | | |
| Totals for Municipality 44 - Dededo Suburban | | | | |
| TOTAL | 733,278,153.00 | 256,647,353.44 | 1,283,242.08 | 7,665,454.65 |
| COUNT 13,617 | 1,823,488,385.39 | 638,220,934.90 | 6,382,212.57 | |
| TOTAL | | | | |
| 52   Inarajan | | | | |
| Totals for Municipality 52 - Inarajan | | | | |
| TOTAL | 54,730,858.86 | 19,155,800.54 | 95,779.22 | 160,432.00 |
| COUNT 1,499 | 18,472,203.04 | 6,465,271.06 | 64,652.78 | |
| TOTAL | | | | |
| 56   Piti Urban | | | | |
| Totals for Municipality 56 - Piti Urban | | | | |
| TOTAL | 650,072.00 | 227,525.20 | 1,137.67 | 7,111.35 |
| COUNT 67 | 1,706,768.00 | 597,368.80 | 5,973.68 | |
| TOTAL | | | | |
| 58   Piti Suburban | | | | |
| Totals for Municipality 58 - Piti Suburban | | | | |
| TOTAL | 29,709,466.73 | 10,398,313.35 | 51,991.91 | 224,785.57 |
| COUNT 810 | 49,369,607.14 | 17,279,362.50 | 172,793.66 | |
| TOTAL | | | | |
| 60   Sinajana Urban | | | | |
| Totals for Municipality 60 - Sinajana Urban | | | | |
| TOTAL | 12,964,991.08 | 4,537,746.86 | 22,688.91 | 159,200.97 |
| COUNT 679 | 39,003,379.00 | 13,651,182.65 | 136,512.06 | |
| TOTAL | | | | |

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-1

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Total_tax |
|---|---|---|---|---|
| 62   Sinajana Suburban | | | | |
| Totals for Municipality 62 - Sinajana Suburban | | | | |
| TOTAL 6,280 | 181,923,949.63 | 63,673,382.33 | 318,370.10 | 1,057,006.26 |
| TOTAL | 211,038,409.78 | 73,863,443.42 | 738,636.16 | |
| 70   Sumay | | | | |
| Totals for Municipality 70 - Sumay | | | | |
| TOTAL 5 | 131,484.00 | 46,019.40 | 230.09 | 1,213.35 |
| TOTAL | 280,931.00 | 98,325.85 | 983.26 | |
| 72   Talofofo Urban | | | | |
| Totals for Municipality 72 - Talofofo Urban | | | | |
| TOTAL 247 | 2,706,522.00 | 947,282.70 | 4,736.38 | 29,020.10 |
| TOTAL | 6,938,179.00 | 2,428,362.65 | 24,283.72 | |
| 74   Talofofo Suburban | | | | |
| Totals for Municipality 74 - Talofofo Suburban | | | | |
| TOTAL 1,219 | 64,257,532.20 | 22,490,136.27 | 112,450.97 | 171,319.27 |
| TOTAL | 16,819,481.00 | 5,886,818.35 | 58,868.30 | |
| 76   Umatac | | | | |
| Totals for Municipality 76 - Umatac | | | | |
| TOTAL 342 | 11,136,853.26 | 3,897,898.64 | 19,489.71 | 35,234.98 |
| TOTAL | 4,498,641.40 | 1,574,524.49 | 15,745.27 | |
| 78   Yigo | | | | |
| Totals for Municipality 78 - Yigo | | | | |
| TOTAL 5,118 | 96,103,157.12 | 33,636,104.82 | 168,183.33 | 570,954.76 |
| TOTAL | 115,077,511.28 | 40,277,128.94 | 402,771.43 | |
| 80   Mechanao | | | | |
| Totals for Municipality 80 - Mechanao | | | | |
| TOTAL 1,570 | 29,958,356.02 | 10,485,424.54 | 52,428.09 | 219,166.68 |
| TOTAL | 47,639,547.38 | 16,673,841.58 | 166,738.59 | |
| 82   Yona Urban | | | | |
| Totals for Municipality 82 - Yona Urban | | | | |
| TOTAL 251 | 3,038,574.26 | 1,063,500.99 | 5,317.57 | 43,182.74 |
| TOTAL | 10,818,614.00 | 3,786,514.90 | 37,865.17 | |

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-1

| Mun_Code Municipality_Desc | Land_appr<br>Bldg_appr | Land_tax<br>Bldg_tax | Total_tax |
|---|---|---|---|
| 84   Yona Suburban | | | |
| Totals for Municipality 84 - Yona Suburban | | | |
| TOTAL | 111,944,876.81 | 195,904.16 | 428,938.66 |
| COUNT 2,174 | | | |
| TOTAL | 66,581,316.60 | 233,034.50 | |
| | | | |
| FINAL TOTALS | | | |
| TOTAL | 1,719,413,325.65 | 3,008,995.96 | 13,454,691.34 |
| COUNT 47,976 | | | |
| TOTAL | 2,984,482,306.42 | 10,445,695.38 | |

\* \* \*  E N D  O F  R E P O R T  \* \* \*

Escape Assessment for 1994:

L)   4,816.68
B) 741,012.62

745,829.30

$ 14,200,520.64

CERTIFICATION OF THE 1994 REAL PROPERTY
TAX ASSESSMENT ROLL AS PER SEC. 19349,
CHAPTER IV, TITLE XX OF THE GOVERNMENT
CODE OF GUAM. (Subject to escaped assessments
to include pending updates, of which are not
subject to penalties and costs, to be incorporated
in the 1994 Real Property Tax Assessment Roll).

