07/06/03   13:11:19

# 2002 Real Property Tax
# Exemption Summary

PAGE   1

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code N TOTAL COUNT 20 | N | .00 | 59,584.00 |
| Code ● TOTAL COUNT 1 | | .00 | 59,584.00 |
| 20 | | | |
| Code C TOTAL COUNT 1 | C | 124,775.00 | 4,570.65 |
| Code C TOTAL COUNT 20 | C | 124,775.00 | 4,570.65 |
| Code C TOTAL COUNT 1 | C | 124,775.00 | |
| Code TOTAL COUNT 20 | G | 621,759.25 | .00 |
| Code G TOTAL COUNT 5 | G | | |
| Code G TOTAL COUNT 20 | G | 9,887.50 | 24,732.05 |
| Code G TOTAL COUNT 1 | | | |
| Code ● G TOTAL COUNT 6 | G | 631,646.75 | 24,732.05 |
| Municipality 20 totals TOTAL COUNT 8 | C | 756,421.75 | 86,886.70 |
| 20 | | | |
| Code TOTAL COUNT 22 | C | 61,425.00 | 2,408.00 |
| 2 | | | |

EXHIBIT " G "

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code C TOTAL COUNT | 22 | C |  |  |
|  | 2 | C | 166,880.00 | 446,275.65 |
| Code C TOTAL COUNT | 22 | C |  |  |
|  | 4 | C | 228,305.00 | 446,683.65 |
| Code TOTAL COUNT | 22 | G |  |  |
|  | 5 | G | 122,087.52 | .00 |
| Code G TOTAL COUNT | 22 | G |  |  |
|  | 1 | G | 50,163.75 | .00 |
| Code G TOTAL COUNT | 22 | G |  |  |
|  | 6 | G | 172,251.27 | .00 |
| Code TOTAL COUNT | 22 | R |  |  |
|  | 1 | R | 1.75 | .00 |
| Code R TOTAL COUNT | 22 | R |  |  |
|  | 1 | R | 1.75 | .00 |
| Municipality 22 totals TOTAL COUNT | 11 |  | 400,558.02 | 446,683.65 |
| Code C TOTAL COUNT | 24 | C |  |  |
|  | 1 | C | 19,250.00 | 67,354.00 |

