*Revised FORM 8*

## CERTIFICATE OF COMPLIANCE
## PURSUANT TO CIRCUIT RULE 32-1

Case No. _____

(see next page)   Form Must Be Signed by Attorney or Unrepresented Litigant and *Attached to the Back of Each Copy of the Brief*

I certify that: (check appropriate options)

**Oversize Briefs:**

The court granted permission to exceed the length limitations set forth at Fed. R. App. P. 32(a)(7) by an order dated _____

or

An enlargement of brief size is permissible under Ninth Circuit Rule 28-4.

The brief is

    __X__ Proportionately spaced, has a typeface of 14 points or more and contains __5,588__ words

or is

    ____ Monospaced, has 10.5 or fewer characters per inch and contains ____ words or ____ lines of text

or is

    ____ In conformance with the type specifications set forth at Fed. R. App. P. 32(a)(5) and does not exceed ____ pages

29

**Briefs in Capital Cases:** This brief is being filed in a capital case pursuant to the type volume limitations set forth at Circuit Rule 32-4 and is (check the applicable option):

_____ Proportionately spaced, has a typeface of 14 points or more and contains _____ words (opening, answering and the second and third briefs filed in cross-appeals must not exceed 21,000 words, reply briefs must not exceed 9,800 words)

or is

_____ Monospaced, has 10.5 or fewer characters per inch and contains ____ words or _____ lines of text (opening, answering and the second and third briefs filed in cross-appeals must not exceed 21,000 words or 1,950 lines of text, reply briefs must not exceed 9,800 words or 910 lines of text)

or is

_____ In conformance with the type specifications set forth at Fed. R. App. P. 32(a)(5) and does not exceed _____ pages (opening, answering and the second and third briefs filed in cross-appeals must not exceed 75 pages; reply briefs shall not exceed 35 pages)

*[signature]*
_____
Signature of Attorney or
Pro Se Litigant

30

## DECLARATION OF SERVICE.

I, DOUGLAS B. MOYLAN, hereby certify that I caused one (1) copies of Petitioner's Petition for Writ of Certiorari in <u>IN RE: REQUEST OF GOVERNOR FELIX P. CAMCHO RELATIVE TO THE INTERPRETATION AND APPLICATION OF SECTION 11 OF THE ORGANIC ACT OF GUAM</u>, C.A. Case No. _____ (Supreme Court of Guam Case Number CRQ03-001), to be served upon counsel for Respondents Governor and Arnold E. Davis, Jr. (amicus curiae) on July 30, 2003, as follows:

**Arthur B. Clark, Esq.**
LAW OFFICES OF CALVO & CLARK
Suite 202, First Savings & Loan Bldg.
655 S. Marine Drive
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

**Arnold E. Davis, Jr.**
Telephone: (671) 653-2970

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 30th day of July, 2003.

_____
DOUGLAS B. MOYLAN

31

# EXHIBIT "C"

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2003

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOUGLAS B. MOYLAN,<br><br>Petitioner,<br><br>v.<br><br>FELIX P. CAMACHO,<br><br>Respondent. | No. 03-72836<br><br>D.C. No. CR-03-00001-CRQ<br>Guam (Agana)<br><br>ORDER |

Before: WARDLAW, BERZON and CLIFTON, Circuit Judges

The petition for a writ of certiorari to review a final decision of the Supreme Court of Guam is granted. The Clerk of the Supreme Court of Guam shall file the certificate of record with the Clerk of this court by November 17, 2003. *See* 9th Cir. R. 6-2(g), (h). Petitioner's opening brief on review is due December 29, 2003; respondent's answering brief is due January 28, 2004; and petitioner's optional reply brief is due 14 days after service of the answering brief. Briefing shall comply with Federal Rule of Appellate Procedure 32.

S:\MOATT\Panelord\10.14.03\jm3\03-72836.wpd

# EXHIBIT "D"

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 22 2004

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOUGLAS B. MOYLAN,<br><br>Petitioner,<br><br>v.<br><br>FELIX P. CAMACHO,<br><br>Respondent. | No. 03-72836<br><br>D.C. No. CR-03-00001-CRQ<br>District of Guam, Agana<br><br>ORDER |

Before: FARRIS, NOONAN, and RAWLINSON, Circuit Judges.

Submission of this case is withdrawn and deferred pending a ruling in *Santos v. People of Guam*, No. 03-70472.

# EXHIBIT "E"

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 0 1 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DOUGLAS B. MOYLAN,

Petitioner,

v.

FELIX P. CAMACHO,

Respondent.

No. 03-72836

D.C. No. CR-03-00001-CRQ
District of Guam, Agana

ORDER

Before: FARRIS, NOONAN, and RAWLINSON, Circuit Judges.

This case is hereby resubmitted effective February 1, 2006.

# EXHIBIT "F"



Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for Respondent Government of Guam

# IN THE SUPREME COURT OF GUAM
## HAGÅTÑA, GUAM

IN RE: ) Supreme Court Case No. CRQ03-001
)
REQUEST OF GOVERNOR )
FELIX P. CAMACHO RELATIVE TO THE )
INTERPRETATION AND APPLICATION )
OF SECTION 11 OF THE ORGANIC ACT )
OF GUAM. )
)
)

## Respondent Government of Guam's
## OPENING BRIEF

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Counsel for Respondent Government of Guam**

Rec. By: [signature]
07/07/03
2:53 pm

COPY