CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM

MAR -2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FELIX P. CAMACHO, as the Governor ) <br> of Guam, and ARTEMIO B. ILAGAN, ) <br> as the Director of the Department of ) <br> Revenue and Taxation, ) <br> ) <br> Defendants. ) <br> ) | CIVIL CASE NO. CV05-00038 <br><br> **AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1., the parties hereby acknowledge the following:

1. I, David W. Hopkins, Esq., am an associate with Cabot Mantanona LLP, the attorneys for the Defendant ARTEMIO B ILAGAN ("Mr. Ilagan"). On March 2, 2006, I contacted the attorneys for the parties in this action, to agree upon a date for oral argument for Mr. Ilagan's Memorandum of Points and Authorities in Support of his Motion to Dismiss Due to Lack of Subject Matter Jurisdiction.

2. The attorneys for the parties in this action are as follows:

    a. Joseph A. Guthrie, Assistant Attorney General, attorney for Plaintiff Government of Guam.

    b. Janalynn Cruz Damian attorney for Felix P. Camacho.

**ORIGINAL**

3. My office contacted the Deputy Clerk of Court to inquire on the next available hearing date for motion to ensure that the Court is available and was informed that the next available date is April 10, 2006 at 9:00 a.m.

4. Defendants agree to having oral arguments on April 10, 2006 at 9:00 a.m.

5. However, upon information and belief, Assistant Attorney General Guthrie is not available on April 10, 2006, and is requesting that the date for oral arguments be set for July 10, 2006.

6. Defendants do not object to the Court setting this matter for oral arguments on July 10, 2006, or such other time as the Court may desire.

7. For judicial economy and efficiency, Mr. Ilagan very respectfully requests that his Motion to Dismiss Due to Lack of Subject Mater Jurisdiction be set for oral arguments for the same date and time as the oral argument for the Governor of Guam's Memorandum of Points and Authorities in Support of his Motion (1) to Dismiss Plaintiff's Complaint; or (2) in the Alternative, to Stay.

Dated this 2nd day of March, 2006, in Tamuning, Guam.

CABOT MANTANONA LLP
Attorneys for Governor Artemio B. Ilagan

By: _____
DAVID W. HOPKINS

DWH:km
REV&TAX\AGREEMENT OF HEARING DATE