CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM

MAR -2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM,<br><br>                   Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation,<br><br>                   Defendants. | CIVIL CASE NO. CV05-00038<br><br><br>**CERTIFICATE OF SERVICE** |

I, WILLIAM N. CRUZ, hereby certify that a copy of: (I) Defendant Ilagan's: (A) Joinder in Defendant Camacho's Motions: (1) to Dismiss Plaintiff's Complaint; or (2) in the Alternative, to Stay; and (B) Motion to Dismiss Due to Lack of Subject Matter Jurisdiction; and (II) Agreement of Hearing Date were duly hand-delivered or faxed to the following on March 2, 2006:

| Joseph A. Guthrie, Esq. | Janalynn Cruz Damian, Esq. | Shannon Joy Taitano, Esq. |
|---|---|---|
| Office of the Attorney General | Calvo & Clark, LLP | Office of the Governor |
| Suite 2-200E, Guam Judicial Center | 655 S. Marine Corps Dr. | P.O. Box 2674 |
| 120 West O'Brien Drive | Tamuning, Guam 96913 | Hagatna, Guam 96932 |
| Hagatna, Guam 96910 | | |

Dated this 2nd day of March, 2006.

_____
WILLIAM N. CRUZ

DWH:km
REV&TAX\CERTIFICATE OF SERVICE

ORIGINAL