CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM
MAR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FELIX P. CAMACHO, as the Governor ) <br> of Guam, and ARTEMIO B. ILAGAN, ) <br> as the Director of the Department of ) <br> Revenue and Taxation, ) <br> ) <br> Defendants. ) <br> ) | CIVIL CASE NO. CV05-00038 <br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, WILLIAM N. CRUZ, hereby certify that a copy of the [Proposed] Order Granting Defendant Ilagan's Motion to Dismiss was duly hand-delivered or faxed to the following on March 3, 2006:

| Joseph A. Guthrie, Esq. | Janalynn Cruz Damian, Esq. | Shannon Joy Taitano, Esq. |
|---|---|---|
| Office of the Attorney General | Calvo & Clark, LLP | Office of the Governor |
| Suite 2-200E, Guam Judicial Center | 655 S. Marine Corps Dr. | P.O. Box 2674 |
| 120 West O'Brien Drive | Tamuning, Guam 96913 | Hagatna, Guam 96932 |
| Hagatna, Guam 96910 | | |

Dated this 3rd day of March, 2006.

_____
WILLIAM N. CRUZ

DWH:km
REV&TAX\CERTIFICATE OF SERVICE (03-03-06)