SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

ARTHUR B. CLARK, ESQ.
JANALYNN C. DAMIAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
MAR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM<br><br>Plaintiff,<br><br>-v-<br><br>FELIX P. CAMACHO, as the Governor of Guam, et. al.<br><br>Defendants. | CIVIL CASE NO. 05-00038<br><br>**CERTIFICATE OF SERVICE** |

I, BERNARD J. MENDOZA, hereby certify that on the 2nd day of March, 2006, I served via hand delivery a copy of the following documents:

(i) The Governor of Guam's Memorandum of Points and Authorities in Support of his Motion (1) to Dismiss Plaintiff's Complaint; or (2) in the Alternative, to Stay

(ii) Declaration of Janalynn C. Damian Attaching Documents Requested for Judicial Notice in the Governor of Guam's Memorandum of Points and Authorities in Support of his Motion (1) to Dismiss Plaintiff's Complaint; or (2) in the Alternative to Stay

(iii) Agreement of Hearing Date

(iv) [Proposed] Order Granting Governor's Motion to Dismiss

on the following:

**Attorneys for Plaintiff Government of Guam**

Douglas B. Moylan, Esq.
Attorney General of Guam
Office of the Attorney General
287 West O'Brien Drive
Hagatña, Guam 96910

**Attorneys for Defendant Artemio B. Ilagan**

Rawlen M.T. Mantanona, Esq.
CABOT MANTANONA, LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

I further certify that on the 3rd day of March, 2006, I served via hand delivery a copy of The Governor of Guam's Notice of his Motion (1) to Dismiss Plaintiff's Complaint; or (2) in the Alternative Stay on the following:

Attorneys for Defendant Artemio B. Ilagan

Rawlen M.T. Mantanona, Esq.
CABOT MANTANONA, LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Dated this 3rd day of March, 2006.

BERNARD J. MENDOZA