1  **SHANNON TAITANO, ESQ.**
   **OFFICE OF THE GOVERNOR OF GUAM**
2  Ricardo J. Bordallo Governor's Complex
3  Adelup, Guam 96910
   Telephone:    (671) 472-8931
4  Facsimile:    (671) 477-4826

5  **ARTHUR B. CLARK, ESQ.**
   **JANALYNN C. DAMIAN, ESQ.**
6  **DANIEL M. BENJAMIN, ESQ.**
7  **CALVO & CLARK, LLP**
   Attorneys at Law
8  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam 96913
9  Telephone:    (671) 646-9355
10 Facsimile:    (671) 646-9403

11 Attorneys for *Felix P. Camacho, Governor of Guam*

12              IN THE UNITED STATES DISTRICT COURT
13                        DISTRICT OF GUAM

14 GOVERNMENT OF GUAM                    CIVIL CASE NO. 05-00038

15
                        Plaintiff,
16                                        **CERTIFICATE OF SERVICE**

17          -v-

18 FELIX P. CAMACHO, as the Governor of Guam,
   et. al.
19
                        Defendants.
20

21

22

23

24

25

26

27

28

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

1

2        I, ROBERT PEREDA, hereby certify that on the 2nd day of March, 2006, I served via

3

hand delivery a copy of The Governor of Guam's Notice of his Motion (1) to Dismiss Plaintiff's

4

Complaint; or (2) in the Alternative to Stay on the following:

5

6                      **Attorneys for Plaintiff Government of Guam**

7

                      Douglas B. Moylan, Esq.

8                      Attorney General of Guam

                      Office of the Attorney General

9                      287 West O'Brien Drive

                      Hagåtña, Guam 96910

10

        Dated this 3rd day of March, 2006.

11

12

13

14                                   ROBERT PEREDA

15

16

17

18

19

20

21

22

23

24

25

26

27

28