

FILED
DISTRICT COURT OF GUAM
MAR -6 2006
MAR -8 2006 7P
MARY L.M. MORAN
CLERK OF COURT

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | | |
|---|---|---|
| GOVERNMENT OF GUAM, | ) | CIVIL CASE NO. CV05-00038 |
| Plaintiff, | ) | |
| vs. | ) | |
| FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation, | ) | **PLAINTIFF'S STATEMENT RE: DISAGREEMENT AS TO SCHEDULING ORDER** |
| Defendants. | ) | |

The parties have been unable to agree on who is entitled to represent the Defendants, and this matter is now the subject of a mandamus action in Guam Superior Court. That being the case, the undersigned and the would-be legal representative of the Defendants have agreed

/ / / / /

/ / / / /

/ / / / /

| | |
|---|---|
| 1 | to submit to this Court separately, each party's Proposed Scheduling Order. |
| 2 | Dated this 6th day of March, 2006. |

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

*[signature]*

JOSEPH A. GUTHRIE
Deputy Attorney General
Solicitors Division
Attorney for Plaintiff

Page 2
*Plaintiff's Statement re: Disagreement as to Scheduling Order*
Superior Court of Guam Civil Case No. CV05-~~0038~~ 0038

Case 1:05-cv-00038   Document 22   Filed 03/06/2006   Page 2 of 2