

FILED
DISTRICT COURT OF GUAM
MAR 22 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

GOVERNMENT OF GUAM,

    Plaintiffs,

vs.

FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation,

    Defendants.

Civil Case No. 05-00038

MINUTES

(✓) SCHEDULING CONFERENCE   ( ) PRELIMINARY PRETRIAL CONFERENCE
    (March 22, 2006, at 10:10 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was Deputy Attorney General Joseph Guthrie. Appearing on behalf of the Governor was attorney Daniel Benjamin, with attorney David Hopkins appearing for defendant Ilagan. Assistant Attorney General Paul McIlrath, who is not admitted to the bar of this Court, sat as an observer.

    Judge Manibusan and counsel discussed a hearing date for the Motion to Dismiss filed by the Defendants, since the parties had been unable to agree on a hearing date. The following briefing and hearing dates were established:

    •     Plaintiff's opposition or response due by April 7, 2006;

- Defendants' reply brief due by April 14, 2006; and
- Hearing date before the Honorable John C. Coughenour, a visiting District Judge from the Western District of Washington, scheduled for May 18, 2006, at 10:00 a.m.

The Court and the parties then discussed whether discovery should be held in abeyance pending a determination of the Motion to Dismiss. Mr. Guthrie emphasized that he needed certain documents from the Board of Equalization to support a motion for summary judgment which the Plaintiff anticipated filing immediately upon the denial of the motion to dismiss. Mr. Benjamin, on the other hand, asserted that the discovery sought by the Plaintiff seeks is significant and burdensome. In light of the fact that the Motion to Dismiss will be heard and potentially decided in May – a mere two months away – Judge Manibusan determined that discovery shall be stayed with the exception of certain documents the Plaintiff seeks from the Board of Equalization. The parties agreed that the Defendants would immediately respond to such discovery requests that were not too cumbersome; however, if the requests for documents were deemed to be too burdensome, then said documents would be turned over to the Plaintiff no later than 10 days following a denial of the Motion to Dismiss. Mr. Guthrie was directed to prepare a proposed order to this effect and to get the Defendants' approval as to form prior to its submission before the Court on this issue.

The Court and counsel then discussed the proposed dates for the scheduling order and discovery plan. The Court shall prepare the scheduling order and discovery plan since the parties were unable to reach an agreement on said pleadings.

The conference concluded at 10:47 a.m.

Dated: March 22, 2006.

_____
JUDITH P. HATTORI
Law Clerk