

FILED
DISTRICT COURT OF GUAM
MAR 22 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM,<br><br>Plaintiffs,<br><br>vs.<br><br>FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation,<br><br>Defendants. | Civil Case No. 05-00038<br><br>**SCHEDULING ORDER**<br>**and**<br>**DISCOVERY PLAN** |

Because the parties were unable to agree upon the terms of the Scheduling Order and Discovery Plan prior to the March 22, 2006, Scheduling Conference, the Court hereby issues the following Scheduling Order and Discovery Plan, pursuant to Fed. R. Civ. P. 16 and local rules LR 16.1 and 16.2:

**A.** **The nature of the case is as follows:** The Attorney General of Guam has brought this action *parens patriae* on behalf of the Government of Guam and the Guam taxpayers to declare invalid and enjoin all property tax collection on Guam. The Attorney General believes that such collection is invalid without the benefit of a current assessment of the valuation of the property sought to be taxed. The last comprehensive islandwide appraisal was conducted in 1993.

**B.** **The posture of the case is as follows:** On December 22, 2005, the Plaintiff

initiated this case by filing a Complaint. The Defendants have not answered the Complaint. Instead, on March 2, 2006, the Defendants filed a Motion to Dismiss, or in the Alternative, Motion to Stay. The parties were unable to agree on a date to hear argument on the motion. Accordingly, the following briefing and hearing dates are set by the Court:

- Plaintiff's opposition or response due by April 7, 2006;
- Defendants' reply brief due by April 14, 2006; and
- Hearing date before the Honorable John C. Coughenour, a visiting District Judge from the Western District of Washington, scheduled for May 18, 2006, at 10:00 a.m.

As of the March 22, 2006, Scheduling Conference, no discovery has been initiated by either party.

**C.     Discovery Plan:** The Court hereby stays the discovery pending the determination of the Motion to Dismiss, with the exception of the documents sought by the Plaintiff from the Board of Equalization, which shall be governed by separate Oder as agreed to by the parties at the Scheduling Conference. If the motion to dismiss is denied, the following description and schedule of all pretrial discovery shall govern the parties:

1. <u>Initial Disclosures</u>: Initial Disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be provided on or before July 3, 2006.

2. <u>Depositions</u>. The depositions of lay witnesses may commence immediately upon the denial of the pending Motion to Dismiss and shall be taken as needed. The parties shall cooperate in good faith with regard to the scheduling of depositions.

3. <u>Written Discovery</u>. Each party may propound interrogatories and requests to produce and requests for admissions within the limits set by the Federal Rules of Civil Procedure. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable discovery requests prior to the filing of any motion relating to a

discovery dispute.

4. <u>Expert Witnesses</u>.

   (a) The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than October 6, 2006.

   (b) Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made not later than November 6, 2006.

**D. Scheduling Order:** The Court establishes the following dates and deadlines:

1. All motions to amend the pleadings, including motions to add parties and claims, shall be filed no later than August 15, 2006;

2. The discovery cut-off date, defined as the last day to file responses to discovery not related to the rebuttal experts, shall be October 31, 2006; however, discovery related to rebuttal experts shall be completed no later than November 22, 2006;

3. All discovery motions shall be filed no later than November 14, 2006;

4. All dispositive motions shall be filed no later than November 27, 2006;

5. Each party shall submit a trial brief no later than January 5, 2007;

6. The preliminary pretrial conference shall be held on January 16, 2007, at 10:30 a.m.;

7. The parties' exhibit binders, exhibit lists, witness lists, discovery material designations, and proposed pretrial order shall be filed or lodged no later than January 23, 2007;

8. The final pretrial conference shall be held on January 30, 2007, at 10:30 a.m.

9. The trial shall commence on Tuesday, February 6, 2007, at 9:00 a.m.

**E. Settlement:** The prospects for settlement are highly unlikely, and, the parties do not wish to submit this case to a settlement conference.

Case 1:05-cv-00038    Document 25    Filed 03/22/2006    Page 3 of 4

**F. Jury Trial or Court Trial:** The Complaint seeks a trial to the bench with the use of an advisory jury. The Defendants assert that the trial herein is to the Court only. If the Plaintiff continues to desire the use of an advisory jury, it shall file an appropriate motion requesting such prior to the deadline established for dispositive motions.

**G. Length of Trial:** The parties disagree on the anticipated length of the trial, with the Plaintiff estimating only one (1) trial day, and the Defendants forecasting three (3) to five (5) trial days.

**H. Identity of Trial Counsel:** The names of counsel involved in this case are
1. Joseph Guthrie, Office of the Attorney General of Guam – plaintiff Government of Guam;
2. Shannon Taitano, Daniel Benjamin and the Calvo & Clark, LLP law firm – defendant Governor of Guam;
3. Rawlen Mantanona and the Cabot Mantanona LLP law firm – defendant Artemio Ilagan, Director of Revenue and Taxation

**I. Suggestions for Shortening Trial:** None at this time.

SO ORDERED this 22nd day of March 2006.

/s/ JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge