# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| Government Of Guam,<br><br>Plaintiff,<br><br>vs.<br><br>Felix P. Camacho, et al.,<br><br>Defendants. | Case No. 1:05-cv-00038<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Scheduling Order and Discovery Plan filed March 22, 2006, on the dates indicated below:

| | | |
|---|---|---|
| Office of the Attorney General | Calvo & Clark | Cabot & Mantanona |
| March 23, 2006 | March 23, 2006 | March 23, 2006 |

Office of the Governor of Guam
March 24, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Scheduling Order and Discovery Plan filed March 22, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 28, 2006                                         /s/ Virginia T. Kilgore
                                                                              Deputy Clerk