

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail

**Attorneys for the Government of Guam**

FILED
DISTRICT COURT OF GUAM
APR -6 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation,<br><br>Defendants. | CIVIL CASE NO. CV05-0038<br><br>**MOTION AND STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION AND REPLY TO DEFENDANT'S MOTION TO DISMISS** |

The Government of Guam, by and through its counsel of record the Attorney General of Guam, hereby requests from this Court an amendment to the scheduling Order of March 22, 2006, continuing the dates for the Attorney General's opposition to the Defendant's Motion for Dismissal, filed on March 2, 2005, and the Defendant's reply to such response, from April 7, and April 14, 2006, respectively, to April 14 and April 28, 2006.

---

Page 1
*Motion and Stipulation to Extend Deadline to File
Answer and Reply to Defendant's Motion to Dismiss
District CourtCivil Case No. CV05-0038*

ORIGINAL

This motion is based upon Local Rule 16.5 of the District Court of Guam and stipulated agreement of the parties to this action, the Attorney General of Guam, the Governor Felix P. Camacho, by and through his attorney of record Arthur B. Clark, and Artemio B. Illagan, by and through his attorney of record Rawlen Mantanona; said stipulation being that the Plaintiff Attorney General will have until April 14, 2006 to respond to the Defendants' Motion to Dismiss, and any reply from the defendants will be due on April 28, 2006. This extension of time is requested by the Plaintiff for the following reasons:

(1) Personal changes in the office, including the emergency home leave of one of the attorneys responsible for representing the Plaintiff in this matter;

(2) The Plaintiff's access to research materials has been disrupted by the temporary termination of internet research; and

/ / / / /

/ / / / /

/ / / / /

Page 2
*Motion and Stipulation to Extend Deadline to File Answer and Reply to Defendant's Motion to Dismiss District CourtCivil Case No. CV05-0038*

Case 1:05-cv-00038    Document 27    Filed 04/06/2006    Page 2 of 3

(3) The Plaintiff had earlier agreed to a five-week extension of the deadline for the Defendant's answer.

**SO STIPULATED:**

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General of Guam**

*[signature]*
JOSEPH A. GUTHRIE
Deputy Attorney General
Solicitors Division
Attorney for Plaintiff
Date: 04/05/06

CALVO & CLARK, LLP
Attorneys for Governor Felix P. Camacho

BY: *[signature]* Daniel M. Benjamin
Date: 4/5/06

*for* RAWLEN MANTANONA
Attorney for Artemio B. Ilagan

*by [signature] David W Hopkins*
Date: 4/5/06

Page 3
*Motion and Stipulation to Extend Deadline to File
Answer and Reply to Defendant's Motion to Dismiss
District Court Civil Case No. CV05-0038*