

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | | |
|---|---|---|
| GOVERNMENT OF GUAM, | ) | CIVIL CASE NO. 05-00038 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | re: Stipulation to Extend Deadline |
| FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation, | ) | |
| Defendants. | ) | |

Having considered the Plaintiff's motion and the parties' stipulation to extend the deadline to file Plaintiff's Opposition and the Defendant's Reply, if any, the Court hereby GRANTS the stipulation and permits the Plaintiff' to file its response to the motion no later than April 14, 2006. The Defendant's reply to the Plaintiff's response, if any, shall be filed no later than April 21, 2006.

SO ORDERED this 6th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR - 6 2006
MARY L.M. MORAN
CLERK OF COURT