

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail

Attorneys for the Government of Guam (People of Guam)



FILED
DISTRICT COURT OF GUAM

APR 14 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

GOVERNMENT OF GUAM,

      Plaintiff,

vs.

FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation,

      Defendants.

Civil Case Number CV05-00038

THE PEOPLE'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Government of Guam, by and through its counsel of record the Attorney General of Guam, hereby request from this Court for leave to exceed page limits of the Government of Guam's Response to Plaintiff's Motion to Dismiss from 20 pages to 40 pages.

This motion is based upon Local Rule 7.1(g) of the District Court of Guam. This request to exceed page limits is presented by the Plaintiff for the following reasons:

---

Page 1
*Motion for Leave to Exceed Page Limit*
District Court Civil Case Number CV05-0038

The Attorney General is responding to what is actually two "motions" consolidated in the Plaintiff's Motion to Dismiss; one being the motion to dismiss and the other a motion to Stay. Further, the Plaintiff's have each submitted two Memorandum in Support of their motions, each presenting different positions and requiring individual responses by the Attorney General. Finally the complexity and importance of the issues presented, such as pertaining the powers the duties of the elected Attorney General, together with the disposative nature of these motions, require sufficient briefing to aid the Honorable District Court in making an appropriate decision.

An attempt was made to obtain by e-mail the stipulated agreement of counsel for the Governor of Guam, who is off-island, but counsel would not agree on short notice until they have had an opportunity to review our Opposition, which is due today.

Respectfully submitted this 14th day of April, 2006.

OFFICE OF THE ATTORNEY GENERAL
Douglas B. Moylan, Attorney General of Guam

_____
JOSEPH A. GUTHRIE
Deputy Attorney General