

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 · USA
(671) 475-3324 · (671) 472-2493 (Fax)
www.guamattorneygeneral.com · guamattorneygeneral@hotmail

Attorneys for the Government of Guam (People of Guam)

**FILED**
DISTRICT COURT OF GUAM
APR 17 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FELIX P. CAMACHO, as the Governor of ) <br> Guam, and ARTEMIO B. ILAGAN, as the ) <br> Director of the Department of Revenue and ) <br> Taxation, ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 05-00038 <br><br><br><br><br><br> ORDER <br> Granting Motion to Exceed Page Limitation |

For good cause shown, the Plaintiff's motion for leave to exceed page limits (Docket No. 29) is hereby GRANTED.

**SO ORDERED** this 17th day of April 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

Page 1
*Order to Exceed Page Limit*
District Court Civil Case No. CV05-0038

**ORIGINAL**