**CABOT
MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FELIX P. CAMACHO, as the Governor ) <br> of Guam, and ARTEMIO B. ILAGAN, ) <br> as the Director of the Department of ) <br> Revenue and Taxation, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL CASE NO. CV05-00038 <br><br> **DEFENDANT ILAGAN'S JOINDER IN THE GOVERNOR OF GUAM'S REPLY IN SUPPORT OF MOTIONS: (1) TO DISMISS PLAINTIFF'S COMPLAINT; OR (2) IN THE ALTERNATIVE, TO STAY** |

Defendant Artemio B. Ilagan, as the Director of the Department of Revenue and Taxation ("Mr. Ilagan"), through his attorneys of record, Cabot Mantanona LLP, by David W. Hopkins, Esq., joins in Governor of Guam Felix P. Camacho's reply in support of the motion to dismiss this action. Mr. Ilagan very respectfully submits that his original papers joining the motion at bar detailed how, under the principles of non-mutual collateral estoppel, the collateral estoppel defense that requires dismissal of the Governor also requires dismissal the claims against Mr. Ilagan. The Attorney General has disputed the application of collateral estoppel generally, but has not disputed that it also applies to Mr. Ilagan. Therefore, this ground and all other grounds raised in the Governor's motion and

reply in support of his motion supporting dismissal of all claims against the Governor also require dismissal of all claims against Mr. Ilagan.

Respectfully submitted this 21st day of April, 2006.

CABOT MANTANONA LLP
Attorneys for Defendant Artemio B. Ilagan

By: _____
DAVID W. HOPKINS

DWH:km
REV&TAX\JOINDER IN REPLY IN SUPPORT OF MOTION TO DISMISS