**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone:  (671) 646-2001
Facsimile:  (671) 646-0777

# FILED
### DISTRICT COURT OF GUAM
## APR 21 2006
## MARY L.M. MORAN
## CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| GOVERNMENT OF GUAM, | ) | CIVIL CASE NO. CV05-00038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FELIX P. CAMACHO, as the Governor | ) | **CERTIFICATE OF SERVICE** |
| of Guam, and ARTEMIO B. ILAGAN, | ) | |
| as the Director of the Department of | ) | |
| Revenue and Taxation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, WILLIAM N. CRUZ, hereby certify that a copy of Defendant Ilagan's Joinder in the

Governor of Guam's Reply in Support of Motions: (1) To Dismiss Plaintiff's Complaint; or (2)

In the Alternative, to Stay, was duly hand-delivered or faxed to the following on April 21, 2006:

| Joseph A. Guthrie, Esq. | Janalynn Cruz Damian, Esq. | Shannon Joy Taitano, Esq. |
|---|---|---|
| Office of the Attorney General | Calvo & Clark, LLP | Office of the Governor |
| Suite 2-200E, Guam Judicial Center | 655 S. Marine Corps Dr. | P.O. Box 2674 |
| 120 West O'Brien Drive | Tamuning, Guam 96913 | Hagatna, Guam 96932 |
| Hagatna, Guam 96910 | | |

Dated this 21st day of April, 2006.

_____

WILLIAM N. CRUZ

DWH:km
REV&TAX\CERTIFICATE OF SERVICE (04-21-06)

# ORIGINAL