FILED
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM,<br><br>    Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation,<br><br>    Defendants. | Civil Case No. CV05-00038<br><br>**ORDER RE: ADDITIONAL BRIEFING** |

This matter is before the Court on the Governor of Guam's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, to Stay. In light of the pleadings on file, the Court requests additional briefing. In particular, the parties should further address whether an individual taxpayer may pursue the injunctive and declaratory relief which is sought by the Attorney General. The briefing should not exceed five pages in length and should be filed no later than May 12, 2006. In addition, the hearing on May 18, 2006 is vacated due to the scheduling needs of the Court and will be rescheduled as the Court deems proper.

**SO ORDERED.**

Dated this 1st day of May, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL