# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Government Of Guam,  Plaintiff,  vs.  Felix P. Camacho, et al.,  Defendants. | Case No. 1:05-cv-00038  **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order re Additional Briefing filed May 1, 2006, on the dates indicated below:

| Law Offices of Calvo and Clark | Office Of The Attorney General | Cabot Mantanona LLP | Office of the Governor |
|---|---|---|---|
| May 2, 2006 | May 3, 2006 | May 2, 2006 | May 2, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re Additional Briefing filed May 1, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 3, 2006                         /s/ Renee M. Martinez
                                                        Deputy Clerk