CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
MAY 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation,<br><br>Defendants. | CIVIL CASE NO. CV05-00038<br><br>**DEFENDANT ILAGAN'S JOINDER IN THE GOVERNOR OF GUAM'S RESPONSE TO THE COURT'S BRIEFING ORDER OF MAY 1, 2006** |

Defendant Artemio B. Ilagan, as the Director of the Department of Revenue and Taxation ("Mr. Ilagan"), through his attorneys of record, Cabot Mantanona LLP, by David W. Hopkins, Esq., joins in The Governor of Guam's Response to the Court's Briefing Order of May 1, 2006.

Respectfully submitted this 12th day of May, 2006.

CABOT MANTANONA LLP
Attorneys for Defendant Artemio B. Ilagan

By: *David W. Hopkins*
DAVID W. HOPKINS

ORIGINAL