**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
MAY 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, as the Governor of Guam, and ARTEMIO B. ILAGAN, as the Director of the Department of Revenue and Taxation,<br><br>Defendants. | CIVIL CASE NO. CV05-00038<br><br>**CERTIFICATE OF SERVICE** |

I, WILLIAM N. CRUZ, hereby certify that a copy of Defendant Ilagan's Joinder in the Governor of Guam's Response to the Court's Briefing Order of May 1, 2006, was duly hand-delivered or faxed to the following on May 12, 2006:

| Joseph A. Guthrie, Esq. | Janalynn Cruz Damian, Esq. | Shannon Joy Taitano, Esq. |
|---|---|---|
| Office of the Attorney General | Calvo & Clark, LLP | Office of the Governor |
| Suite 2-200E, Guam Judicial Center | 655 S. Marine Corps Dr. | P.O. Box 2674 |
| 120 West O'Brien Drive | Tamuning, Guam 96913 | Hagatna, Guam 96932 |
| Hagatna, Guam 96910 | | |

Dated this 12th day of April, 2006.

_____
WILLIAM N. CRUZ

DWH:km
REV&TAX\CERTIFICATE OF SERVICE (05-12-06)

**ORIGINAL**