SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

ARTHUR B. CLARK, ESQ.
JANALYNN C. DAMIAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
MAY 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM<br><br>Plaintiff,<br><br>-v-<br><br>FELIX P. CAMACHO, as the Governor of Guam, et. al.<br><br>Defendants. | CIVIL CASE NO. 05-00038<br><br>**CERTIFICATE OF SERVICE** |

**ORIGINAL**

I, BERNARD J. MENDOZA, hereby certify that on the 12th day of May, 2006, I served via hand delivery a copy of **THE GOVERNOR OF GUAM'S RESPONSE TO THE COURT'S BRIEFING ORDER OF MAY 1, 2006** on the following:

**Attorneys for Plaintiff Government of Guam**

Douglas B. Moylan, Esq.
Attorney General of Guam
**OFFICE OF THE ATTORNEY GENERAL**
287 West O'Brien Drive
Hagatña, Guam 96910

**Attorneys for Defendant Artemio B. Ilagan**

Rawlen M.T. Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Dated this 12th day of May, 2006.

BERNARD J. MENDOZA