# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Government of Guam, | Civil Case No. 1:05-cv-00038 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| Felix P. Camacho, et al., | |
| Defendants. | |

    Judgment is hereby entered in accordance with the Order Granting Motion to Dismiss Complaint for Lack of Jurisdiction, Motion to Dismiss for Failure to State a Claim, or in the Alternative, Motion to Stay, filed June 29, 2006.

Dated this 29th day of June, 2006, Hagatna, Guam.

                                                                      **/s/ Mary L.M. Moran**
                                                                             Clerk of Court