# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| Government of Guam, <br><br> Plaintiff, <br><br> vs. <br><br> Felix P. Camacho, et al., <br><br> Defendants. | Case No. 1:05-cv-00038 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order, Notice of Entry, and Clerk's Judgment filed June 29, 2006, on the dates indicated below:

| Calvo & Clark, LLP | Office of the Governor | Cabot and Mantanona | Office of the Attorney General |
|---|---|---|---|
| June 30, 2006 | June 30, 2006 | July 3, 2006 | June 30, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order, Notice of Entry, and Clerk's Judgment filed June 29, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 3, 2006                     /s/ Virginia T. Kilgore
                                                    Deputy Clerk