TOMAS F. MENDIOLA, Secretary
Board of Equalization

Date: 10/31/94

Department of Revenue & Taxation
Real Property Tax System
1995 Statistical and Revenue Analysis-1

| Mun_Code Municipality_Desc | Land appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Total_tax |
|---|---|---|---|---|
| **20  Agana Urban** | | | | |
| Totals for Municipality 20 - Agana Urban | | | | |
| TOTAL | 76,747,392.00 | 26,861,587.20 | 134,308.62 | |
| COUNT 744 | | | | 455,235.75 |
| TOTAL | 95,299,798.00 | 33,351,779.30 | 320,927.13 | |
| **22  Agana Suburban** | | | | |
| Totals for Municipality 22 - Agana Suburban | | | | |
| TOTAL | 70,324,413.49 | 24,613,544.72 | 123,068.10 | 287,040.19 |
| COUNT 553 | | | | |
| TOTAL | 50,659,768.00 | 17,730,918.80 | 163,972.09 | |
| **24  Agat Urban** | | | | |
| Totals for Municipality 24 - Agat Urban | | | | |
| TOTAL | 15,299,948.00 | 5,354,981.80 | 26,775.92 | 135,369.43 |
| COUNT 548 | | | | |
| TOTAL | 25,312,385.00 | 8,859,334.75 | 88,593.51 | |
| **26  Agat Suburban** | | | | |
| Totals for Municipality 26 - Agat Suburban | | | | |
| TOTAL | 167,157,379.71 | 58,505,012.85 | 292,525.93 | 639,617.71 |
| COUNT 2,421 | | | | |
| TOTAL | 100,468,944.43 | 35,164,130.55 | 347,091.78 | |
| **28  Santa Rita Urban** | | | | |
| Totals for Municipality 28 - Santa Rita Urban | | | | |
| TOTAL | 8,777,666.78 | 3,072,183.37 | 15,361.09 | 58,875.30 |
| COUNT 360 | | | | |
| TOTAL | 12,432,622.00 | 4,351,417.70 | 43,514.21 | |
| **30  Asan Urban** | | | | |
| Totals for Municipality 30 - Asan Urban | | | | |
| TOTAL | 5,388,386.00 | 1,885,935.10 | 9,378.64 | 38,205.23 |
| COUNT 110 | | | | |
| TOTAL | 8,236,163.00 | 2,882,657.05 | 28,826.59 | |
| **32  Asan Suburban** | | | | |
| Totals for Municipality 32 - Asan Suburban | | | | |
| TOTAL | 77,468,307.00 | 27,113,907.45 | 135,570.02 | 236,852.20 |
| COUNT 747 | | | | |
| TOTAL | 28,937,725.00 | 10,128,203.75 | 101,282.18 | |
| **34  Barrigada Urban** | | | | |
| Totals for Municipality 34 - Barrigada Urban | | | | |
| TOTAL | 22,268,449.00 | 7,791,157.15 | 38,955.89 | 119,774.62 |
| COUNT 323 | | | | |
| TOTAL | 23,691,042.00 | 8,081,864.70 | 80,818.73 | |

10/31/95 09:43:33

Department of Revenue & Taxation
Real Property Tax System
1995 Statistical and Revenue Analysis-1

PAGE 2

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Total_tax |
|---|---|---|---|---|
| 36 Barrigada Suburban | | | | |
| Totals for Municipality 36 - Barrigada Suburban | | | | |
| TOTAL | 700,952,406.16 | 245,333,342.15 | 1,225,235.80 | 2,687,756.26 |
| COUNT 7,487 | | | | |
| TOTAL | 448,283,976.05 | 156,899,391.60 | 1,462,520.38 | |
| 38 Mangilao | | | | |
| Totals for Municipality 38 - Mangilao | | | | |
| TOTAL | 7,833,114.00 | 2,741,589.90 | 6,001.94 | 6,306.61 |
| COUNT 36 | | | | |
| TOTAL | 87,048.00 | 30,466.80 | 304.67 | |
| 40 Merizo | | | | |
| Totals for Municipality 40 - Merizo | | | | |
| TOTAL | 82,664,824.00 | 28,932,688.40 | 144,664.32 | 228,081.55 |
| COUNT 1,124 | | | | |
| TOTAL | 23,833,463.00 | 8,341,705.05 | 83,417.23 | |
| 42 Dededo Urban | | | | |
| Totals for Municipality 42 - Dededo Urban | | | | |
| TOTAL | 39,143,299.00 | 13,700,154.65 | 68,501.51 | 198,994.40 |
| COUNT 500 | | | | |
| TOTAL | 37,283,665.00 | 13,049,282.75 | 130,492.89 | |
| 44 Dededo Suburban | | | | |
| Totals for Municipality 44 - Dededo Suburban | | | | |
| TOTAL | 2,515,072,238.45 | 888,275,283.45 | 4,401,376.97 | 13,302,509.66 |
| COUNT 13,996 | | | | |
| TOTAL | 2,559,576,710.63 | 895,851,848.69 | 8,901,332.69 | |
| 46 Tamuning | | | | |
| Totals for Municipality 46 - Tamuning | | | | |
| TOTAL | .00 | .00 | .00 | 18,440.32 |
| COUNT 3 | | | | |
| TOTAL | 5,268,664.31 | 1,844,032.51 | 18,440.32 | |
| 52 Inarajan | | | | |
| Totals for Municipality 52 - Inarajan | | | | |
| TOTAL | 172,156,309.20 | 66,254,708.22 | 301,148.94 | 414,469.96 |
| COUNT 1,601 | | | | |
| TOTAL | 33,267,977.72 | 11,643,792.20 | 113,321.02 | |
| 56 Piti Urban | | | | |
| Totals for Municipality 56 - Piti Urban | | | | |
| TOTAL | 2,565,935.00 | 898,077.25 | 4,498.37 | 13,742.45 |
| COUNT 69 | | | | |
| TOTAL | 2,643,455.00 | 925,209.25 | 9,252.08 | |