| MUNICIPALITY CODE | | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|---|
| Code C TOTAL COUNT | 24 | C | 19,258.00 | 67,356.00 |
| TOTAL COUNT | 1 | R | | |
| TOTAL COUNT | 24 | R | | |
| Code R TOTAL COUNT | 1 | R | 23.10 | .00 |
| Code TOTAL COUNT | 1 | | 23.10 | .00 |
| Municipality 24 totals | 24 | | 19,273.10 | 67,356.00 |
| Code C TOTAL COUNT | 2 | C | | |
| Code C TOTAL COUNT | 26 | C | 73,316.25 | 499,827.30 |
| Code C TOTAL COUNT | 4 | G | 73,316.25 | 499,827.30 |
| Code G TOTAL COUNT | 26 | G | .00 | 186,170.00 |
| Code TOTAL COUNT | 1 | | .00 | 186,170.00 |
| Code TOTAL COUNT | 26 | | 73,316.25 | 683,997.30 |
| Code TOTAL COUNT | 5 | C | | |
| Code TOTAL COUNT | 26 | C | | |
| Code TOTAL COUNT | 26 | | 569,478.35 | 23,990.40 |
| Code TOTAL COUNT | 14 | C | 569,478.35 | 23,990.40 |
| Code C TOTAL COUNT | 26 | C  C | | |
| Code C TOTAL COUNT | 8 | | 185,179.85 | 343,382.55 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code C TOTAL COUNT | 26 | C | | |
| | 22 | G | 752,658.20 | 367,372.95 |
| Code G TOTAL COUNT | 26 | G | | |
| | 7 | | 1,134,062.65 | .00 |
| Code R TOTAL COUNT | 26 | R | | |
| | 146 | | 121,544.50 | .00 |
| Code TOTAL COUNT | 26 | R | | |
| | 7 | | | |
| Municipality 26 totals | 180 | C  C | 2,081,581.60 | 1,051,370.25 |
| Code C TOTAL COUNT | 28 | C | | |
| | 1 | | 12,068.70 | 12,834.15 |
| Code C TOTAL COUNT | 28 | C | | |
| | 1 | | 12,068.70 | 12,834.15 |
| Code TOTAL COUNT | 28 | R | | |
| | 1 | | 5,191.90 | .00 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code R TOTAL COUNT 28 | R | 5,191.90 | .00 |
| Code TOTAL COUNT 1 | | | |
| Municipality 28 totals TOTAL COUNT 28 | | | |
| Code TOTAL COUNT 2 | | 17,260.60 | 12,834.15 |
| Code TOTAL COUNT 29 | G | 9,710,106.00 | .00 |
| Code G TOTAL COUNT 2 | | 9,710,106.00 | .00 |
| Code TOTAL COUNT 29 | G | | |
| Code TOTAL COUNT 29 | R | | |
| Code R TOTAL COUNT 20 | | 5,107.55 | .00 |
| Code TOTAL COUNT 29 | R | 5,107.55 | .00 |
| Code TOTAL COUNT 28 | | | |
| Municipality 29 totals TOTAL COUNT 22 | | 9,715,213.55 | .00 |
| Code TOTAL COUNT 30 | G | | 78,892.80 |
| Code G TOTAL COUNT 2 | | .00 | 78,892.80 |
| Code TOTAL COUNT 30 | | | |
| Code TOTAL COUNT 2 | | .00 | 78,892.80 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code TOTAL COUNT | 30  G | | |
| | 21 | | |
| | 30  G  G | 356,547.10 | .00 |
| Code G TOTAL COUNT | 18  G | | |
| | 39 | | |
| | 38  G | 498,875.65 | 875,201.25 |
| Code G TOTAL COUNT | 30  R | 855,422.75 | 875,201.25 |
| | 3 | | |
| Code R TOTAL COUNT | 30  R | | |
| | 3 | | |
| | 30 | 2,944.55 | .00 |
| Municipality 30 totals | 30 | | |
| | 44 | | |
| | 32  C | 858,367.30 | 956,094.05 |
| Code TOTAL COUNT | 1 | | |
| | 32  C | 47,551.35 | .00 |
| Code C TOTAL COUNT | 1 | | |
| | 32  G | 47,551.35 | .00 |
| Code TOTAL COUNT | 11 | 4,314,568.65 | .00 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| | G | | |
| Code G TOTAL COUNT 32 | G | | |
| Code G TOTAL COUNT 1 | | 969.85 | 12,102.30 |
| Code G TOTAL COUNT 32 | | | |
| Code G TOTAL COUNT 12 | | 4,315,538.50 | 12,102.30 |
| Code TOTAL COUNT 32 | R | | |
| Code TOTAL COUNT 36 | | 13,517.00 | .00 |
| Code R TOTAL COUNT 32 | R | | |
| Code R TOTAL COUNT 36 | | 13,517.00 | .00 |
| Municipality 32 totals 49 | | 4,376,606.85 | 12,102.30 |
| Code TOTAL COUNT 34 | R | | |
| Code TOTAL COUNT 2 | | 4,90 | .00 |
| Code R TOTAL COUNT 34 | R | | |
| Code R TOTAL COUNT 2 | | 4,90 | .00 |
| Municipality 34 totals 34 | | 4,90 | .00 |
| Code C TOTAL COUNT 36 | C | | |
| Code C TOTAL COUNT 2 | | .00 | .00 |
| TOTAL COUNT 13 | | | 1,003,403.10 |

| | MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|---|
| Code G TOTAL COUNT | 36 | G | | |
| TOTAL | 15 | | .00 | 165,136.95 |
| COUNT | 36 | | | |
| Code TOTAL COUNT | 28 | | .00 | 1,148,560.05 |
| Code TOTAL | 36 | C | | |
| COUNT | 20 | | 881,879.60 | 18,345.60 |
| Code C TOTAL | 36 | C | | |
| COUNT | 13 | | 564,259.15 | 2,007,002.20 |
| Code C TOTAL COUNT | 36 | C | 1,446,130.75 | 2,025,547.80 |
| Code C TOTAL COUNT | 33 | C | | |
| Code C TOTAL COUNT | 36 | G | | |
| Code TOTAL COUNT | 36 | G | | |
| Code TOTAL | 106 | | 50,543,931.55 | .00 |
| COUNT | 36 | G | | |
| Code G TOTAL COUNT | 36 | G | 70,094.85 | 108,060.10 |
| COUNT | 4 | | | |
| Code G TOTAL COUNT | 36 | G | | |
| Code G TOTAL COUNT | 110 | | 50,614,026.40 | 108,040.10 |
| Code TOTAL | 36 | N | | |
| Code N TOTAL COUNT | 1 | N | 12,390.00 | 117,544.00 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code N TOTAL COUNT | 36   N | 12,390.00 | 117,544.00 |
| Code TOTAL COUNT | 1   R | 238,119.70 | .00 |
| Code TOTAL COUNT | 523 | | |
| Code G TOTAL COUNT | 36   R   G | 274.40 | .00 |
| Code TOTAL COUNT | 1 | | |
| Code R TOTAL COUNT | 56   R | 238,394.10 | .00 |
| Code TOTAL COUNT | 524 | | |
| Municipality 36 totals | 36   696 | 52,310,949.25 | 3,399,471.95 |
| Code C TOTAL COUNT | 38   C | .00 | 179,138.00 |
| Code C TOTAL COUNT | 4 | .00 | 179,130.00 |
| Code TOTAL COUNT | 38   C | | |
| Code TOTAL COUNT | 4 | | |
| Code TOTAL COUNT | 38   C | 303,396.00 | .00 |
| Code C TOTAL COUNT | 3 | 303,396.00 | .00 |
| Code C TOTAL COUNT | 38   C | | .00 |
| Code C TOTAL COUNT | 3 | 303,396.00 | |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code TOTAL COUNT | 38 | G | | |
| Code TOTAL COUNT | 23 | | 3,186,670.55 | .00 |
| Code G TOTAL COUNT | 38 | G | | |
| Code TOTAL COUNT | 23 | R | | |
| Code TOTAL COUNT | 38 | | 35,259.35 | .00 |
| Code R TOTAL COUNT | 102 | R | | |
| Code TOTAL COUNT | 38 | | | |
| Municipality 38 totals | 38 | | | |
| Code TOTAL COUNT | 132 | | 3,525,323.90 | 179,130.00 |
| Code TOTAL COUNT | 40 | C | | |
| Code C TOTAL COUNT | 40 | C | 208,819.80 | .00 |
| Code TOTAL COUNT | 2 | | | |
| Code TOTAL COUNT | 40 | G | 33,183.50 | .00 |
| Code G TOTAL COUNT | 1 | G | 1,291.15 | 12,126.10 |