10/21/95 09:43:93

Department of Revenue & Taxation
Real Property Tax System
1995 Statistical and Revenue Analysis-1

PAGE 3

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_Tax | Total_tax |
|---|---|---|---|---|
| **58 Piti Suburban** Totals for Municipality 58 - Piti Suburban | | | | |
| TOTAL | 86,035,309.00 | 30,112,350.15 | 150,562.14 | 350,597.08 |
| COUNT 847 | | | | |
| TOTAL | 57,473,938.00 | 20,115,878.30 | 200,034.94 | |
| **60 Sinajana Urban** Totals for Municipality 60 - Sinajana Urban | | | | |
| TOTAL | 45,161,917.00 | 15,866,670.95 | 79,033.76 | 254,792.87 |
| COUNT 679 | | | | |
| TOTAL | 50,788,242.00 | 17,775,884.70 | 177,759.11 | |
| **62 Sinajana Suburban** Totals for Municipality 62 - Sinajana Suburban | | | | |
| TOTAL | 465,369,899.67 | 155,875,466.87 | 779,359.88 | 1,854,215.46 |
| COUNT 6,398 | | | | |
| TOTAL | 307,662,927.95 | 107,745,024.78 | 1,074,855.58 | |
| **70 Sumay** Totals for Municipality 70 - Sumay | | | | |
| TOTAL | 655,430.00 | 229,400.50 | 1,147.01 | 2,372.12 |
| COUNT 5 | | | | |
| TOTAL | 350,032.00 | 122,511.20 | 1,225.11 | |
| **72 Talofofo Urban** Totals for Municipality 72 - Talofofo Urban | | | | |
| TOTAL | 9,015,862.00 | 3,155,551.70 | 15,777.67 | 51,018.29 |
| COUNT 248 | | | | |
| TOTAL | 10,068,728.00 | 3,524,054.80 | 35,240.62 | |
| **74 Talofofo Suburban** Totals for Municipality 74 - Talofofo Suburban | | | | |
| TOTAL | 165,371,990.09 | 57,880,896.53 | 289,404.77 | 376,155.52 |
| COUNT 1,363 | | | | |
| TOTAL | 24,785,891.00 | 8,675,061.85 | 86,750.75 | |
| **76 Umatac** Totals for Municipality 76 - Umatac | | | | |
| TOTAL | 25,596,441.00 | 8,958,754.35 | 44,793.89 | 69,743.26 |
| COUNT 341 | | | | |
| TOTAL | 7,128,380.00 | 2,494,933.08 | 24,949.27 | |
| **78 Yigo** Totals for Municipality 78 - Yigo | | | | |
| TOTAL | 377,834,987.00 | 132,242,245.45 | 661,213.57 | 1,378,150.21 |
| COUNT 5,507 | | | | |
| TOTAL | 215,392,023.72 | 75,387,208.30 | 716,936.64 | |

10/31/95 09:43:33

Department of Revenue & Taxation
Real Property Tax System
1995 Statistical and Revenue Analysis-1

PAGE 6

| Mun Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Total_tax |
|---|---|---|---|---|
| **80  Machanao** | | | | |
| Totals for Municipality 80 - Machanao | | | | |
| TOTAL | 118,937,325.36 | 41,628,063.88 | 208,140.60 | |
| COUNT 1,603 | | | | |
| TOTAL | 107,058,511.00 | 37,470,479.85 | 251,271.15 | 459,411.75 |
| **82  Yona Urban** | | | | |
| Totals for Municipality 82 - Yona Urban | | | | |
| TOTAL | 9,769,189.00 | 3,819,216.15 | 17,096.32 | |
| COUNT 248 | | | | |
| TOTAL | 16,761,199.00 | 5,866,419.65 | 58,664.21 | 75,760.53 |
| **84  Yona Suburban** | | | | |
| Totals for Municipality 84 - Yona Suburban | | | | |
| TOTAL | 424,423,124.00 | 148,548,093.40 | 742,740.87 | |
| COUNT 2,208 | | | | |
| TOTAL | 132,897,986.00 | 66,234,295.10 | 459,541.94 | 1,202,282.81 |
| **FINAL TOTALS** | | | | |
| TOTAL | 5,671,985,341.91 | 1,985,194,869.59 | 9,916,434.62 | |
| COUNT 50,069 | | | | |
| TOTAL | 4,384,422,245.81 | 1,534,547,785.98 | 14,981,336.92 | 24,897,771.54 |

*** END OF REPORT ***

CERTIFICATION OF THE 1995 REAL PROPERTY TAX ASSESSMENT ROLL PURSUANT TO SECTION 24518, CHAPTER 24, TITLE 11 FO THE GUAM CODE ANNOTATED. (Subject to Escaped Assessments to include pending updates, of which are not subject to penalties and cost, to be incorporated in the 1995 Real Property Tax Assessment Roll as warranted).