2002 Real Property Tax
Exemption Summary

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code G TOTAL COUNT | 40      G | | |
| Code G TOTAL COUNT | 3 | 34,474.65 | 12,126.10 |
| Code R TOTAL COUNT | 40      R | | |
| Code R TOTAL COUNT | 62 | 135,354.80 | .00 |
| Code TOTAL COUNT | 62 | | |
| Municipality 40 totals | 67 | 378,649.25 | 12,126.10 |
| Code C TOTAL COUNT | 42      C | .00 | 191,613.45 |
| Code C TOTAL COUNT | 3 | | |
| Code C TOTAL COUNT | 42      C | | |
| Code TOTAL COUNT | 3 | | |
| Code TOTAL COUNT | 42      C | 37,813.30 | 37,190.30 |
| Code TOTAL COUNT | 2 | | |
| Code C TOTAL COUNT | 42      C | 36,738.00 | 134,621.90 |
| Code C TOTAL COUNT | 1 | | |
| Code C TOTAL COUNT | 42 | | |
| Code C TOTAL COUNT | 3 | 68,543.30 | 171,812.20 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code TOTAL COUNT | 42 R | | |
| Code TOTAL COUNT 2 | R | 5.60 | .00 |
| Code R TOTAL COUNT | 42 R | | |
| Code R TOTAL COUNT 2 | R | 5.60 | .00 |
| Municipality 42 totals TOTAL COUNT 8 | 42 | 68,568.90 | 363,425.65 |
| Code C TOTAL COUNT | 44 C | | |
| Code C TOTAL COUNT 7 | C | .00 | 807,745.75 |
| Code G TOTAL COUNT | 44 G | | |
| Code G TOTAL COUNT 4 | | 118,895.00 | 142,868.60 |
| Code TOTAL COUNT | 44 | | |
| Code TOTAL COUNT 11 | | 118,895.00 | 950,616.35 |
| Code TOTAL COUNT | 44 C | | |
| Code TOTAL COUNT 7 | C | 4,329,910.90 | .00 |
| Code C TOTAL COUNT | 44 C | | |
| Code C TOTAL COUNT 12 | C | 332,308.20 | 559,064.45 |
| Code C TOTAL COUNT | 44 | | |
| Code C TOTAL COUNT 19 | | 4,662,219.10 | 559,064.45 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code TOTAL COUNT 44 | G | 52,828,833.05 | .00 |
| Code G TOTAL COUNT 303 | G | | |
| Code TOTAL COUNT 44 | G  G | 226,426.55 | 348,480.65 |
| Code G TOTAL COUNT 9 | G | | |
| Code G TOTAL COUNT 44 | | | |
| Code G TOTAL COUNT 312 | | 53,055,259.60 | 348,480.65 |
| Code N TOTAL COUNT 44 | N  N | 41,787.90 | 28,672.00 |
| Code N TOTAL COUNT 1 | N | | |
| Code N TOTAL COUNT 44 | N | | |
| Code N TOTAL COUNT 1 | | 41,787.90 | 28,672.00 |
| Code R TOTAL COUNT 44 | R | | |
| Code TOTAL COUNT 585 | R | 1,120,811.13 | .00 |
| Code R TOTAL COUNT 44 | R | | |
| Code TOTAL COUNT 585 | | 1,120,811.13 | .00 |
| Municipality 44 totals TOTAL COUNT 928 | | 59,006,972.73 | 1,886,831.45 |
| Code TOTAL COUNT 44 | C | | |
| Code TOTAL COUNT 46 | | 2,010,110.55 | .00 |
| Code TOTAL COUNT 9 | | | |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code C TOTAL COUNT 46 | C | 2,018,118.55 | .00 |
| Code TOTAL COUNT 9 | G | | |
| Code G TOTAL COUNT 46 | G | | |
| Code TOTAL COUNT 6 | G | 3,663,401.35 | .00 |
| Code TOTAL COUNT 46 | R | | |
| Code TOTAL COUNT 6 | R | 9,401.17 | .00 |
| Code R TOTAL COUNT 20 | R | | |
| Code TOTAL COUNT 46 | | 9,401.17 | .00 |
| Municipality 46 totals TOTAL COUNT 35, 46 | | 5,691,001.07 | .00 |
| Code C TOTAL COUNT 52 | C | .00 | 30,759.75 |
| Code TOTAL COUNT 1 | | .00 | 30,759.75 |
| Code TOTAL COUNT 52 | | | |
| Code TOTAL COUNT 1 | C | .00 | |