LOURDES SANTOS, Secretary
Board of Equalization

10/31/95
Date

10/30/96 09:56:25

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-2

PAGE 1

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Land_exm Bldg_exm | Total_tax |
|---|---|---|---|---|---|
| 20 Agana Urban | | | | | |
| Totals for Municipality 20 - Agana Urban | 77,012,904.00 | 26,954,516.40 | 67,386.66 | 1,367.89 | 392,752.91 |
| TOTAL | 92,961,744.00 | 32,536,610.40 | 325,366.25 | 2,057.39 | |
| COUNT 721 | | | | | |
| TOTAL | | | | | |
| 22 Agana Suburban | | | | | |
| Totals for Municipality 22 - Agana Suburban | 70,845,071.92 | 24,795,775.17 | 61,989.77 | 470.10 | 229,922.48 |
| TOTAL | 47,980,757.00 | 16,793,264.95 | 167,932.71 | 348.39 | |
| COUNT 529 | | | | | |
| TOTAL | | | | | |
| 24 Agat Urban | | | | | |
| Totals for Municipality 24 - Agat Urban | 15,867,804.00 | 5,553,731.40 | 13,884.62 | 451.97 | 107,328.60 |
| TOTAL | 26,698,218.00 | 9,344,376.30 | 93,443.98 | 13,882.09 | |
| COUNT 551 | | | | | |
| TOTAL | | | | | |
| 26 Agat Suburban | | | | | |
| Totals for Municipality 26 - Agat Suburban | 182,880,788.69 | 64,008,276.04 | 160,021.22 | 3,682.76 | 515,606.94 |
| TOTAL | 101,595,866.43 | 35,558,553.25 | 355,585.72 | 31,074.29 | |
| COUNT 2,390 | | | | | |
| TOTAL | | | | | |
| 28 Santa Rita Urban | | | | | |
| Totals for Municipality 28 - Santa Rita Urban | 9,675,293.00 | 3,386,352.55 | 8,465.98 | 179.20 | 56,016.74 |
| TOTAL | 13,585,909.00 | 4,755,068.15 | 47,550.76 | 5,484.64 | |
| COUNT 304 | | | | | |
| TOTAL | | | | | |
| 29 Santa Rita Suburban | | | | | |
| Totals for Municipality 29 - Santa Rita Suburban | 735,383.00 | 257,734.05 | 644.32 | 1.27 | 2,910.42 |
| TOTAL | 647,455.00 | 226,609.25 | 2,266.10 | 157.50 | |
| COUNT 26 | | | | | |
| TOTAL | | | | | |
| 30 Asan Urban | | | | | |
| Totals for Municipality 30 - Asan Urban | 5,517,861.00 | 1,931,251.35 | 4,882.38 | 852.82 | 36,992.07 |
| TOTAL | 9,174,188.00 | 3,210,965.80 | 32,109.69 | 9,993.02 | |
| TOTAL | | | | | |
| COUNT 113 | | | | | |
| TOTAL | | | | | |
| 32 Asan Suburban | | | | | |
| Totals for Municipality 32 - Asan Suburban | 77,584,690.00 | 27,137,141.50 | 67,843.07 | 1,036.93 | 171,881.72 |
| TOTAL | 29,725,283.00 | 10,403,849.05 | 104,038.65 | 6,361.82 | |
| TOTAL | | | | | |
| COUNT 749 | | | | | |
| TOTAL | | | | | |

10/30/96 09:56:25

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-2

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Land_exm Bldg_exm | Total_tax |
|---|---|---|---|---|---|
| **34 Barrigada Urban** | | | | | |
| Totals for Municipality 34 - Barrigada Urban | | | | | |
| TOTAL | 22,217,513.00 | 7,776,129.55 | 19,440.23 | 202.68 | 100,813.93 |
| COUNT 324 | | | | | |
| TOTAL | 23,249,599.00 | 8,137,359.65 | 81,373.70 | 5,550.90 | |
| **36 Barrigada Suburban** | | | | | |
| Totals for Municipality 36 - Barrigada Suburban | | | | | |
| TOTAL | 733,015,723.72 | 256,555,503.30 | 641,512.64 | 56,697.62 | 2,145,940.18 |
| COUNT 7,225 | | | | | |
| TOTAL | 429,835,772.43 | 150,442,520.35 | 1,504,427.34 | 65,765.46 | |
| **38 Mangilao** | | | | | |
| Totals for Municipality 38 - Mangilao | | | | | |
| TOTAL | 11,641,076.00 | 4,074,376.60 | 10,185.96 | 3,804.47 | 17,491.29 |
| COUNT 153 | | | | | |
| TOTAL | 2,087,232.15 | 730,531.25 | 7,305.33 | 459.90 | |
| **40 Merizo** | | | | | |
| Totals for Municipality 40 - Merizo | | | | | |
| TOTAL | 85,831,950.00 | 29,341,182.50 | 73,353.53 | 1,815.61 | 177,820.13 |
| COUNT 1,139 | | | | | |
| TOTAL | 29,847,548.00 | 10,446,641.80 | 104,466.60 | 8,611.90 | |
| **42 Dededo Urban** | | | | | |
| Totals for Municipality 42 - Dededo Urban | | | | | |
| TOTAL | 40,257,311.29 | 14,090,058.95 | 35,225.44 | 632.81 | 177,855.09 |
| COUNT 529 | | | | | |
| TOTAL | 40,751,802.00 | 14,262,955.70 | 142,629.65 | 10,570.77 | |
| **44 Dededo Suburban** | | | | | |
| Totals for Municipality 44 - Dededo Suburban | | | | | |
| TOTAL | 2,582,495,633.63 | 903,873,471.77 | 2,260,988.73 | 38,052.66 | 10,312,210.09 |
| COUNT 14,553 | | | | | |
| TOTAL | 2,300,347,852.93 | 805,121,788.53 | 8,051,221.36 | 139,561.34 | |
| **46 Tamuning** | | | | | |
| Totals for Municipality 46 - Tamuning | | | | | |
| TOTAL | 62,608,674.86 | 21,913,036.20 | 63,201.84 | 18,461.69 | 532,309.64 |
| COUNT 180 | | | | | |
| TOTAL | 134,030,832.00 | 46,910,791.20 | 469,107.80 | 52.50 | |
| **52 Inarajan** | | | | | |
| Totals for Municipality 52 - Inarajan | | | | | |
| TOTAL | 172,221,632.00 | 60,277,571.20 | 150,694.49 | 2,676.10 | 264,003.13 |
| COUNT 1,607 | | | | | |
| TOTAL | 32,373,843.72 | 11,330,845.30 | 113,308.64 | 13,048.47 | |