| Code TOTAL COUNT 52 | C | 243,556.25 | .00 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code C TOTAL COUNT | 52 | C |  |  |
| Code C TOTAL COUNT | 4 | C |  |  |
| Code C TOTAL COUNT | 52 | C | 39,661.85 | 104,625.50 |
| Code C TOTAL COUNT | 17 | C | 283,418.10 | 104,625.50 |
| Code TOTAL COUNT | 52 | G | 726,932.85 | .00 |
| Code G TOTAL COUNT | 9 | G | 726,932.85 | .00 |
| Code TOTAL COUNT | 52 | R |  |  |
| Code TOTAL COUNT | 9 | R |  |  |
| Code R TOTAL COUNT | 52 | R | 58,690.45 | .00 |
| Code R TOTAL COUNT | 126 |  | 58,690.45 | .00 |
| Municipality 52 totals TOTAL COUNT | 52 |  |  |  |
|  | 153 |  | 1,069,061.40 | 135,385.25 |
| Code TOTAL COUNT | 56 | G |  |  |
| Code TOTAL COUNT | 2 | G | 42,747.25 | .00 |
| Code G TOTAL COUNT | 56 | G | 42,747.25 | .00 |
| Code G TOTAL COUNT | 2 |  | 42,747.25 | .00 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Municipality 56 totals | | | |
| TOTAL COUNT 56 | | | |
| Code G TOTAL COUNT 1 | G | 42,747.25 | .00 |
| Code TOTAL COUNT 2 | G | | |
| Code TOTAL COUNT 58 | | .00 | 20,264.00 |
| Code TOTAL COUNT 1 | | | 20,264.00 |
| Code C TOTAL COUNT 58 | C | | |
| Code C TOTAL COUNT 9 | C | 963,113.90 | .00 |
| Code TOTAL COUNT 58 | C | | |
| Code TOTAL COUNT 9 | | 963,113.90 | .00 |
| Code G TOTAL COUNT 58 | G | 4,257,834.35 | .00 |
| Code TOTAL COUNT 17 | G | | |
| Code TOTAL COUNT 58 | | 4,257,834.35 | .00 |
| Code TOTAL COUNT 17 | R | | |
| Code R TOTAL COUNT 58 | R | 32,669.70 | .00 |
| Code R TOTAL COUNT 62 | R | | |
| Code TOTAL COUNT 58 | | 32,669.70 | .00 |
| Code TOTAL COUNT 62 | | | |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Municipality 58 totals | | | |
| TOTAL COUNT 58 | | 5,255,617.95 | 20,246.00 |
| Code 6 | 89 | 6 | |
| TOTAL COUNT 60 | 6 | 35,484.40 | 91,507.50 |
| Code 6 | 2 | 6 | |
| TOTAL COUNT 60 | 6 | 35,484.40 | 91,507.50 |
| Code 6 | 2 | | |
| TOTAL COUNT 60 | | | |
| Municipality 60 totals | 60 | | |
| TOTAL COUNT 2 | | 35,484.40 | 91,507.50 |
| Code C | 62 | C | |
| TOTAL COUNT 2 | | .00 | 56,575.40 |
| Code C | 62 | C | |
| TOTAL COUNT 2 | | .00 | 56,575.40 |
| Code | 62 | C | |
| TOTAL COUNT 2 | | .00 | 56,575.40 |
| Code | 16 | | 724,636.15 | 47,201.00 |
| TOTAL COUNT 62 | C | | |
| Code C | 62 | C | |
| TOTAL COUNT 5 | | 134,053.15 | 12,096.70 |
| Code C | 62 | C | |
| TOTAL COUNT 21 | | 858,689.30 | 59,297.70 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code TOTAL COUNT  62 | 6 | 437,406.20 | .00 |
| Code TOTAL COUNT  32 | 6 | 20,959.75 | 35,297.15 |
| Code 6 TOTAL COUNT  2 | V | 7,518.70 | 13,548.15 |
| Code V TOTAL COUNT  62 | 6 | 465,804.65 | 40,845.30 |
| Code G TOTAL COUNT  1 | | 26,209.05 | 42,291.90 |
| Code G TOTAL COUNT  62 | N | 26,209.05 | 42,291.90 |
| Code N TOTAL COUNT  1 | N | | |
| Code N TOTAL COUNT  62 | | 191,968.70 | .00 |
| Code TOTAL COUNT  398 | R | 191,968.70 | .00 |
| Code R TOTAL COUNT  62 | R | | |
| Code R TOTAL COUNT  398 | | | |
| Municipality 62 totals TOTAL COUNT  457 | | 1,542,751.70 | 207,010.30 |