Case 1:05-cv-00038    Document 15-4    Filed 03/02/2006    Page 16 of 25

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-2

| Mun_Code Municipality_Desc | Land_appr<br>Bldg_appr | Land_assess<br>Bldg_assess | Land_tax<br>Bldg_tax | Land_exem<br>Bldg_exem | Total_tax |
|---|---|---|---|---|---|
| 56  Piti Urban | | | | | |
| Totals for Municipality 55 - Piti Urban | | | | | |
| COUNT  68 | 2,513,561.00 | 879,746.35 | 2,199.41 | 65.81 | 11,254.93 |
| TOTAL | 2,587,294.00 | 905,552.90 | 9,055.52 | 977.25 | |
| 58  Piti Suburban | | | | | |
| Totals for Municipality 58 - Piti Suburban | | | | | |
| COUNT  847 | 85,908,439.00 | 30,067,953.65 | 75,301.53 | 5,240.27 | 279,848.56 |
| TOTAL | 58,441,948.00 | 20,454,681.80 | 204,547.03 | 8,721.43 | |
| 60  Sinajana Urban | | | | | |
| Totals for Municipality 60 - Sinajana Urban | | | | | |
| COUNT  686 | 45,322,032.00 | 15,862,711.20 | 39,706.54 | 916.76 | 216,358.32 |
| TOTAL | 50,471,865.00 | 17,665,152.75 | 176,651.78 | 14,682.82 | |
| 62  Sinajana Suburban | | | | | |
| Totals for Municipality 62 - Sinajana Suburban | | | | | |
| COUNT  6,411 | 443,156,037.18 | 155,098,313.01 | 389,022.42 | 7,616.05 | 1,532,202.63 |
| TOTAL | 326,622,340.34 | 114,317,819.12 | 1,143,180.21 | 54,077.05 | |
| 64  Agana Heights | | | | | |
| Totals for Municipality 64 - Agana Heights | | | | | |
| COUNT  13 | 322,393.00 | 112,837.55 | 282.09 | .71 | 1,683.70 |
| TOTAL | 400,452.00 | 140,158.20 | 1,401.61 | .00 | |
| 66  Chalan Pago and Ordot | | | | | |
| Totals for Municipality 66 - Chalan Pago and Ordot | | | | | |
| COUNT  115 | 5,970,001.00 | 2,089,500.35 | 5,285.04 | 572.99 | 10,131.03 |
| TOTAL | 1,384,565.00 | 484,597.75 | 4,845.99 | 52.50 | |
| 68  Mongmong/Toto/Maite | | | | | |
| Totals for Municipality 68 - Mongmong/Toto/Maite | | | | | |
| COUNT  35 | 7,587,845.00 | 2,655,745.75 | 6,639.38 | 740.29 | 14,227.71 |
| TOTAL | 2,168,094.00 | 758,832.90 | 7,588.33 | 3,996.84 | |
| 70  Sumay | | | | | |
| Totals for Municipality 70 - Sumay | | | | | |
| COUNT  5 | 655,430.00 | 229,400.50 | 573.50 | .00 | 1,798.61 |
| TOTAL | 350,032.00 | 122,511.20 | 1,225.11 | .00 | |