2002 Real Property Tax
Exemption Summary

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code TOTAL COUNT | 64 R | | |
| Code R TOTAL COUNT | 6 R | 1,975.37 | .00 |
| Code G TOTAL COUNT | 64 R | | |
| Code TOTAL COUNT | 6 | 1,975.37 | .00 |
| Municipality 64 totals | 64 G | 1,975.37 | .00 |
| Code TOTAL COUNT | 6 | | |
| Code G TOTAL COUNT | 2 | .00 | 271,320.00 |
| Code TOTAL COUNT | 2 | .00 | 271,320.00 |
| Code G TOTAL COUNT | 66 C | | |
| Code TOTAL COUNT | 1 C | 213,759.00 | .00 |
| Code C TOTAL COUNT | 66 C | 213,759.00 | .00 |
| Code TOTAL COUNT | 1 | | |
| Code TOTAL COUNT | 66 G | | |
| Code G TOTAL COUNT | 1 G | 2,598.40 | .00 |
| Code TOTAL COUNT | 1 | 2,598.40 | .00 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code                | R  |            |            |
| TOTAL               |    |            |            |
| COUNT            66 | R  | 69,788.60  | .00        |
| Code                | R  |            |            |
| TOTAL               |    |            |            |
| COUNT            80 | R  | 69,788.60  | .00        |
| Municipality 66 totals  66 |    |            |            |
| Municipality 66 totals  84 | C  | 286,146.00 | 271,320.00 |
| Code C              |    |            |            |
| TOTAL               |    |            |            |
| COUNT             6 | C  | .00        | 399,684.25 |
| Code C              |    |            |            |
| TOTAL               |    |            |            |
| COUNT            68 |    |            |            |
| Code                | C  |            |            |
| TOTAL               |    |            |            |
| COUNT             6 |    |            | 399,684.25 |
| Code                | C  |            |            |
| TOTAL               |    |            |            |
| COUNT            68 | C  | 850,828.30 | .00        |
| Code C              | C  |            |            |
| TOTAL               |    |            |            |
| COUNT             1 | C  | 850,828.30 | .00        |
| Code                | G  |            |            |
| TOTAL               |    |            |            |
| COUNT            68 | G  | 303,228.45 | .00        |
| Code                | G  |            |            |
| TOTAL               |    |            |            |
| COUNT             5 |    |            |            |
| Code G              |    |            |            |
| TOTAL               |    |            |            |
| COUNT            68 | G  | 303,228.45 | .00        |
| Code G              |    |            |            |
| TOTAL               |    |            |            |
| COUNT             5 |    |            |            |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| 68 | R | | |
| Code TOTAL COUNT  12 | R | 8,884.40 | .00 |
| Code R TOTAL COUNT  12 | R | 8,884.40 | .00 |
| Municipality 68 totals  24 | | 1,162,941.15 | 399,604.25 |
| Code TOTAL COUNT  74 | C | | |
| Code C TOTAL COUNT  2 | C | 70,121.80 | .00 |
| Code TOTAL COUNT  74 | C | 70,121.80 | .00 |
| Code TOTAL COUNT  74 | G | | |
| Code G TOTAL COUNT  7 | G | 1,612,925.65 | .00 |
| Code TOTAL COUNT  74 | G | | |
| Code TOTAL COUNT  74  1 | G | 8,052.80 | 24,481.80 |
| Code G TOTAL COUNT  8 | G | 1,620,978.45 | 24,481.80 |
| Code TOTAL COUNT  74 | | | |
| Code TOTAL COUNT  156 | | 165,683.70 | .00 |

07/06/03  13:11:19

# 2002 Real Property Tax
# Exemption Summary

PAGE   22

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code R TOTAL COUNT | 74 | R | | |
| | 156 | | 165,683.70 | .00 |
| Municipality 74 totals | | | | |
| TOTAL COUNT | 74 | | | |
| | 166 | | 1,856,783.95 | 24,681.80 |
| Code TOTAL COUNT | 76 | C | | |
| | 1 | | 42,966.00 | .00 |
| Code C TOTAL COUNT | 76 | C | | |
| | 1 | | 42,966.00 | .00 |
| Code TOTAL COUNT | 76 | G | | |
| | 4 | | 1,459,248.00 | .00 |
| Code G TOTAL COUNT | 76 | G | | |
| | 4 | | 1,459,248.00 | .00 |
| Code TOTAL COUNT | 76 | R | | |
| | 17 | | 56,721.70 | .00 |
| Code R TOTAL COUNT | 76 | R | | |
| | 17 | | 56,721.70 | .00 |
| Municipality 76 totals | | | | |
| TOTAL COUNT | 76 | | | |
| | 22 | | 1,558,935.70 | .00 |