Page 3 of 5

10/30/96 09:56:25

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-2

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Land_exm Bldg_exm | Total_tax |
|---|---|---|---|---|---|
| **72  Talofofo Urban** | | | | | |
| Totals for Municipality 72 - Talofofo Urban | | | | | |
| COUNT 250 | 9,467,207.00 | 3,313,522.45 | 8,321.89 | 150.95 | 45,938.74 |
| TOTAL | 10,747,689.00 | 3,761,677.15 | 37,616.85 | 4,215.07 | |
| **74  Talofofo Suburban** | | | | | |
| Totals for Municipality 74 - Talofofo Suburban | 170,661,201.71 | | | | |
| COUNT 1,541 | | 59,731,420.60 | 149,867.08 | 5,690.76 | 346,913.45 |
| TOTAL | 56,298,875.00 | 19,704,606.25 | 197,046.37 | 8,179.45 | |
| **76  Umatac** | | | | | |
| Totals for Municipality 76 - Umatac | | | | | |
| COUNT 351 | 25,799,215.00 | 9,029,725.25 | 22,611.77 | 370.62 | 49,395.91 |
| TOTAL | 7,652,598.00 | 2,676,409.30 | 26,784.14 | 1,980.38 | |
| **78  Yigo** | | | | | |
| Totals for Municipality 78 - Yigo | | | | | |
| COUNT 5,694 | 385,907,291.06 | 135,067,551.87 | 337,720.19 | 7,683.93 | 1,114,963.83 |
| TOTAL | 222,069,189.80 | 77,724,216.43 | 777,243.64 | 43,886.32 | |
| **80  Machanao** | | | | | |
| Totals for Municipality 80 - Machanao | | | | | |
| COUNT 1,554 | 117,737,894.40 | 41,208,263.03 | 103,020.46 | 1,327.11 | 360,217.47 |
| TOTAL | 73,984,845.00 | 25,719,695.75 | 257,197.01 | 13,835.61 | |
| **82  Yona Urban** | | | | | |
| Totals for Municipality 82 - Yona Urban | | | | | |
| COUNT 246 | 9,746,408.00 | 3,411,242.80 | 8,528.33 | 101.81 | 67,731.53 |
| TOTAL | 16,915,194.00 | 5,920,317.90 | 59,203.20 | 4,859.05 | |
| **84  Yona Suburban** | | | | | |
| Totals for Municipality 84 - Yona Suburban | 438,596,682.95 | 153,508,639.03 | 383,772.65 | 14,938.84 | 849,871.58 |
| COUNT 2,246 | 133,171,134.00 | 46,609,696.90 | 466,098.93 | 21,459.22 | |
| TOTAL | | | | | |
| **FINAL TOTALS** | 5,897,693,998.41 | 2,064,192,881.92 | 5,172,573.36 | 175,798.48 | 20,144,393.36 |
| COUNT 51,155 | 4,277,659,477.80 | 1,497,180,817.23 | 14,971,820.00 | 493,903.37 | |
| TOTAL | | | | | |

*** END OF REPORT ***

Case 1:05-cv-00038   Document 15-4   Filed 03/02/2006   Page 18 of 25

CERTIFICATION OF THE 1996 REAL PROPERTY TAX ASSESSMENT ROLL PURSUANT TO SECTION 24518, CHAPTER 11, TITLE 11 OF THE GUAM CODE ANNOTATED. (Subject to Escaped Assessments to include pending updates, of which are not subject to penalties and cost, to be incorporated in the 1996 Real Property Tax Assessment roll as warranted).

Oct. 31, 1996
Date

ERNESTINA B. PEREZ, Secretary
Board of Equalization

Page 5 of 5

10/30/97   13:30:41

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-2

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Land_exm Bldg_exm | Total_tax |
|---|---|---|---|---|---|
| 20   Agana Urban | 77,166,679.00 | 27,008,337.65 | 67,521.21 | 1,571.32 | 394,354.37 |
| Totals for Municipality 20 - Agana Urban | | | | | |
| TOTAL | | | | | |
| COUNT  724 | | | | | |
| TOTAL | 93,380,860.40 | 32,683,301.14 | 326,833.16 | 2,475.43 | |
| 22   Agana Suburban | 71,039,004.92 | 24,863,651.72 | 62,159.45 | 735.11 | 231,619.52 |
| Totals for Municipality 22 - Agana Suburban | | | | | |
| TOTAL | | | | | |
| COUNT  533 | | | | | |
| TOTAL | 48,417,144.00 | 16,946,000.40 | 169,460.07 | 1,102.01 | |
| 24   Agat Urban | 15,495,804.60 | 5,423,531.61 | 13,559.09 | 582.03 | 107,107.12 |
| Totals for Municipality 24 - Agat Urban | | | | | |
| TOTAL | | | | | |
| COUNT  547 | | | | | |
| TOTAL | 26,727,944.43 | 9,354,780.55 | 93,548.03 | 16,065.98 | |
| 26   Agat Suburban | 180,751,008.69 | 63,262,853.04 | 158,157.68 | 3,782.27 | 517,113.42 |
| Totals for Municipality 26 - Agat Suburban | | | | | |
| TOTAL | | | | | |
| COUNT  2,380 | | | | | |
| TOTAL | 102,558,726.00 | 35,895,554.10 | 358,955.74 | 34,878.32 | |
| 28   Santa Rita Urban | 9,524,345.00 | 3,333,520.75 | 8,333.89 | 227.75 | 57,016.87 |
| Totals for Municipality 28 - Santa Rita Urban | | | | | |
| TOTAL | | | | | |
| COUNT  304 | | | | | |
| TOTAL | 13,909,400.00 | 4,868,290.00 | 48,682.98 | 6,134.37 | |
| 29   Santa Rita Suburban | 1,762,107.00 | 616,737.45 | 1,541.85 | 24.70 | 5,783.15 |
| Totals for Municipality 29 - Santa Rita Suburban | | | | | |
| TOTAL | | | | | |
| COUNT  62 | | | | | |
| TOTAL | 1,211,796.00 | 424,128.60 | 4,241.30 | 310.70 | |
| 30   Asan Urban | 5,545,182.00 | 1,940,813.70 | 4,852.13 | 967.56 | 38,195.78 |
| Totals for Municipality 30 - Asan Urban | | | | | |
| TOTAL | | | | | |
| COUNT  112 | | | | | |
| TOTAL | 9,526,746.00 | 3,334,361.10 | 33,343.65 | 10,960.41 | |
| 32   Asan Suburban | 72,586,195.29 | 25,405,168.35 | 63,513.12 | 1,459.00 | 166,571.29 |
| Totals for Municipality 32 - Asan Suburban | | | | | |
| TOTAL | | | | | |
| COUNT  710 | | | | | |
| TOTAL | 29,445,147.57 | 10,305,801.65 | 103,058.17 | 8,218.22 | |