| MUNICIPALITY CODE | Exception Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code C TOTAL COUNT 78 | C | | |
| Code TOTAL COUNT 1 | C | | |
| Code TOTAL COUNT 78 | | .00 | 83,685.00 |
| Code TOTAL COUNT 1 | C | | |
| Code TOTAL COUNT 78 | | 1,417,241.70 | .00 |
| Code TOTAL COUNT 16 | C | | |
| Code C TOTAL COUNT 78 | C | | |
| Code C TOTAL COUNT 4 | C | 32,035.50 | 180,264.00 |
| Code C TOTAL COUNT 78 | C | | |
| Code C TOTAL COUNT 20 | | 1,449,277.20 | 180,264.00 |
| Code TOTAL COUNT 78 | G | | |
| Code TOTAL COUNT 544 | | 13,010,568.90 | .00 |
| Code G TOTAL COUNT 78 | G | | |
| Code G TOTAL COUNT 3 | G | 46,875.85 | 89,245.45 |
| Code G TOTAL COUNT 78 | G | | |
| Code G TOTAL COUNT 547 | | 13,057,444.75 | 89,245.45 |
| Code N TOTAL COUNT 78 | N | | |
| Code N TOTAL COUNT 1 | N | 19,780.60 | 61,425.00 |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code N TOTAL COUNT 78 | N | 19,780.60 | 61,425.00 |
| Code R TOTAL COUNT 1 | R | | |
| Code R TOTAL COUNT 78 | R | 1,593,789.50 | .00 |
| Code ● TOTAL COUNT 578 | | 1,593,789.50 | .00 |
| Municipality 78 totals TOTAL COUNT 1,147 | | 16,120,292.05 | 414,619.45 |
| 78 | | | |
| 578 | | | |
| Code C TOTAL COUNT 80 | C | 78,978.20 | .00 |
| Code C TOTAL COUNT 4 | C | | |
| Code C TOTAL COUNT 80 | C | | |
| Code R TOTAL COUNT 4 | R | | |
| Code R TOTAL COUNT 80 | R | 206,659.70 | 29,625.75 |
| Code ● TOTAL COUNT 96 | | 206,659.70 | 29,625.75 |
| Code R TOTAL COUNT 80 | R | | |
| Municipality 80 totals TOTAL COUNT 96 | | 285,637.90 | 29,625.75 |
| 80 | | | |
| 100 | | | |

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| Code TOTAL COUNT | 82 | 6 | | |
| Code G TOTAL COUNT | 1 | G | 164,561.25 | .00 |
| Code TOTAL COUNT | 82 | G | | |
| Code G TOTAL COUNT | 1 | G | 164,561.25 | .00 |
| Municipality 82 totals | 1 | C | 164,561.25 | .00 |
| Code TOTAL COUNT | 84 | C | | |
| Code C TOTAL COUNT | 2 | C | 503,945.05 | .00 |
| Code TOTAL COUNT | 84 | C | | |
| Code C TOTAL COUNT | 2 | C | 503,945.05 | .00 |
| Code TOTAL COUNT | 84 | G | | |
| Code TOTAL COUNT | 3 | G | 1,347,627.75 | .00 |
| Code G TOTAL COUNT | 3 | G | 1,347,627.75 | .00 |
| Code TOTAL COUNT | 84 | N | | |
| Code TOTAL COUNT | 1 | N | 2,994,390.00 | .00 |
| Code N TOTAL COUNT | 1 | N | 2,994,390.00 | .00 |

07/04/03 13:11:19

2002 Real Property Tax
Exemption Summary

PAGE 26

| MUNICIPALITY CODE | Exemption Code | LAND APPRAISAL VALUE | BLDG APPRAISAL VALUE |
|---|---|---|---|
| 84 | R | | |
| Code TOTAL COUNT | 190 | 158,507.43 | .00 |
| Code R TOTAL COUNT | 84 R | 158,507.43 | .00 |
| | 190 | | |
| Municipality 84 totals | 84 | | |
| TOTAL COUNT | 196 | 5,004,470.23 | .00 |
| FINAL TOTALS TOTAL COUNT | 4,635 | 173,590,119.07 | 10,668,188.55 |