Page 1 of 5

10/30/97  13:30:41

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-2

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Land_exm Bldg_exm | Total_tax |
|---|---|---|---|---|---|
| 34  Barrigada Urban | | | | | |
| Totals for Municipality 34 - Barrigada Urban | | | | | |
| TOTAL | 21,397,870.00 | 7,489,254.50 | 18,728.10 | 419.93 | 109,276.34 |
| COUNT 326 | 25,872,331.11 | 9,055,315.89 | 90,553.24 | 8,857.70 | |
| TOTAL | | | | | |
| 36  Barrigada Suburban | | | | | |
| Totals for Municipality 36 - Barrigada Suburban | | | | | |
| TOTAL | 725,943,465.66 | 254,080,212.98 | 635,202.61 | 61,038.91 | 2,222,274.44 |
| COUNT 7,233 | 453,448,702.03 | 158,707,085.71 | 1,587,071.83 | 88,441.19 | |
| TOTAL | | | | | |
| 38  Manglao | | | | | |
| Totals for Municipality 38 - Manglao | | | | | |
| TOTAL | 17,115,359.00 | 5,990,375.65 | 14,975.97 | 3,990.49 | 30,511.11 |
| COUNT 261 | 4,438,609.00 | 1,553,513.15 | 15,535.14 | 1,729.89 | |
| TOTAL | | | | | |
| 40  Merizo | | | | | |
| Totals for Municipality 40 - Merizo | | | | | |
| TOTAL | 83,584,056.26 | 29,254,419.69 | 73,136.64 | 1,604.16 | 182,478.46 |
| COUNT 1,168 | 31,240,468.29 | 10,934,163.90 | 109,341.82 | 10,627.00 | |
| TOTAL | | | | | |
| 42  Dededo Urban | | | | | |
| Totals for Municipality 42 - Dededo Urban | | | | | |
| TOTAL | 39,282,269.29 | 13,748,794.25 | 34,372.29 | 988.38 | 176,466.60 |
| COUNT 528 | 40,598,349.23 | 14,209,422.23 | 142,094.31 | 14,726.44 | |
| TOTAL | | | | | |
| 44  Dededo Suburban | | | | | |
| Totals for Municipality 44 - Dededo Suburban | | | | | |
| TOTAL | 2,597,115,324.84 | 908,990,363.69 | 2,272,480.92 | 31,061.44 | 10,670,321.66 |
| COUNT 14,730 | 2,399,381,837.96 | 839,783,643.29 | 8,397,840.74 | 169,909.45 | |
| TOTAL | | | | | |
| 46  Tamuning | | | | | |
| Totals for Municipality 46 - Tamuning | | | | | |
| TOTAL | 53,122,126.00 | 18,592,744.10 | 46,481.86 | 1,925.63 | 556,800.26 |
| COUNT 164 | 145,605,302.92 | 51,031,856.01 | 510,318.40 | 197.96 | |
| TOTAL | | | | | |
| 52  Inarajan | | | | | |
| Totals for Municipality 52 - Inarajan | | | | | |
| TOTAL | 172,275,469.00 | 60,296,414.15 | 150,741.62 | 3,530.71 | 270,890.05 |
| COUNT 1,612 | 39,328,078.00 | 12,014,827.30 | 120,148.43 | 15,617.95 | |
| TOTAL | | | | | |

Page 2 of 5

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-2

10/30/97  13:30:41

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_asess Bldg_assess | Land_tax Bldg_tax | Land_exa Bldg_exm | Total_tax |
|---|---|---|---|---|---|
| **56  Piti Urban** | | | | | |
| Totals for Municipality 56 - Piti Urban | | | | | |
| TOTAL | 2,579,753.00 | 902,913.55 | 2,257.31 | 183.51 | 11,257.84 |
| COUNT  70 | | | | | |
| TOTAL | 2,571,586.00 | 900,055.10 | 9,000.53 | 970.92 | |
| **58  Piti Suburban** | | | | | |
| Totals for Municipality 58 - Piti Suburban | | | | | |
| TOTAL | 88,374,213.00 | 30,930,974.55 | 77,327.64 | 7,248.32 | 294,372.00 |
| COUNT  885 | | | | | |
| TOTAL | 62,012,614.00 | 21,704,414.90 | 217,044.36 | 10,320.90 | |
| **60  Sinajana Urban** | | | | | |
| Totals for Municipality 60 - Sinajana Urban | | | | | |
| TOTAL | 44,283,826.57 | 15,499,339.30 | 38,748.44 | 1,290.69 | 215,755.25 |
| COUNT  687 | | | | | |
| TOTAL | 50,573,304.29 | 17,700,656.50 | 177,006.81 | 18,699.61 | |
| **62  Sinajana Suburban** | | | | | |
| Totals for Municipality 62 - Sinajana Suburban | | | | | |
| TOTAL | 419,692,124.89 | 146,892,243.71 | 367,232.03 | 8,831.06 | 1,585,867.07 |
| COUNT  6,346 | | | | | |
| TOTAL | 348,180,966.63 | 121,863,339.02 | 1,218,635.04 | 65,810.59 | |
| **64  Agana Heights** | | | | | |
| Totals for Municipality 64 - Agana Heights | | | | | |
| TOTAL | 1,872,578.00 | 655,402.30 | 1,638.53 | 7.26 | 3,589.43 |
| COUNT  43 | | | | | |
| TOTAL | 557,397.00 | 195,088.95 | 1,950.90 | 149.36 | |
| **66  Chn Pago/Ordot** | | | | | |
| Totals for Municipality 66 - Chn Pago/Ordot | | | | | |
| TOTAL | 16,264,837.00 | 5,692,692.95 | 14,231.94 | 575.42 | 28,000.25 |
| COUNT  364 | | | | | |
| TOTAL | 5,934,933.00 | 1,377,226.55 | 13,772.31 | 296.10 | |
| **68  Mongmong/Toto/Maite** | | | | | |
| Totals for Municipality 68 - Mongmong/Toto/Maite | | | | | |
| TOTAL | 9,102,850.00 | 3,185,857.50 | 7,964.65 | 2,867.36 | 28,898.81 |
| COUNT  89 | | | | | |
| TOTAL | 5,981,177.00 | 2,093,411.95 | 20,934.16 | 4,049.34 | |
| **70  Sumay** | | | | | |
| Totals for Municipality 70 - Sumay | | | | | |
| TOTAL | 655,430.00 | 229,400.50 | 573.50 | .00 | 1,991.02 |
| COUNT  6 | | | | | |
| TOTAL | 405,007.00 | 141,752.45 | 1,417.52 | .00 | |