*** END OF REPORT ***

osition to Exemption code. . . _

ype option, press Enter.
  1=Select

| pt | Type | Cde | Description | Percentage | Amount |
|----|------|-----|-------------|-----------|--------|
| — | B | U | 80% SR Citizen | 80.00 | |
| — | L | U | 80% SR Citizen | 80.00 | |
| — | B | V | 80%+175.00 Senior Citizen & HE | 80.00 | 175.00 |
| — | L | W | Church Exemption | 50.00 | |
| — | B | W | Church Exemption | 50.00 | |
| — | L | X | 100% Unresolved/pending | 100.00 | |
| — | B | X | 100% Unresolved/pending | 100.00 | |
| — | L | Z | Below Tolerance Level | 100.00 | |
| — | B | Z | Below Tolerance Level | 100.00 | |
| — | L | 3 | Ponding Basin | 100.00 | |

More ....

F3=Exit        F5=Refresh        F10=Position    F12=Cancel

Work with Exemption Reference Records

Position to Exemption code. . . _

Type option, press Enter.
  1=Select

| Opt | Type | Cde | Description | Percentage | Amount |
|-----|------|-----|-------------|------------|--------|
|     | L | F | 100% Farm | 100.00 | |
| — | B | G | 100% Govt | 100.00 | |
| — | L | G | 100% Govt | 100.00 | |
| — | B | H | $175.00 Homeowner's Exemption | | 175.00 |
| — | L | I | Appraise Value Consolidation | 100.00 | |
| — | B | J | Home Exemption = 1/2 | | 87.50 |
| — | B | K | Home Exempt (1997 & prior) | | 52.50 |
| — | L | M | Sr Citizen (co-owner) | 40.00 | |
| — | B | M | Sr Citizen (co-owner) | 40.00 | |
| — | B | N | 100% Non-profit | 100.00 | |
| — | | | | | More .... |

F3=Exit          F5=Refresh          F10=Position          F12=Cancel

osition to Exemption code. . . _

ype option, press Enter.
  1=Select

| pt Type | Cde | Description | Percentage | Amount |
|---|---|---|---|---|
| L | N | 100% Non-profit | 100.00 | |
| B | O | Senior  Citizen w/ Home Exempt | 40.00 | 87.50 |
| L | O | SCE 1/2 | 40.00 | |
| B | P | SCE 1/2 | 40.00 | |
| B | Q | 100% Abatement | 100.00 | |
| L | Q | 100% Abatement | 100.00 | |
| L | R | R/W Exemption (PL22-73) | 100.00 | |
| B | S | 25% Senior Citizen | 25.00 | |
| L | S | 25% Senior Citizen | 25.00 | |
| B | T | 25%+52.50 Senior Citizen & HE | 25.00 | 52.50 |
| | | | | More .... |

F3=Exit          F5=Refresh          F10=Position          F12=Cancel

Position to Exemption code. . . _

Type option, press Enter.
  1=Select

| Opt | Type | Cde | Description | Percentage | Amount |
|-----|------|-----|-------------|------------|--------|
|     | B | A | 50% Bldg Abatement Exemption | 50.00 | |
| — | L | A | 50% Land Abatement Exemption | 50.00 | |
| — | B | B | 75% Bldg Abatement Exemption | 75.00 | |
| — | L | B | 75% Land Abatement Exemption | 75.00 | |
| — | B | C | 100% Church | 100.00 | |
| — | L | C | 100% Church | 100.00 | |
| — | B | D | 80% Disability | 80.00 | |
| — | L | D | 80% Disability | 80.00 | |
| — | B | E | 80%+175.00Disability/HE | 80.00 | 175.00 |
| — | B | F | 100% Farm | 100.00 | |

More ....

F3=Exit          F5=Refresh          F10=Position          F12=Cancel