Page 3 of 5

```
10/30/97  13:30:41
```

Department of Revenue & Taxation
Real Property Tax System
Statistical and Revenue Analysis-2

PAGE    4

| Mun_Code Municipality_Desc | Land_appr Bldg_appr | Land_assess Bldg_assess | Land_tax Bldg_tax | Land_exm Bldg_exm | Total_tax |
|---|---|---|---|---|---|
| 72  Teloforo Urban | | | | | |
| Totals for Municipality 72 - Teloforo Urban | 9,283,496.00 | 3,249,223.60 | 8,123.26 | 285.10 | 45,662.39 |
| TOTAL | | | | | |
| COUNT 249 | | | | | |
| TOTAL | 10,725,441.00 | 3,753,904.35 | 37,539.13 | 5,427.68 | |
| 74  Teloforo Suburban | | | | | |
| Totals for Municipality 74 - Teloforo Suburban | 170,695,654.18 | 59,813,478.96 | 149,533.89 | 7,385.16 | 305,937.15 |
| TOTAL | | | | | |
| COUNT 1,554 | | | | | |
| TOTAL | 44,686,579.00 | 15,640,302.65 | 156,403.26 | 12,053.55 | |
| 76  Umatac | | | | | |
| Totals for Municipality 76 - Umatac | 25,724,298.00 | 9,003,504.30 | 22,508.97 | 346.14 | 48,992.72 |
| TOTAL | | | | | |
| COUNT 347 | | | | | |
| TOTAL | 7,566,771.00 | 2,648,369.85 | 26,483.75 | 1,617.17 | |
| 78  Yigo | | | | | |
| Totals for Municipality 78 - Yigo | 401,032,990.73 | 140,361,546.75 | 350,905.28 | 16,982.13 | 1,130,577.38 |
| TOTAL | | | | | |
| COUNT 6,205 | | | | | |
| TOTAL | 222,763,162.14 | 77,967,106.75 | 779,672.10 | 51,064.57 | |
| 80  Machanao | | | | | |
| Totals for Municipality 80 - Machanao | 94,049,824.53 | 32,917,438.58 | 82,293.40 | 1,497.54 | 338,970.22 |
| TOTAL | | | | | |
| COUNT 1,474 | | | | | |
| TOTAL | 73,336,213.00 | 25,667,674.55 | 256,676.82 | 16,357.14 | |
| 82  Yona Urban | | | | | |
| Totals for Municipality 82 - Yona Urban | 9,596,455.29 | 3,358,759.35 | 8,397.11 | 254.90 | 68,194.31 |
| TOTAL | | | | | |
| COUNT 246 | | | | | |
| TOTAL | 17,084,905.00 | 5,979,716.75 | 59,797.20 | 5,963.61 | |
| 84  Yona Suburban | | | | | |
| Totals for Municipality 84 - Yona Suburban | 433,445,921.81 | 151,705,072.63 | 379,265.73 | 16,112.83 | 852,811.70 |
| TOTAL | | | | | |
| COUNT 2,315 | | | | | |
| TOTAL | 135,298,639.00 | 47,354,593.65 | 473,545.97 | 27,344.69 | |
| FINAL TOTALS | 5,870,560,119.55 | 2,054,696,041.81 | 5,136,755.11 | 177,776.81 | 20,697,661.98 |
| TOTAL | | | | | |
| COUNT 52,274 | | | | | |
| TOTAL | 4,445,970,340.02 | 1,556,089,618.99 | 15,560,906.87 | 609,378.45 | |

\* \* \* E N D  O F  R E P O R T \* \* \*

Page 4 of 5

Case 1:05-cv-00038    Document 15-4    Filed 03/02/2006    Page 24 of 25

CERTIFICATION OF THE 1997 REAL PROPERTY TAX
ASSESSMENT ROLL PURSUANT TO SECTION 24518,
CHAPTER 11, TITLE 11 OF THE GUAM CODE ANNOTATED.
(Subject to Escaped Assessments to include pending
updates, of which are not subject to penalties and cost,
to be incorporated in the 1997 Real Property Tax
Assessment roll as warranted).

Oct-31, 1997
_____
Date

Ernestina B. Perez
_____
ERNESTINA B. PEREZ, Secretary
Board of Equalization

Page 5 of 5